RECEIVED
OCT 2 8 2005
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Matthew Shawn McVeigh
_____
Full name and prison number of
plaintiff(s)

Sheriff v. Jay Jones
_____
Major Terry Tolbert
Mrs. Crawl
Lt. Robinson
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the persons)

CIVIL ACTION NO. 3:05cv1037-F
(To be supplied by the Clerk of the
 U.S. District Court)

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )  No (X)

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )  No (X)

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1.  Parties to this previous lawsuit:
          Plaintiff(s) _____
          _____
          Defendant(s) _____
          _____

      2.  Court (if federal court, name the district; if state court, name the county)
          _____
          _____

      3.  Docket No. _____

      4.  Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Lee County Detention Center_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Lee County ~~Corrections~~ Dentention Center_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Major Terry Tolbert | 2311 Gateway Dr. Opelika Al. 36801 |
| 2. | Ms Crawl | 2311 Gateway Dr. Opelika Al. 36801 |
| 3. | Lt. Robinson | 2311 Gateway Dr. Opelika Al. 36801 |
| 4. | Sheriff Jay Jones | 2311 Gateway Dr. Opelika Al. 36801 |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _July 7th 2005 through Sept 30th 2005_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _UnSafe Cold Temperature of the food._

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
_I am incarcerated at the Lee County Dention Center and from July, 7th through Spt. 30th of 2005 we have a food Cart is missing a plug and we get ever meal Cold. ~~Bu~~ I have been requesting to have this fixed for months_

GROUND TWO: malnutrition of the ammount of the food being served

SUPPORTING FACTS: every since I have been locked up in Lee County, I have been on twins and we are the only wing that's cart is missing a plug. I can feel how cold the food is and see the plug is missing every morning at breakfast, lunch, and dinner.

GROUND THREE: unsanitary conditions of eating utensils including spoons, drinking cups, plastic trays

SUPPORTING FACTS: I have been here for about 3½ months and my cup and spoon has been in the cell with me and has never been taken and sanitized, the tray are peeling plastic and holey also have food stuck on them from the last meal

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES. ~~[scribbled out]~~ I would like $10,000

X Matthew S. McVeigh
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on Oct. 26, 2005
(date)

X Matthew S. McVeigh
Signature of plaintiff(s)