| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Brenda Ingram   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Brenda Ingram   C. Date of Delivery: 11-4-05 |
| 1. Article Addressed to:<br><br>Sheriff Jay Jones<br>Lee County Detention Facility<br>PO Box 2407<br>Opelika, AL  36083<br><br>C & O    05-1037 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>[postmark: NOV 4 2005]<br><br>3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered        ☑ Return Receipt for Merchandise<br>☐ Insured Mail      ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7002 2030 0005 9732 0767 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Brenda Ingram*  ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name): Brenda Ingram    C. Date of Delivery: 11-4-05 |
| 1. Article Addressed to:<br><br>Mrs. Crawl<br>Lee County Detention Facility<br>PO Box 2407<br>Opelika, AL   36083<br><br>04f   05-1037 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 2510 0001 0150 3753 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

■ **SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lt. Robinson
Lee County Detention Facility
PO Box 2407
Opelika, AL  36083

O of P    05-1037

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Brenda Ingram_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
Brenda Ingram                   11-4-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7004 2510 0001 150 3760

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Major Terry Torbert
    Lee County Detention Facility
    PO Box 2407
    Opelika, AL   36083

    CAO  05-1037

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Brenda Ingram
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)
   Brenda Ingram

C. Date of Delivery
   11-4-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7004 2510 0001 0150 3777

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540