IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MATTHEW SHAWN MCVEIGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:05-cv-1037-F |
| | ) |
| SHERIFF JAY JONES, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME**

COME NOW Jay Jones, Sheriff of Lee County, Alabama, Major Cary Torbert, Corrections Officer Gwendolyn Crawl and Lt. Ray Roberson, Defendants in the above-styled cause, and move this Honorable Court for an extension of time of 30 days in which to file their Special Report and Answer which is presently due on December 12, 2005. As grounds for said motion, Defendants state as follows:

1. On November 2, 2005, this Court entered an Order directing the Defendants to file a Special Report and Answer in the above-styled cause on or before December 12, 2005.

2. The gathering of information with which to formulate the Special Report has taken longer than expected. Counsel for Defendants has yet to meet with all the Defendants for the purpose of ascertaining the facts of the case and obtaining the documents located at the Lee County Sheriff's Department relevant to Plaintiff's allegations. In addition, it may be necessary to obtain additional documents relating to the Plaintiff's incarceration made the basis of his Complaint.

3. Defendants are in need of this additional time to fully respond to the Plaintiff's allegations.

4. Defendants have not previously requested an extension of time in this case.

5. Plaintiff will not be prejudiced by the requested extension.

WHEREFORE, PREMISES CONSIDERED Defendants respectfully request this Honorable Court grant their Motion for Extension of Time to file their Special Report and Answer up to and including January 12, 2006 .

Respectfully submitted this 8th day of December, 2005.

> s/Ashley Hawkins Freeman
> KELLY GALLOPS DAVIDSON Bar No. DAV123
> ASHLEY HAWKINS FREEMAN Bar No. FRE044
> Attorneys for Defendants
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive (36117)
> Post Office Box 240909
> Montgomery, Alabama  36124
> Telephone:  (334) 262-1850
> Fax:  (334) 262-1889
> E-mail:  afreeman@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 8th day of December, 2005, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

> Matthew Shawn McVeigh
> Lee County Detention Center
> PO Box 2407
> Opelika, AL 36804

> s/Ashley Hawkins Freeman
> OF COUNSEL