**Exhibit A**
**Inmate File of Matthew Shawn McVeigh**
**Advice of Rights dated July 8, 2005**

| State of Alabama<br>Unified Judicial System<br><br>Form C-81          11/91 | ADVICE OF RIGHTS ON INITIAL<br>APPEARANCE BEFORE JUDGE OR MAGISTRATE<br>(Felony) | Case Number |
|---|---|---|

IN THE _____ DISTRICT _____ COURT OF _____ LEE _____ COUNTY

☒ STATE OF ALABAMA          ☐ MUNICIPALITY OF _____

v.    MATTHEW SHAWN MCVEIGH _____ , Defendant

This is a first appearance hearing. You are charged with committing the felony offense(s) of BURGLARY I; MENACING _____ in this Court in violation of _____. The primary purpose of this hearing is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you. If you are before the Court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case, or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for you to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends, and if necessary, reasonable means will be provided in order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a hearing is demanded and one is conducted, and, if at the conclusion of the preliminary hearing the judge finds that sufficient evidence has been shown to establish that you probably committed the offense or offenses with which you are charged, the judge will then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:

1.) Appear to answer and submit to all orders and process of the Court having jurisdiction in the case.

2.) Refrain from committing any criminal offense.

3.) Not depart from the state of Alabama without the leave of the Court having jurisdiction of this case.

4.) Promptly notify the Court of any change of address or phone number.

5.) Other conditions: _____
_____
_____
_____

The provisions of the Release Order may be revoked or modified by the Court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the Court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

Date: 7-8-05 _____          _____
                                                        Judge/Magistrate

*I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the Initial Court Appearance. I understand the conditions of my release and the penalties applicable in the event that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.*

Date: 7-8-05 _____          _____
                                                        Defendant

# Exhibit B
# Affidavit of Sheriff Jay Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

MATTHEW SHAWN MCVEIGH,   )
                            )
     Plaintiff,          )
                            )
v.                      )    Civil Action No. 3:05-cv-1037-F
                            )
SHERIFF JAY JONES, et al.,   )
                            )
     Defendants.       )

## AFFIDAVIT OF JAY JONES

STATE OF ALABAMA    )
                          )
COUNTY OF LEE       )

BEFORE ME, the undersigned authority and Notary Public in and for said County and State at large, personally appeared JAY JONES, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.    My name is Jay Jones. I am over the age of nineteen and competent to execute this affidavit. I am the duly elected Sheriff of Lee County, Alabama, and have served in such capacity since 1999.

2.    I am familiar with the Plaintiff, Matthew Shawn McVeigh, due to his incarceration in the Lee County Detention Facility. I am not personally familiar with the allegations made the basis of the Plaintiff's Complaint as the Plaintiff has never made any complaint to me specifically, either verbally or written.

3.    I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

4.     I swear, to the best of my present knowledge and information that the above statements are true, that I am competent to make this affidavit and that the above statements were made by drawing from my personal knowledge of the situation.


_____
JAY JONES


SWORN TO and SUBSCRIBED before me this 10 day of January, 2006.


_____
NOTARY PUBLIC                    MY COMMISSION EXPIRES FEB. 10, 2007
My Commission Expires:_____

# Exhibit C
# Affidavit of Major Cary Torbert, Jr.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

MATTHEW SHAWN MCVEIGH,              )
                                    )
    Plaintiff,                      )
                                    )
v.                                  )       Civil Action No. 3:05-cv-1037-F
                                    )
SHERIFF JAY JONES, et al.,          )
                                    )
    Defendants.                     )

### AFFIDAVIT OF CARY TORBERT, JR.

STATE OF ALABAMA          )
                          )
COUNTY OF LEE             )

    BEFORE ME, the undersigned authority and Notary Public in and for said County and State at large, personally appeared CARY TORBERT, JR., who being known to me and being by me first duly sworn on oath deposes and says as follows:

    1.    My name is Cary Torbert, Jr. I am over the age of nineteen and competent to execute this affidavit. I serve as Chief Deputy of Corrections of the Lee County Detention Facility and have obtained the rank of Major. I have worked with the Lee County Sheriff's Department for over 34 years.

    2.    I am familiar with the Plaintiff, Matthew Shawn McVeigh, due to his incarceration in the Lee County Detention Facility.

    3.    I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

    4.    Menus for the inmates at the Lee County Detention Facility are written out each month based on an original pre-approved menu. I take the menu to the Auburn

University Extension Office for review by a certified dietitian.  The dietitian makes any necessary revisions to the menu, which I then adopt, and approve the menu as meeting all nutritional requirements.  This dietitian-approved menu is the basis for all meals which have been served to inmates in the Lee County Detention Facility over the past two years.

5.    Inmates receive ample amounts of dairy products, proteins and vegetables.  Water is served to the inmates daily; also, inmates receive non-fat milk and fruit drinks several times a week.  Further, healthy portions are served at each meal.  With regard to fruit, every Sunday the inmates receive an orange or an apple.  Additionally, two times each week inmates are served peaches, pears, apples or baked apples with a meal.

6.    The food cart for the wing in which the Plaintiff was housed had a plug missing for one day.  However, the plug was fixed before the next day.  On the day that the plug was missing, the food was served to the inmates in Plaintiff's wing straight from the kitchen.  There was no delay between the food being picked up from the kitchen and the inmates being served.  Jail officers began serving the food immediately when the food was prepared.  There was a maximum two to three minute walk from the kitchen to the wing where the Plaintiff was housed.

