**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **MATTHEW SHAWN MCVEIGH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.  3:05-cv-1037-F** |
| | ) | |
| **SHERIFF JAY JONES, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**

COME NOW Sheriff Jay Jones, Major Cary Torbert, Jr., Lieutenant Ray Roberson, and Corrections Officer Gwendolyn Crawl, Defendants in the above-styled cause, and answer the Plaintiff's Complaint as follows:

**Answer**

The Defendants in this action deny each and every allegation made by the Plaintiff, Matthew Shawn McVeigh, and demand strict proof thereof.  The Defendants deny that they acted, or caused anyone to act, in such a manner so as to deprive the Plaintiff of his constitutional rights.

**Affirmative Defenses**

1.      The Plaintiff's Complaint, separately and severally, fails to state a claim upon which relief may be granted.

2.      The Defendants in this action, in their individual capacities, are entitled to qualified immunity from the Plaintiff's claims.

3.      The Defendants in this matter, in their official capacity, is entitled to absolute immunity from the Plaintiff's claims pursuant to the Eleventh Amendment to the United States Constitution.

4.      Defendants in their official capacities are not "persons" under 42 U.S.C. § 1983.

5.    The Plaintiff's claims are barred by the Prison Litigation Reform Act.

6.    Plaintiff fails to allege any affirmative causal link between the alleged acts of Defendants and any alleged constitutional deprivation or Defendants' direct participation in any alleged constitutional violation.

7.    Defendants are not liable based upon *respondeat superior* theories of liability.

8.    The Plaintiff cannot prove a violation of his rights under the Eighth or Fourteenth Amendments to the United States Constitution.

9.    Defendants were not deliberately indifferent in any respect.

Respectfully submitted this 11th day of January, 2006.

> **s/Amanda Kay Morgan**
> KELLY GALLOPS DAVIDSON Bar No. DAV123
> ASHLEY HAWKINS FREEMAN Bar No. FRE044
> AMANDA KAY MORGAN Bar No. ALL079
> Attorneys for Defendants
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive (36117)
> Post Office Box 240909
> Montgomery, Alabama  36124
> Telephone:  (334) 262-1850
> Fax:  (334) 262-1889
> E-mail:  amorgan@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 11th day of January, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

> Matthew Shawn McVeigh
> Lee County Detention Center
> PO Box 2407
> Opelika, AL 36804

> **s/Amanda Kay Morgan**
> OF COUNSEL