In the United States District Court
For the Middle District of Alabama

Motion: Plaintiff answer to Defendants Special Report Not Compliant

Plaintiff
Matthew Shawn McVeigh
vs.
Defendants
Sheriff Jay Jones et. al

Civil Action No. 3:05-CV-1037-F

Exhibit: A

① The Plaintiff was not given any rule book that shows that any grievance could be filed or how to file one. Request forms are passed out in the cells but when request are filed they are rarely returned. I have never seen a grievance complaint form. I have not spoke to any inmates that has seen a grievance complaint form at the Lee County Detention Facility inmates witnesses named in this motion.

② The Plaintiff request going unanswered has no way of knowing that inmates have available administrative remedies when all request go unanswered all inmates witness in this motion will witness to this fact.

③ The Plaintiff can not exhaust administrative remedies when the administration will not respond to inmates request complaint

④ The Plaintiff is not an attorney and does not have access to Federal Civil Action law books the Defendants state that their answers are based on a dyes menu which shows the Defendants have been serving cold food and are in violation of Plaintiff's rights by admitting to the complaint filed by Plaintiff.

⑤ The Plaintiff health is clearly at risk when a person has to eat with spoons and drink from cup that are not clean. Trays with holes and peeling with food left from the meal before.

⑥ The Plaintiff has more than Causal Connection the food is not what the Defendants claim and in the action of the Defendants violate the Plaintiff's constitutional rights by the Plaintiff not being safe in his presents 4th Amendment.

### Exhibit: B.

① Defendants Jay Jones Sheriff of Lee County Jail has never answered any written request that was written to him by the Plaintiff

② The Plaintiff was not given a rule book to advise the Plaintiff of any rules or grievance processes at the Defendants Sheriff Jay Jones Jail.

③ The Defendants Sheriff Jay Jones has sworn to an affidavit of information that he knows the menu given by Defendant as answer to Plaintiff complian are in no way what is served to the inmates on a daily basis and inmates will witnesses are able to witness to this fact.

### Exhibit: C

① The Plaintiff has written numerous request to one Major Cary Torbert and have not one time ever had one answered and returned to the Plaintiff. In fact the Plaintiff has been unable to find any inmates that have ever had a request returned by Major Torbert.

② The Defendant Major Cary Torbert has lied to the Court on a sworn affidavit as t the daily serving that an inmate is given on a daily basis

③ The Defendant Major Cary Torbert claims that the menu is sent to the University of Aubur but gives no name as to who the dietition is and then states he adopts and approve 7 menu and is not a dietition the why even have the menu taken to the University of Aubu

④ If the Defendant Major Cary Torbert approves of the menu and can also denie then it is changed from what license dietition has approved to begin with.

⑤ The Defendants Major Cary Torbert has the inmates keep there spoon and cup in the cell with no access to water hot enough to sanitize cup and spoon from sink in the cells to wash them all inmates will witness to this fact.

### Exhibit: D

① The Defendant Ray Roberson is the Assistant Jail Administrator in charge of the over seeing that inmates are given a hot meal to eat and as well a health diet the Defendant Ray Roberson is not a dietition and by law should be.

② There is not a dietition employed at the Lee County Jail to see the the reapproved menu is a healthy meal for inmates after it has been changed by Major Cary Torbert.

③ The Defendant Ray Roberson has also lied to the court as to what is given to the inmates at Lee County Jail to eat on a daily basis inmates witnesses will witness to this fact.

### Exhibit: E

① The Defendant Officer Gwendolyn Crawl over see feeding of inmates and also is not a dietition the portion given to the inmate are very small you can count the beans on the tray on daily basis, bean count being 17-20 on a tray one ounce serving spoon used to put food on trays.

② The Denfendant has as well sworn to an affidavit as to the menu giving milk on a daily basis a lie as well a very large number of items on the menu that are never seen by inmates to eat.

③ The Defendant Officer Gwendolyn Crawl that over sees Kitchen feeding the inmates and cleaning trays. The trays often still have food and food greease from the day before.

④ The Defendant Officer Gwendolyn Crawl strays from the menu that is given in this special report after the Auburn University dietition has given what should be feed by law the Staff named in exhibit B.C.D.E. all have been involved in the change of the menu that was given by Defendants in order to fool the Court into thinking that is what is feed to the inmates in the Lee County Jail. All inmate witnesses named in this answer brief given by Plaintiff will be subponea to witness to these facts.

Sign by: Matthew McVeigh

## Conclusion

① The Plaintiff allegations made in his complaint are true. The Affidavit given in Plaintiff motion by witnesses and are as the court ask for and will show that the allegations made by the Plaintiff are facts.

② The Plaintiff ask that he be allowed to have his day in the Honorable Judges Court room for Jury of his peers.

③ The Plaintiff can and will prove that the staff are covering for each other in order to cover the violation of the Plaintiff rights as well lied to the court on Affidavit in order to cover the poor Condition of food that the inmates are being given in the Lee County Jail.

## Certificate of Service

I here by Certify that all claim made in the answer breif made to Defendants are true and Correct and has been mailed to the Defendants by United States Mail.

