# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **MATTHEW SHAWN MCVEIGH,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:05-cv-1037-F |
| | ) |
| **SHERIFF JAY JONES, et al.,** | ) |
| | ) |
| Defendants. | ) |

### SUPPLEMENTAL AFFIDAVIT OF CARY TORBERT, JR.

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| | ) |
| **COUNTY OF LEE** | ) |

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared CARY TORBERT, JR., who being known to me and being by me first duly sworn on oath deposes and says as follows:

1. My name is Cary Torbert, Jr. I am over the age of nineteen and competent to execute this affidavit. I serve as Chief Deputy of Corrections of the Lee County Detention Facility and have obtained the rank of Major. I have worked with the Lee County Sheriff's Department for over 34 years.

2. All inmates are provided access to a Lee County Detention Center Inmate Handbook. A copy of this handbook is placed in each cellblock for inmates to review whenever they wish. The following is an excerpt from that handbook:

## *SECTION 16: GRIEVANCES*

16.1 If you have a grievance, you can report it on an Inmate Request form. Only one signature is allowed on a grievance.

1

16.2   Your grievance will be investigated and answered, in writing, within 72 hours of the time it is received, excluding weekends and holidays. Grievances are first answered by the appropriate staff at the lowest level in the chain of command.

16.3   If you are not satisfied with the first answer to your grievance, you may send a grievance to the next higher command level (attach a copy of the first grievance). You may continue to send it through the chain of command, up to the Sheriff, who will make the final decision.

16.4   We will not take any negative action against you because you file a grievance.

3.   Copies of all request forms, including grievance request forms, are placed in the inmate's "Inmate File." A copy of the Plaintiff's entire Inmate File is attached hereto as Exhibit 1 to this affidavit.

4.   There are no request forms or grievances in the Plaintiff's inmate file regarding the food service in the Lee County Detention Center.

5.   There are several request forms regarding various other issues in the Plaintiff's inmate file. Therefore, it is clear that the Plaintiff was able to file request forms.

6.   All documents attached to the Special Report are true and accurate copies of jail documents kept by me in the ordinary course of my business. I am the custodian of these records.

7.   I swear, to the best of my present knowledge and information that the above statements are true, that I am competent to make this affidavit and that the above statements were made by drawing from my personal knowledge of the situation.

_____
Cary Torbert, Jr.

SWORN TO and SUBSCRIBED before me this _16_ day of February, 2006.

_____
NOTARY PUBLIC
My Commission Expires: _____

2