7.    When inmates arrive at the jail, they are issued a cup and spoon.  The inmates are responsible for washing their cup and spoon themselves.  The inmates have access to soap and hot water for this purpose.

8.    Food trays are washed and sanitized after each use.  The Lee County Detention Facility has a commercial dishwasher for this purpose.

9.    Any tray that is peeling or has holes are no longer used to serve inmates.

10.     Internal grievance procedures at the Lee County Detention Facility are available to all inmates. It is the policy of the Lee County Sheriff's Department that inmates are permitted to submit grievances and that each grievance will be acted upon. The inmates are given an Inmate Grievance Form to complete and return to a Lee County Detention Facility staff member for any grievances they may have. At no time, however, did the Plaintiff file any grievances concerning any of the claims made in his Complaint. Had such a grievance been filed, it would have been acted upon accordingly, (that is, whether an investigation was needed or simply a response made to the complaints). Further, never did I receive any written request form from the Plaintiff concerning any of these matters. Had the Plaintiff made a request concerning these matters there also would have been a response made to such complaints on the written request form. No such request can be found in the Plaintiff's inmate file.

11.     All documents attached to the Special Report are true and accurate copies of jail documents kept by me in the ordinary course of my business. I am the custodian of these records.

12.     I swear, to the best of my present knowledge and information that the above statements are true, that I am competent to make this affidavit and that the above statements were made by drawing from my personal knowledge of the situation.


_____
Cary Torbert, Jr.

**SWORN TO and SUBSCRIBED** before me this _11_ day of January, 2006.


_____
NOTARY PUBLIC          MY COMMISSION EXPIRES FEB. 10, 2007
My Commission Expires: _____

# Exhibit D
# Affidavit of Lieutenant Ray Roberson

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

MATTHEW SHAWN MCVEIGH,     )
                                       )

     Plaintiff,             )
                                       )

v.                         )     Civil Action No. 3:05-cv-1037-F
                                     )

SHERIFF JAY JONES, et al.,     )
                                     )

     Defendants.           )

## AFFIDAVIT OF RAY ROBERSON

STATE OF ALABAMA         )
                              )
COUNTY OF LEE            )

BEFORE ME, the undersigned authority and Notary Public in and for said County and State at large, personally appeared RAY ROBERSON, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.     My name is Ray Roberson. I am over the age of nineteen and competent to execute this affidavit.

2.     My name is Ray Roberson. I am over the age of nineteen and competent to execute this affidavit. I am employed with the Lee County Sheriff's Department and serve as Assistant Jail Administrator at the Lee County Detention Facility. I have worked in the Lee County Detention Facility for twenty-three years and have obtained the rank of lieutenant.

3.     I am familiar with the Plaintiff, Matthew Shawn McVeigh, due to his incarceration in the Lee County Detention Facility.

4.     I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

5.     Menus for the inmates at the Lee County Detention Facility are written out each month based on an original pre-approved menu. Major Torbert takes the menu to the Auburn University Extension Office for review by a certified dietitian. The dietitian makes any necessary revisions to the menu, which Major Torbert then adopts, and approves the menu as meeting all nutritional requirements. This dietitian-approved menu is the basis for all meals which have been served to inmates in the Lee County Detention Facility over the past two years.

6.     Inmates receive ample amounts of dairy products, proteins and vegetables. Water is served to the inmates daily; also, inmates receive non-fat milk and fruit drinks, several times a week. Further, healthy portions are served at each meal. With regard to fruit, every Sunday the inmates receive an orange or an apple. Additionally, two times each week inmates are served peaches, pears, apples or baked apples with a meal.

7.     The food cart for the wing in which the Plaintiff was housed had a plug missing for one day. However, the plug was fixed before the next day. On the day that the plug was missing, the food was served to the inmates in the Plaintiff's wing straight from the kitchen. There was no delay between the food being picked up from the kitchen and the inmates being served. Jail officers began serving the food immediately when the food was prepared. There was a maximum two to three minute walk from the kitchen to the wing where the Plaintiff was housed.

8.     When inmates arrive at the jail, they are issued a cup and spoon. The inmates are responsible for washing their cup and spoon themselves. The inmates have access to soap and hot water for this purpose.

9.    Food trays are washed and sanitized after each use. The Lee County Detention Facility has a commercial dishwasher for this purpose.

10.    Any tray that is peeling or has holes are no longer used to serve inmates.

11.    I swear, to the best of my present knowledge and information that the above statements are true, that I am competent to make this affidavit and that the above statements were made by drawing from my personal knowledge of the situation.


_Ray Roberson_
Ray Roberson


**SWORN TO** and **SUBSCRIBED** before me this _11_ day of January, 2006.


_Oria D. Bridges_
NOTARY PUBLIC        MY COMMISSION EXPIRES FEB. 10, 2007
My Commission Expires:_____

**Exhibit E
Affidavit of Officer Gwendolyn Crawl**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

MATTHEW SHAWN MCVEIGH,    )
                                      )
    Plaintiff,                    )
                                      )
v.                                 )    Civil Action No. 3:05-cv-1037-F
                                      )
SHERIFF JAY JONES, et al.,      )
                                      )
    Defendants.               )

## AFFIDAVIT OF GWENDOLYN CRAWL

STATE OF ALABAMA       )
                          )
COUNTY OF LEE         )

BEFORE ME, the undersigned authority and Notary Public in and for said County and State at large, personally appeared GWENDOLYN CRAWL, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.    My name is Gwendolyn Crawl. I am over the age of nineteen and competent to execute this affidavit. I have been employed with the Lee County Detention Facility for over fifteen-years as a Correctional Officer. For the past four years I have served as the corrections officer in charge of the kitchen. My duties include overseeing the kitchen trustee workers, the preparation of menus, overseeing the preparation of meals and serving of meals to the inmates and making out supply orders.