At the address of: Webb & Eley, P.C. 7475 Halcyon Pointe Dr.
Montgomery, Alabama. 36124

Address of Plaintiff: Matthew McVeigh
P.O. Box 2407
Opelika, Alabama 36801

In the United States District Court
For the Middle District of Alabama

Sheriff Jay Jones, et al.,
    Defendants,
v.
Matthew Shawn McVeigh
    Plaintiff.

Civil Action No. 3:05-cv-1037-F

### AFFIDAVIT OF Matthew McVeigh

① My name is Matthew Shawn McVeigh, I am over the age of nineteen and competent to execute this affidavit. I am incarcerated in the Lee County Dentention Facility and have been since July, 6th 2005.

② I am familier with the Defendant, Sheriff Jay Jones, due to his being the Sheriff of Lee County Dentention Facility. I have written several complaints to the Defendants and have not as of yet to receive any back.

③ I state affirmatively that I have complaint on more times tha[n] can remember about food and coldness of food and still there ha[s] been no changes made so I filed a complaint with the Dist[rict] Court.

④ I swear, to the best of my present knowledge and informatio[n] the above statements are true, that I am competent to make this and that the above statements were made by drawing from my pers[onal] knowledge of this situation.

                                Matthew S. McVeigh
                                Matthew Shawn McVeigh

Subscribed before me this 23rd day of January, 2[006]

IN the United States District Court
For the Middle District of Alabama

Defendant
Sheriff Jay Jones et. al,
V
Matthew Shawn McVeigh
Plaintiff

Civil Action NO 3-05-cv-1037 F

Affidavit of Robert Clyde Johns Jr

① My name is Robert C Johns Jr. I am over the age of nineteen and competent to execute this Affidavit.

② I am familiar with the Defendants due to my incarceration in the Lee County Detention Facility. I have been incarcerated at Lee County Detention from 09-01-05 to 01-23-06

③ I have worked at Lee County Detention Kitchen for officer Gwendolyn Grawl in the Kitchen and have witness about the food being Cold and Bugs all over the Kitchen and they do not give any milk all they give is water and only small porintios of food only the Kitchen worker get more it not right. For the inmate to not receive their far share.

④ I was a server in the Kitchen and all they use is one ounces servers spoons.
I swear to the best of my knowlege the information that the above statements are true,

IN the united states District of Court
For the middle District OF Alabama

Defendant
sheriff Jay Jones etal

V

matthew shawn Mc veigh
Plaintiff

Civil Action No 3:05-CV-1037-F

Affidavit of Patrick L Bass

My name is Patrick L Bass I am over the age of nineteen and am competent to execute this Affidavit

I have been incarcerated in the Lee County Detention Facility From June 30, 2005 - January 23, 2006 and will witness that the food servered at the lee county Detention Facility come to the cell cold on a daily basises

I Patrick Bass have read the answer of the special Report given by the Defendant and in know way is it what the inmates are given on a daily basis to eat the Portions given to and inmate are very small there are less than one ounce of eggs on a tray and milk is very rarely seen as for other Items on the menu given in the special Report by Defendants

The Defendants have lied on sworn Affidavits in order to cover the truth as to what a inmate is realy given to eat and that it is a hot meal I will witness to these Facts   sign by _Patrick Bass_

In the United States District Court
For the Middle District of Alabama

Sheriff Jay Jones, et.al,
  Defendants
  v.
Matthew Shaun McVeigh
  Plaintiff

Civil Action No. 3:05-CV-1037-F

AFFIDAVIT OF Johnathan Ray Revells

① My name is Johnathan Ray Revells I am over the age of nineteen and I am competent to execute this affidavit

② Due to my incarceration in the Lee County Detention Facility dating from September 02, 2004 threw January 23, 2006 therefor I am familiar with the defendants in this complaint.

③ I have read the special Report given by the defendants to the plaintiff the special Report given to the plaintiff by the defendants is full of lie

④ The food that is servered to inmates is cold on a daily basises. The trays do have holes and are peeling I see at least one of every ten trays do have holes. The water in the cell is not hot enough to sanitize our cups and spoons.

⑤ The things that are servered on the trays are in no way ample amounts. I can count the beans that are servered on the trays on a daily basises.

⑥ No milk has been given to inmates in the past eight months. I have had only one ham sandwich with cheese in the past eight months. The food on the menus given by the defendants is not what the inmates are servered     Signed by: Johnathan Ray Revells

Certificate of Service
Of Affidavits by witnesses

I here by certify that all Affidavits are true and correct. I have mailed a true and correct copy of these Affidavits to Defendants by United States Mail.

Address of Attroney of Defendants
Webb & Eley P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery Alabama 36124

Witnesses of Affidavits
Sign by: Matthew S. M'Veigh
Sign by: Robert C John
Sign by: Patrick Bass
Sign by: Johnathan Ray Revells

Sworn and Subscribed before me this 23rd day of January. all witnesses can be reach at, Address of:
P.O. Box 2407 Opelika, Alabama. 36801