2.    I am familiar with the Plaintiff, Matthew Shawn McVeigh, due to his incarceration in the Lee County Detention Facility.

3.    I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

4.    The menus are written out each month by me based on an original pre-approved menu. Although I am not a certified dietitian, I ensure that inmates receive ample amounts of dairy products, proteins and vegetables. In fact, non-fat milk is served to inmates at least once daily and fruit drinks are provided as often as possible. Further, healthy portions are served at each meal. With regard to fruit, every Sunday the inmates receive an orange or an apple. Additionally, two times each week I serve peaches, pears, apples or baked apples with a meal.

5.    The food cart for the wing in which the Plaintiff was housed had a plug missing for one day. However, the plug was fixed before the next day. On the day that the plug was missing, the food was served to the inmates on the Plaintiff's wing straight from the kitchen. There was no delay between the food being picked up from the kitchen and the inmates being served. Jail officers began serving the food immediately when the food was prepared. There was a maximum two to three minute walk from the kitchen to the wing where the Plaintiff was housed.

6.    When inmates arrive at the jail, they are issued a cup and spoon. The inmates are responsible for washing their cup and spoon themselves. The inmates have access to soap and hot water for this purpose.

7.    Food trays are washed and sanitized after each use. The Lee County Detention Facility has a commercial dishwasher for this purpose.

8.    Any tray that is peeling or has holes are no longer used to serve inmates.

9.    I swear, to the best of my present knowledge and information that the above statements are true, that I am competent to make this affidavit and that the above statements were made by drawing from my personal knowledge of the situation.

_Gwendolyn Crawl_

Gwendolyn Crawl

**SWORN TO** and **SUBSCRIBED** before me this ___ day of January, 2006.

NOTARY PUBLIC            MY COMMISSION EXPIRES FEB. 10, 2007

My Commission Expires: ___

3

# Exhibit F
# Lee County Detention Facility Menus for July, August, and September 2005

## JULY 2005

| | BREAKFAST | LUNCH | DINNER |
|---|---|---|---|
| 07/01/05<br>Friday | Grits<br>Toast<br>Sausage<br>Jelly | Bologna Sandwich<br>Mashed Potatos<br>Baked Beans<br>Vanilla Pudding<br>Milk | Blackeyed Peas<br>Cornbread<br>Rice<br>Baked Apples<br>Mixed Greens |
| 07/02/05<br>Saturday | Grits<br>Toast<br>Beef Hash<br>Jelly | Ham & Cheese Sandwich<br>Corn<br>Baked Beans<br>Peach Halves<br>Milk | Spaghetti<br>Cornbread<br>Collard Greens<br>Applesauce<br>Fruit Drink |
| 07/03/05<br>Sunday | Red Hot Sausage<br>Grits<br>Toast<br>Jelly | Ham Sandwich<br>Oranges<br>Water | Chicken Patty<br>Mashed Potatos<br>Green Beans<br>Cornbread<br>Pudding<br>Fruit Drink |
| 07/04/05<br>Monday | Grits<br>Toast<br>Egg<br>Jelly | Bologna Sandwich<br>Peas & Carrots<br>Mashed Potatos<br>Sliced Apples<br>Milk | Pinto Beans<br>Cornbread<br>Rice<br>Sliced Apples<br>Mixed Greens<br>Fruit Drink |
| 07/05/05<br>Tuesday | Grits<br>Toast<br>Egg<br>Jelly<br>Sausage | Chili Dog<br>Baked Beans<br>Mashed Potatos<br>Pudding | Steamed Squash<br>Cornbread<br>Lima Beans<br>Okra/Corn/Tomatos<br>Applesauce |
| 07/06/05<br>Wednesday | Beef Hash<br>Grits<br>Toast<br>Applesauce | Vegetable Beef Soup<br>Mashed Potatos<br>Peanut Butter/Jelly Sandwich<br>Pudding<br>Milk | Beef-o-Roni<br>Steamed Squash<br>Cornbread<br>Baked Apples<br>Fruit Drink |
| 07/07/05<br>Thursday | Grits<br>Toast<br>Egg<br>Jelly | Ham & Cheese Sandwich<br>Green Beans<br>Mashed Potatos<br>Pudding<br>Milk | Blackeyed Peas<br>Cornbread<br>Mashed Potatos<br>Mixed Greens<br>Sliced Apple |

| Date | Breakfast | Lunch | Dinner |
|---|---|---|---|
| 07/08/05 Friday | Red Hot Sausages<br>Grits<br>Toast<br>Jelly | Fish Sandwich<br>Slaw<br>Baked Beans<br>Peach Halves | Spaghetti<br>Cornbread<br>Green Beans<br>Pudding<br>Fruit Drink |
| 07/09/05 Saturday | Grits<br>Toast<br>Egg<br>Jelly | Bologna Sandwich<br>Corn<br>Mashed Potatos<br>Applesauce<br>Milk | Lima Beans<br>Cornbread<br>Collard Greens<br>Rice<br>Peach Halves |
| 07/10/05 Sunday | Grits<br>Toast<br>Eggs<br>Sausage<br>Jelly | Ham Sandwich<br>Apples<br>Water | Beef Fritters<br>Cornbread<br>Green Beans<br>Pudding<br>Mashed Potatos |
| 07/11/05 Monday | Beef Hash<br>Grits<br>Toast<br>Jelly | Bologna Sandwich<br>Baked Beans<br>Mashed Potatos<br>Pudding<br>Milk | Beef-o-Roni<br>Green Beans<br>Cornbread<br>Peach Halves<br>Fruit Drink |
| 07/12/05 Tuesday | Sausage Gravy<br>Grits<br>Toast<br>Eggs<br>Jelly | Vegetable Beef Soup<br>Peanut Butter/Jelly Sandwich<br>Peach Halves<br>Mashed Potatos | Cajun Beans<br>Rice<br>Collard Greens<br>Sliced Apples<br>Cornbread |
| 07/13/05 Wednesday | Grits<br>Toast<br>Eggs<br>Jelly<br>Red Hot Sausage | Ham & Cheese Sandwich<br>Baked Beans<br>Mashed Potatos<br>Sliced Apples<br>Milk | Blackeyed Peas<br>Cornbread<br>Steamed Squash<br>Mixed Greens<br>Fruit Drink |
| 07/14/05 Thursday | Grits<br>Toast<br>Sausage<br>Jelly | Chili Dog<br>Baked Beans<br>Mashed Potatos<br>Peach Halves<br>Fruit Drink | Pinto Beans<br>Okra/Corn/Tomatos<br>Cornbread<br>Mashed Potatos<br>Pudding<br>Milk |
| 07/15/05 Friday | Grits<br>Toast | Ham Sandwich<br>Peas & Carrots | Lima Beans<br>Cornbread |

| | Beef Hash<br>Jelly | Corn<br>Applesauce | Rice<br>Steamed Squash<br>Applesauce |
|---|---|---|---|
| 07/16/05<br>Saturday | Grits<br>Toast<br>Jelly<br>Sausage | Bologna Sandwich<br>Baked Beans<br>Mashed Potatos<br>Pudding | Spaghetti<br>Cornbread<br>Mixed Greens<br>Peach Halves |
| 07/17/05<br>Sunday | Grits<br>Toast<br>Red Hot Sausage<br>Jelly<br>Eggs | Ham Sandwich<br>Apples<br>Water | Beef Fritters<br>Mashed Potatos<br>Green Beans<br>Pudding<br>Roll |
| 07/18/05<br>Monday | Grits<br>Toast<br>Beef Hash<br>Eggs<br>Jelly | Chili Dog<br>Mashed Potatos<br>Pudding<br>Baked Beans<br>Fruit Drink | Pinto Beans<br>Steamed Squash<br>Cornbread<br>Rice<br>Sliced Apples<br>Fruit Drink |
| 07/19/05<br>Tuesday | Grits<br>Toast<br>Eggs w/ Cheese<br>Jelly | Vegetable Beef Soup<br>Cornbread<br>Mashed Potatos<br>Sliced Apples | Blackeyed Peas<br>Mashed Potatos<br>Cornbread<br>Mixed Greens<br>Sliced Apples |
| 07/20/05<br>Wednesday | Grits<br>Toast<br>Eggs<br>Sausage | Bologna Sandwich<br>Peas & Carrots<br>Baked Beans<br>Applesauce | Spaghetti<br>Cornbread<br>Green Beans<br>Pudding |
| 07/21/05<br>Thursday | Eggs<br>Grits<br>Biscuit<br>Jelly<br>Sausage Gravy | Chili Dog<br>Baked Beans<br>Mashed Potatos<br>Green Beans | Lima Beans<br>Cornbread<br>Rice<br>Collard Greens<br>Baked Apples |
| 07/22/05<br>Friday | Eggs<br>Grits<br>Toast<br>Jelly | Ham & Cheese Sandwich<br>Corn<br>Applesauce<br>Baked Beans | Spaghetti<br>Cornbread<br>Steamed Squash<br>Peach Halves<br>Fruit Drink |

| 07/23/05 Saturday | Grits<br>Toast<br>Beef Hash<br>Jelly | Bologna Sandwich<br>Baked Beans<br>Mashed Potatos<br>Peas & Carrots<br>Fruit Drink | Pinto Beans<br>Cornbread<br>Okra/Corn/Tomatos<br>Rice<br>Applesauce |
| --- | --- | --- | --- |
| 07/24/05 Sunday | Grits<br>Biscuits<br>Eggs<br>Jelly<br>Sausage | Ham Sandwich<br>Oranges<br>Water | Beef Fritters<br>Mashed Potatos<br>Green Beans<br>Pudding<br>Rolls |
| 07/25/05 Monday | Grits<br>Toast<br>Egg<br>Jelly | Vegetable Beef Soup<br>Cornbread<br>Mashed Potatos<br>Sliced Apples | Blackeyed Peas<br>Rice<br>Cornbread<br>Collard Greens<br>Pudding |
| 07/26/05 Tuesday | Egg<br>Grits<br>Toast<br>Jelly | Chili<br>Peanut Butter/Jelly Sandwich<br>Tropical Fruit<br>Milk | Pinto Beans<br>Rice<br>Cornbread<br>Mixed Greens<br>Sliced Apples |
| 07/27/05 Wednesday | Grits<br>Toast w/ Cheese<br>Sausage<br>Eggs<br>Milk | Bologna & Cheese Sandwich<br>Baked Beans<br>Green Beans<br>Peach Halves | Spaghetti<br>Steamed Squash<br>Cornbread<br>Collard Greens<br>Fruit Drink |
| 07/28/05 Thursday | Red Hot Sausage<br>Grits<br>Toast<br>Egg | Ham & Cheese Sandwich<br>Peas & Carrots<br>Mashed Potatos<br>Lemon Pudding | Blackeyed Peas<br>Cornbread<br>Mashed Potatos<br>Mixed Greens<br>Applesauce |
| 07/29/05 Friday | Grits<br>Toast<br>Eggs<br>Sausage | Vegetable Beef Soup<br>Cornbread<br>Mashed Potatos<br>Sliced Apples | Lima Beans<br>Rice<br>Cornbread<br>Sliced Apples<br>Chocolate Pudding |
| 07/30/05 Saturday | Sausage Gravy<br>Biscuit<br>Grits<br>Eggs | Bologna Sandwich<br>Mashed Potato<br>Corn<br>Applesauce | Beef-o-Roni<br>Cornbread<br>Mixed Greens<br>Peach Halves |

| 07/31/05 | Red Hot Sausage | Ham Sandwich | Chicken Patty |
| Sunday | Grits | Oranges | Mashed Potatos |
| | Toast | Water | Green Beans |
| | Eggs | | Vanilla Pudding |
| | Jelly | | Cornbread |

## AUGUST 2005

| | BREAKFAST | LUNCH | DINNER |
|---|---|---|---|
| 08/01/05<br>Monday | Grits<br>Toast<br>Egg<br>Jelly | Bologna Sandwich<br>Mashed Potatos<br>Baked Beans<br>Vanilla Pudding | Spaghetti<br>Cornbread<br>Green Beans<br>Peach Halves |
| 08/02/05<br>Tuesday | Grits<br>Toast<br>Sausage<br>Jelly | Vegetable Beef Soup<br>Peanut Butter/Jelly Sandwich<br>Mashed Potatos<br>Peach Halves | Blackeyed Peas<br>Cornbread<br>Rice<br>Mixed Greens<br>Baked Apples<br>Fruit Drink |
| 08/03/05<br>Wednesday | Beef Hash<br>Grits<br>Toast<br>Jelly | Chili Dogs<br>Baked Beans<br>Mashed Potatos<br>Applesauce<br>Fruit Drink | Pinto Beans<br>Cornbread<br>Collard Greens<br>Lemon Pudding<br>Rice |
| 08/04/05<br>Thursday | Grits<br>Toast<br>Red Hots (Sausage)<br>Egg<br>Jelly | Ham Sandwich w/ Cheese<br>Corn<br>Peas & Carrots<br>Sliced Apples<br>Milk | Baked Chicken<br>Cornbread<br>Green Beans<br>Sliced Apples<br>Fruit Drink |
| 08/05/05<br>Friday | Grits<br>Toast<br>Egg<br>Jelly | Fish Sandwich<br>Mashed Potatos<br>Baked Beans<br>Chocolate Pudding | Lima Beans<br>Cornbread<br>Mixed Greens<br>Baked Apples |
| 08/06/05<br>Saturday | Grits<br>Toast<br>Sausage<br>Jelly | Bologna Sandwich<br>Mashed Potatos<br>Corn<br>Chocolate Pudding | Spaghetti<br>Cornbread<br>Collard Greens<br>Fruit Drink |
| 08/07/05<br>Sunday | Red Hot Sausages<br>Grits<br>Toast<br>Egg<br>Jelly | Ham Sandwich<br>Apples<br>Water | Chicken Patty<br>Mashed Potatos<br>Green Beans<br>Cornbread<br>Pudding |
| 08/08/05<br>Monday | Beef Hash<br>Grits<br>Toast | Bologna Sandwich<br>Mashed Potatos<br>Baked Beans | Pinto Beans<br>Cornbread<br>Okra/Corn/Tomatos |

| | Jelly | Applesauce | Mixed Greens |
| | | | Fruit Drink |

| 08/09/05 Tuesday | Grits | Vegetable Beef Soup | Spaghetti |
| | Toast | Peanut Butter & Jelly Sandwich | Rolls |
| | Egg | Mashed Potatos | Green Beans |
| | Jelly | Sliced Apple | Applesauce |

| 08/10/05 Wednesday | Grits | Hamburger | Lima Beans |
| | Toast | Baked Beans | Cornbread |
| | Eggs | Pudding | Okra/Corn/Tomatos |
| | Sausage Gravy | Milk | Mixed Greens |
| | Jelly | | Fruit Drink |

| 08/11/05 Thursday | Beef Hash | Chicken Sandwich | Baked Chicken |
| | Grits | Peas & Carrots | Mixed Greens |
| | Toast | Mashed Potatos | Cornbread |
| | Jelly | Lemon Pudding | Rice |
| | | | Baked Apples |

| 08/12/05 Friday | Red Hot Sausages | Chili Dogs | Blackeyed Peas |
| | Grits | Baked Beans | Mixed Greens |
| | Toast | Green Beans | Sliced Apples |
| | Eggs | Chocolate Pudding | Rice |
| | Jelly | Milk | Cornbread |

| 08/13/05 Saturday | Grits | Ham & Cheese Sandwich | Spaghetti |
| | Toast | Green Beans | Cornbread |
| | Eggs | Mashed Potatos | Green Beans |
| | Jelly | Cookie | Chocolate Pudding |
| | | Fruit Drink | Fruit Drink |

| 08/14/05 Sunday | Grits | Ham Sandwich | Beef Fritters |
| | Toast | Orange | Green Beans |
| | Sausage | Water | Cornbread |
| | Eggs | | Mashed Potatos |
| | Jelly | | Vanilla Pudding |

| 08/15/05 Monday | Grits | Bologna Sandwich | Pinto Beans |
| | Toast | Mashed Potatos | Cornbread |
| | Egg | Corn | Rice |
| | Applesauce | Peach Halves | Mixed Greens |
| | | | Applesauce |

| 08/16/05 Tuesday | Grits | Corn Dogs | Lima Beans |
| | Toast | Baked Beans | Rice |

|  | Egg | Mashed Potatos | Cornbread |
|  | Sausage | Lemon Pudding | Sliced Apples |
|  |  | Milk | Mixed Greens |

| 08/17/05 Wednesday | Grits Toast Beef Hash Jelly | Bologna Sandwich Corn Peas & Carrots Peach Halves Milk | Beef-o-Roni Cornbread Green Beans Lemon Pudding |

| 08/18/05 Thursday | Grits Toast Red Hot Sausage Eggs Jelly | Vegetable Beef Soup Peanut Butter/Jelly Sandwich Mashed Potatos Applesauce | Blackeyed Peas Mashed Potatos Cornbread Collard Greens Peach Halves |

| 08/19/05 Friday | Grits Toast Sausage Jelly | Ham Sandwich Baked Beans Mashed Potatos Chocolate Pudding | Spaghetti Cornbread Green Beans Chocolate Pudding |

| 08/20/05 Saturday | Grits Toast Eggs Jelly | Bologna Sandwich Mashed Potatos Baked Beans Peach Halves Milk | Cajun Beans Cornbread Rice Mixed Greens Sliced Apples |

| 08/21/05 Sunday | Red Hot Sausage Grits Toast Jelly Eggs | Ham Sandwich Apples Water | Chicken Patty Mashed Potatos Green Beans Lemon Pudding Cornbread |

| 08/22/05 Monday | Beef Hash Grits Toast Jelly | Chili Dogs Mashed Potatos Baked Beans Cookie | Pinto Beans Rice Cornbread Steamed Squash Peach Halves |

| 08/23/05 Tuesday | Grits Toast Sausage Egg | Vegetable Beef Soup Peanut Butter/Jelly Sandwich Mashed Potatos Applesauce | Lima Beans Cornbread Okra/Corn/Tomatos Applesauce |

| 08/24/05 Wednesday | Grits Toast | Bologna Sandwich Baked Beans | Spaghetti Cornbread |

|            |                  |                          |                   |
|------------|------------------|--------------------------|-------------------|
|            | Eggs             | Mashed Potatos           | Green Beans       |
|            | Jelly            | Milk                     | Chocolate Pudding |
|            |                  | Sliced Apples            | Fruit Drink       |
| 08/25/05   | Grits            | Ham & Cheese Sandwich    | Beef Steak        |
| Thursday   | Toast            | Baked Beans              | Rice & Gravy      |
|            | Sausage          | Mashed Potatos           | Rolls             |
|            | Jelly            | Cookie                   | Mixed Greens      |
|            |                  |                          | Sliced Apples     |
| 08/26/05   | Beef Hash        | Chili Dogs               | Beef-o-Roni       |
| Friday     | Grits            | Baked Beans              | Cornbread         |
|            | Toast            | Mashed Potatos           | Collard Greens    |
|            | Jelly            | Milk                     | Apple Rings       |
|            |                  | Cookie                   |                   |
| 08/27/05   | Grits            | Bologna & Cheese Sandwich | Cajun Beans      |
| Saturday   | Toast            | Baked Beans              | Rice              |
|            | Sausage          | Mashed Potatos           | Cornbread         |
|            | Eggs             | Peach Halves             | Mixed Greens      |
|            | Jelly            |                          | Sliced Apple      |
| 08/28/05   | Red Hot Sausage  | Ham Sandwich             | Beef Fritters     |
| Sunday     | Grits            | Apple                    | Cornbread         |
|            | Toast            | Water                    | Green Beans       |
|            | Jelly            |                          | Vanilla Pudding   |
|            | Egg              |                          | Mashed Potatos    |
| 08/29/05   | Grits            | Chili                    | Steamed Squash    |
| Monday     | Toast            | Rice                     | Cornbread         |
|            | Beef Hash        | Cornbread                | Mixed Greens      |
|            | Jelly            | Applesauce               | Pinto Beans       |
|            |                  |                          | Rice              |
| 08/30/05   | Grits            | Ham & Cheese Sandwich    | Spaghetti         |
| Tuesday    | Toast            | Corn                     | Cornbread         |
|            | Eggs             | Mashed Potato            | Green Beans       |
|            | Jelly            | Sliced Apple             | Fruit Drink       |
|            |                  |                          | Sliced Apple      |
| 08/31/05   | Red Hot Sausage  | Bologna Sandwich         | Blackeyed Peas    |
| Wednesday  | Grits            | Corn                     | Cornbread         |
|            | Toast            | Mashed Potatos           | Rice              |
|            | Eggs             | Vanilla Pudding          | Collard Greens    |
|            | Jelly            |                          | Baked Apples      |

## SEPTEMBER 2005

| | BREAKFAST | LUNCH | DINNER |
|---|---|---|---|
| 9/1/2005 THURS | GRITS<br>TOAST<br>EGGS<br>JELLY | CHILI DOG<br>MASHED POTATOES<br>BAKED BEANS<br>PUDDING-VANILLA-MILK | SPAGHETTI<br>CORN BREAD<br>GREEN BEANS<br>SLICED APPLES |
| 9/2/2005 FRIDAY | GRITS<br>TOAST<br>JELLY<br>BEEF HASH | HAM/CHEESE SANDWICH<br>GREEN BEANS<br>MASHED POTATOES<br>COOKIE/MILK | LIMA BEANS<br>MIXED GREENS/CORN BREAD<br>RICE<br>PUDDING-LEMON |
| 9/3/2005 SAT | GRITS<br>TOAST<br>SAUSAGE<br>EGG/JELLY | BOLOGNA SAND<br>CORN<br>MASHED POTATOES<br>APPLE SAUCE | BLACK EYE PEAS<br>CORN BREAD<br>COLLARD GREENS<br>MASHED POTATOES<br>APPLE SAUCE |
| 9/4/2005 SUN. | GRITS<br>TOAST<br>RED HOTS<br>BISCUIT<br>JELLY/EGGS | HAM SANDWICH<br>FRUIT (APPLE)<br>WATER | CHICKEN PATTY<br>MASHED POTATOES<br>GREEN BEANS<br>CORN BREAD<br>PUDDING |
| 9/5/2005 MONDAY | GRITS<br>TOAST<br>EGG<br>JELLY | CORN DOG<br>BAKED BEANS<br>MASHED POTATOES<br>COOKIE/MILK | PINTO BEANS<br>RICE/CORNBREAD<br>MIXED GREENS<br>SLICED APPLES |
| 9/6/2005 TUES | GRITS<br>TOAST<br>BEEF HASH<br>JELLY | VEG BEEF SOUP<br>P.NUT/JELLY SANDWICH<br>MASHED POTATOES<br>PEACH HALF | BLACK EYE PEAS<br>RICE/CORN BREAD<br>MIXED GREENS<br>SLICED APPLE |
| 9/7/2005 WED | GRITS<br>TOAST<br>EGG<br>JELLY | BOLOGNA SANDWICH<br>PEAS CARROTS<br>MASHED POTATOES<br>SLICED APPLE/MILK | SPAGHETTI<br>CORN BREAD<br>GREEN BEANS<br>PUDDING<br>FRUIT DRINK |
| 9/8/2005 THURS | RED HOTS<br>GRITS | HAM & CHEESE SAND<br>CORN | CAJUN BEANS<br>CORNBREAD |

| | BISCUITS<br>EGG/JELLY | MASHED POTATOES<br>PUDDING | RICE<br>MIXED GREENS<br>CAKE |
|---|---|---|---|
| 9/9/2005<br>FRI | GRITS<br>TOAST<br>SAUSAGE<br>EGG<br>APPLE SAUCE | CHILI DOG<br>MASHED POTATOES<br>BAKED BEANS<br>COOKIE | PINTO BEANS<br>OKRA/CORN/TOMATOES<br>CORN BREAD/RICE<br>PUDDING-CHOC |
| 9/10/2005<br>SAT. | GRITS<br>TOAST<br>EGG<br>JELLY | BOLOGNA SAND<br>MASHED POTATOES<br>GREEN BEANS<br>SLICED APPLE | LIMA BEANS<br>CORN BREAD<br>RICE/COLLARD GREENS<br>SLICED APPLE |
| 9/11/2005<br>SUN | GRITS<br>TOAST<br>SAUSAGE<br>EGG/JELLY | HAM SANDWICH<br>FRUIT ORANGE<br>WATER | BEEF<br>MASHED POTATOES<br>CORNBREAD/GREEN BEANS<br>PUDDING |
| 9/12/2005<br>MONDAY | GRITS<br>TOAST<br>BEEF HASH<br>JELLY | BOLOGNA SAND<br>PEAS/CARROTS<br>MASHED POTATOES<br>APPLESAUCE/MILK | BEEF-O-RONI<br>CORN BREAD<br>MIXED GREENS<br>PEACH HALF |
| 0913/05<br>TUES | RED HOTS<br>BISCUIT<br>GRITS<br>EGG/JELLY | VEG BEEF SOUP<br>P.NUT/JELLY SANDWICH<br>MASHED POTATOES<br>PEACH HALF | BLACKEYE PEAS<br>CORN BREAD<br>RICE/MIXED GREENS<br>APPLE SAUCE |
| 9/14/2005<br>WED | GRITS<br>TOAST<br>SAUSAGE<br>JELLY | HAM & CHEESE SAND<br>MASHED POTATOES<br>BAKED BEANS<br>COOKIE/MILK | PINTO BEANS<br>CORN BREAD<br>RICE/STEAMED SQUASH<br>SLICED APPLE |
| 9/15/2005<br>THURS | GRITS<br>EGG/JELLY<br>TOAST | CORN DOG<br>BAKED BEANS<br>MASHED POTATOES<br>PUDDING - VANILLA | SPAGHETTI<br>CORN BREAD/GREEN BEANS<br>PEACH HALF<br>1/2 BANANA |
| 9/16/2005<br>FRI | BEEF HASH<br>GRITS<br>TOAST<br>JELLY | BOLOGNA SAND<br>MASHED POTATOES<br>BAKED BEANS<br>COOKIE/MILK | LIMA BEANS<br>STEAMED SQUASH<br>CORN BREAD/RICE<br>SLICED APPLE |

| Date | Breakfast | Lunch | Dinner |
|---|---|---|---|
| | | PIZZA | |
| 9/17/2005 SAT. | GRITS<br>TOAST<br>SAUSAGE<br>EGGS/JELLY | CORN DOG<br>BAKED BEANS<br>MASHED POTATOES<br>PUDDING/1/2 BANANA | BEEF-O-RONI<br>CORN BREAD<br>COLLARD GREENS<br>PUDDING |
| 9/18/2005 SUN | RED HOTS<br>TOAST<br>GRITS<br>EGG/JELLY | HAM SANDWICH<br>FRUIT - APPLE<br>WATER | CHICKEN PATTY<br>MASHED POTATOES<br>GREEN BEANS<br>CORN BREAD<br>PUDDING |
| 9/19/2005 MON. | GRITS<br>TOAST<br>EGG/JELLY | VEG. BEEF SOUP<br>P.NUT/JELLY SANDWICH<br>MASHED POTATOES<br>PEACH HALF/MILK | PINTO BEANS<br>RICE/CORN BREAD<br>MIXED GREENS<br>APPLE SAUCE |
| 9/20/2005 TUES | GRITS<br>TOAST<br>SAUSAGE<br>JELLY | BOLOGNA/CHEESE SAND.<br>MASHED POTATOES<br>GREEN BEANS<br>APPLE SAUCE | SPAGHETTI<br>CORN BREAD<br>GREEN BEANS<br>PEACH HALF |
| 9/21/2005 WED. | GRITS<br>TOAST<br>EGG<br>JELLY | HOT DOGS<br>BAKED BEANS<br>MASHED POTATOES<br>PUDDING-VANILLA | LIMA BEANS<br>RICE<br>MIXED GREENS<br>C. BREAD/SLICED APPLES |
| 9/22/2005 THURS | BEEF HASH<br>GRITS<br>TOAST<br>JELLY | BOLOGNA<br>CORN<br>APPLE SAUCE<br>GREEN BEANS/MILK | PINTO BEANS<br>CORN BREAD<br>OKRA/CORN/TOMATOES<br>PUDDING/RICE |
| 9/23/2005 FRI | GRITS<br>TOAST<br>EGGS/JELLY<br>SAUSAGE | HAM SANDWICH<br>BAKED BEANS<br>COOKIE<br>MASHED POTATOES | SPAGHETTI<br>CORN BREAD<br>GREEN BEANS<br>STEAMED SQUASH/F.DRINK |
| 9/24/2005 SAT. | GRITS<br>TOAST<br>EGG<br>JELLY | CORN DOG<br>BAKED BEANS<br>MASHED POTATOES<br>PUDDING | BLACK EYE PEAS<br>CORN BREAD<br>MASHED POTATOES<br>COLLARD GREENS |
| 9/25/2005 SUN | RED HOTS<br>BISCUITS | HAM SANDWICH<br>FRUIT - ORANGE | BEEF FRITTERS<br>GREEN BEANS |

|  | GRITS<br>JELLY/TOAST | WATER |  | MASHED POTATOES<br>PUDDING-CHOC. |
|---|---|---|---|---|
| 9/26/2005<br>MON. | GRITS<br>TOAST<br>EGG/JELLY | BOLOGNA SAND.<br>CORN<br>MASHED POTATOES<br>PEACH HALF |  | SPAGHETTI<br>CORN BREAD<br>BAKED APPLE<br>GREEN BEANS<br>FRUIT DRINK |
| 9/27/2005<br>TUES | GRITS<br>TOAST<br>SAUSAGE<br>JELLY | VEG. BEEF SOUP<br>P.NUT/JELLLY SAND.<br>MASHED POTATOES |  | PINTO BEANS<br>RICE<br>MIXED GREENS<br>PEACH HALF/CORN BREAD |
| 9/28/2005<br>WED. | GRITS<br>TOAST<br>BEEF HASH<br>JELLY | HOT DOG<br>BAKED BEANS<br>FRUIT<br>COOKIE/MILK |  | BEEF-O-RONI<br>CORN BREAD<br>STEAMED SQUASH<br>SLICED APPLE |
| 9/29/2005<br>THURS. | GRITS<br>TOAST<br>SAUSAGE<br>EGGS/JELLY | HAM SANDWICH<br>GREEN BEANS<br>MASHED POTATOES<br>PUDDING |  | BEEF STEAK<br>CORN BREAD<br>MASHED POTATOES/GRAVY<br>COLLARD GREENS/PUDDING |
| 9/30/2005<br>FRI. | GRITS<br>TOAST<br>EGG<br>JELLY | BOLOGNA SANDWICH<br>PEACH HALF<br>MASHED POTATOES<br>MILK/BAKED BEANS |  | LIMA BEANS<br>CORN BREAD<br>RICE<br>STEAMED SQUASH<br>APPLE SAUCE |