# EXHIBIT 1

```
07/06/2005     11:36:06      LEE COUNTY SHERIFF'S OFFICE
                             INMATE BOOKING SHEET               PAGE    1
================================================================================
BOOKING NO: 050003088

INMATE NAME: MCVEIGH MATTHEW SHAWN
      ALIAS:
      ALIAS:                                    RACE: W      SEX: M
    ADDRESS: 885 LEE RD 389                       HT: 6'01"  HAIR: BLN
CITY/ST/ZIP: OPELIKA, AL 36801                    WT: 160    EYES: BRO
 HOME PHONE: 334-704-0859                     COMPLEX: LGT
        DOB: 09/09/1982   AGE:  22                SSN: 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
 PLCE BIRTH: VALLEY                            DL ST: AL      DLN: 6971451
      STATE: AL                                   SID:
  M. STATUS: SINGLE                             LOCID: 22696
   RELIGION: NONE
 GANG ASSOC: NONE
```

| | | CASE NUMBER | | |
|---|---|---|---|---|
| TATE OF ALABAMA<br>NIFIED JUDICIAL SYSTEM<br>EE COUNTY FORM CC-30 | COMMITTAL TO CUSTODY | ID | YR | Case No. |

State of Alabama,
                    PLAINTIFF,

          VS.

Matthew Shawn McVeigh,
                    DEFENDANT.

IN THE _____District_____ COURT OF
LEE COUNTY, ALABAMA
CASE NO. DC 05-1205

The defendant, _____Matthew Shawn McVeigh_____ is

reby committed to the custody of the Sheriff of Lee County, Alabama for:
Violation of Probation - 90 days - to begin today    Assist

Defendant's bond is hereby set at $ _____.

DONE this the __7th__ day of __September__, 2005

_____
                    JUDGE

REMARKS :
================================================================================
 HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
FORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

MATE: _O Matthew S McVeigh_   DATE: _7/6_   TIME: _1900_

OK OFFICER: _Cpl Hill_   DATE: _7/6_   TIME: _1900_

```
                              LEE COUNTY SHERIFF'S OFFICE
07/06/2005      11:36:06        INMATE BOOKING SHEET              PAGE    2
===============================================================================
BOOKING NO: 050003088      INMATE NAME: MCVEIGH MATTHEW SHAWN
===============================================================================
         COURT:                    ATTORNEY ON REC:
         JUDGE:                          PHONE: 000-000-0000
       REMARKS:
       REMARKS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
     BOOK DATE: 07/06/2005  BOOK TIME: 11:33  BOOK TYPE: NORMAL

   ARREST DATE: 07/06/2005        BOOKING OFFICER: BLACK
   ARREST DEPT: LCSO            CELL ASSIGNMENT: HC3
 ARRST OFFICER: SGT BLACK             MEAL CODE: 01   LEE COUNTY
 PROJ. RLSDATE: 00/00/0000            FACILITY: 01   COUNTY JAIL
  SEARCH OFFCR:                   CLASSIFICATION:
   TYPE SEARCH:                    WORK RELEASE: N
INTOX RESULTS:

        HOLDS: Y
       AGENCY: LCSO (Drake)     REASON: Bug I
       AGENCY: elmore           REASON:
       AGENCY: Co               REASON:
       AGENCY:                  REASON:
        NOTES:
        NOTES:
        NOTES:
```

```
                    LEE COUNTY SHERIFF'S OFFICE
07/08/2005    11:31:45       INMATE CHARGE SHEET              PAGE    1
================================================================================
BOOKING NO: 050003088    INMATE NAME: MCVEIGH MATTHEW SHAWN
================================================================================
   CHARGE NO:  1  DISPOSITION: OPEN              HOLD: N

ALA STATUTE:                        # OF COUNTS:   0
      OFFENSE: BURG I               WARRANT #:
      CASE #:
      BOND AMT: 50,000.00  1,000          FINE:        $0.00
      BAIL AMT:
INIT APPEAR: 07/06/2005      SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 07/06/2005        ARST AGENCY: LCSO
ARST OFFICR: SGT BLACK             COUNTY: LCSO
      COURT: CIRCUIT                JUDGE:
DEF ATTORNY:                 DIST ATTORNEY:
      COMMENTS: HOLDING FOR VANN JACKSON
      COMMENTS:
      COMMENTS:
--------------------------------------------------------------------------------
   CHARGE NO:  2  DISPOSITION: OPEN              HOLD: N

ALA STATUTE:                        # OF COUNTS:   0
      OFFENSE: MENACING             WARRANT #:
      CASE #:
      BOND AMT: 500.00  1,000             FINE:        $0.00
      BAIL AMT:
INIT APPEAR: 07/06/2005      SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 07/06/2005        ARST AGENCY: LCSO
ARST OFFICR: BLACK                 COUNTY: LCSO
      COURT: CIRCUIT                JUDGE:
DEF ATTORNY:                 DIST ATTORNEY:
      COMMENTS:
      COMMENTS:
      COMMENTS:
--------------------------------------------------------------------------------
```

```
                        LEE COUNTY SHERIFF'S OFFICE
07/06/2005    11:36:07    MEDICAL SCREENING FORM                    PAGE 1
=================================================================
Booking No: 050003088  Date: 07/06/2005  Time: 11:33  Type: NORMAL
Agency to Bill: LEE COUNTY              Facility: COUNTY JAIL

Inmate Name: MCVEIGH MATTHEW SHAWN              Race: W      Sex: M
       DOB: 09/09/1982 Age:  22 SSN: 419 13 8188 Height: 6'01" Weight: 160
-----------------------------------------------------------------
```

1.  Is inmate unconscious?

2.  Does inmate have any visible signs of trauma, illness, obvious pain
    and bleeding, requiring immediate emergency or doctor's care?

3.  Is there obvious fever, swollen lymph nodes, jaundice or other
    evidence of infection that might spread through the facility?

4.  Any signs of poor skin condition, vermin, rashes or needle marks?

5.  Does inmate appear to be under the influence of drugs or alcohol?

6.  Any visible signs of alcohol or drug withdrawal?

7.  Does inmate's behavior suggest the risk of suicide or assault?

8.  Is inmate carrying any medication?

9.  Does the inmate have any physical deformities?

10. Does inmate appear to have psychiatric problems?

11. Do you have or have you ever had or has anyone in your family
    ever had any of the following?

    ___ a. Allergies      ___ f. Fainting Spells   ___ k. Seizures
    ___ b. Arthritis      ___ g. Hearing Condition  ___ l. Tuberculosis
    ___ c. Asthma         ___ h. Hepatitis          ___ m. Ulcers
    ___ d. Diabetes       ___ i. High Blood Pressure ___ n. Venereal Disease
    ___ e. Epilepsy       ___ j. Psychiatric Disorder ___ o. Other (Specify)

Other:  _____

        _____

12. For females only:

        _____ a. Are you pregnant?

        _____ b. Do you take birth control pills?

        _____ c. Have you recently delivered?

LEE COUNTY SHERIFF'S OFFICE
07/06/2005    11:36:07    MEDICAL SCREENING FORM                    PAGE 2
=================================================================================
Booking No: 050003088  Date: 07/06/2005  Time: 11:33  Type: NORMAL
Agency to Bill: LEE COUNTY                    Facility: COUNTY JAIL

Inmate Name: MCVEIGH MATTHEW SHAWN                Race: W          Sex: M
        DOB: 09/09/1982 Age:  22  SSN: 419 13 8188  Height: 6'01"  Weight: 160
---------------------------------------------------------------------------------

13.  Have you recently been hospitalized or treated by a doctor?

14.  Do you currently take any non-prescription medication or medication
     prescribed by a doctor?

15.  Are you allergic to any medication?

16.  Do you have any handicaps or conditions that limit activity?

17.  Have you ever attempted suicide or are you thinking about it now?

18.  Do you regularly use alcohol or street drugs?

19.  Do you have any problems when you stop drinking or using drugs?

20.  Do you have a special diet prescribed by a physician?

21.  Do you have any problems or pain with your teeth?

22.  Do you have any other medical problems we should know about?

_____

_____

_____

_____

_____

_____

_____


I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE
TRUE AND ACCURATE.

INMATE: _____    DATE: _____    TIME: _____

BOOK OFFICER: _____    DATE: _____    TIME: _____

```
                           LEE COUNTY SHERIFF'S OFFICE
06/01/2005    01:33:06        INMATE RELEASE SHEET                    PAGE    1
===============================================================================
BOOKING NO: 050002513

INMATE NAME: MCVEIGH MATTHEW SHAWN
       ALIAS:                                    RACE: W      SEX: M
       ALIAS:                                    HT: 6'01"  HAIR: BLN
     ADDRESS: 885 LEE RD 389                      WT: 160    EYES: BRO
 CITY/ST/ZIP: OPELIKA, AL 36801                COMPLEX: LGT
  HOME PHONE: 334-704-0859                         SSN: 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
         DOB: 09/09/1982  AGE:  22               DL ST: AL     DLN: 6971451
  PLCE BIRTH: VALLEY                                SID:
       STATE: AL                                 LOCID: 22696
   M. STATUS: SINGLE
    RELIGION: NONE
  GANG ASSOC: NONE
SCARS/TATTOOS: TATOOS ON BACK AND CHEST
KNOWN ENEMIES: NONE CLAIMED
     REMARKS:
---------------------------- NEXT OF KIN ------------------------------------
  NEXT OF KIN: VICKIE HANNA                 RELATIONSHIP: AUNT
     ADDRESS: 5303 38TH STREET SW                  PHONE: 334-576-3893
 CITY/ST/ZIP: LANETT, AL
     REMARKS:
---------------------------- EMPLOYER INFO ----------------------------------
    EMPLOYED: Y
EMPLOYER NAME: JOE RYAN TRUCKING
     ADDRESS:
 CITY/ST/ZIP: PHENIX CITY, AL 36870
       PHONE: 000-000-0000
------------------------------- MEDICAL -------------------------------------
  HANDICAPPED: N   NEEDS: N
      GLASSES: N   SMOKE: Y
MEDICAL NEEDS: N   NEEDS: N
    PHYSICIAN: N                     PHONE: 000-000-0000
      REMARKS:

      REMARKS:
      REMARKS:
------------------------------- PROPERTY ------------------------------------
         CASH:      $00.00
  DESCRIPTION:
ADD. PROPERTY: WALLETT, NECKLACE, BELT, CONDOMS, CIGERETTES, BLISTEX, RING,
ADD. PROPERTY: TONGUE RING
ADD. PROPERTY:
   BIN NUMBER: 164
VEH IMPOUNDED:
  IMPOUND LOT:
      REMARKS:
      REMARKS:
===============================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY, AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _____ DATE: _____  TIME: _____

BOOK OFFICER: _____ DATE: 6-1-05  TIME: 01:33
```

```
                         LEE COUNTY SHERIFF'S OFFICE
6/01/2005      01:33:06    INMATE RELEASE SHEET                  PAGE    2
==========================================================================
BOOKING NO: 050002513    INMATE NAME: MCVEIGH MATTHEW SHAWN
==========================================================================
         COURT:                    ATTORNEY ON REC:
         JUDGE:                         PHONE: 000-000-0000
       REMARKS:
       REMARKS:
--------------------------------------------------------------------------
     BOOK DATE: 06/01/2005  BOOK TIME: 00:30  BOOK TYPE: NORMAL

   ARREST DATE: 06/01/2005          BOOKING OFFICER: COWHICK
   ARREST DEPT: LCSO                CELL ASSIGNMENT:
 ARRST OFFICER: BLACK                    MEAL CODE: 01   LEE COUNTY
 PROJ. RLSDATE: 00/00/0000                FACILITY: 01   COUNTY JAIL
  SEARCH OFFCR: COWHICK              CLASSIFICATION:
   TYPE SEARCH: PAT                   WORK RELEASE: N
 INTOX RESULTS:

         HOLDS: N
        AGENCY:                REASON:
        AGENCY:                REASON:
        AGENCY:                REASON:
        AGENCY:                REASON:

         NOTES:
         NOTES:
         NOTES:
==========================================================================
  RELEASE DATE: 06/01/2005  RELEASE TIME: 01:31    # DAYS SERVED:    1

RELEASE OFFICER: YOUMANS
   RELEASE TYPE: BAD BOYZ BONDING
        REMARKS: CLEARED BY CRISSY
        REMARKS:
        REMARKS:
==========================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _____    DATE: _____   TIME: _____

BOOK OFFICER: _____   DATE: 6-1-05   TIME: 01:33
```

```
                          LEE COUNTY SHERIFF'S OFFICE
06/01/2005    01:33:06         INMATE CHARGE SHEET                    PAGE    3
=============================================================================
BOOKING NO: 050002513    INMATE NAME: MCVEIGH MATTHEW SHAWN
=============================================================================
   CHARGE NO:  1  DISPOSITION: RELEASED          HOLD: N

ALA STATUTE:                        # OF COUNTS:   1
     OFFENSE: POSS(CONT/SUB)          WARRANT #:
      CASE #: 0505-3042
     BOND AMT: 3,000.00                    FINE:      $0.00
     BAIL AMT:
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 06/01/2005
ARREST DATE: 06/01/2005             ARST AGENCY: LCSO
ARST OFFICR: BLACK                       COUNTY: LEE
       COURT:                             JUDGE:
DEF ATTORNY:                      DIST ATTORNEY:
   COMMENTS :
   COMMENTS :
   COMMENTS : INMATE RELEASED BY D37
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
   CHARGE NO:  2  DISPOSITION: RELEASED          HOLD: N

ALA STATUTE:                        # OF COUNTS:   1
     OFFENSE: POSS(DRUG/PARA)         WARRANT #:
      CASE #: 0505-3042
     BOND AMT: 1,000.00                    FINE:      $0.00
     BAIL AMT:
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 06/01/2005
ARREST DATE: 06/01/2005             ARST AGENCY: LCSO
ARST OFFICR: BLACK                       COUNTY: LEE
       COURT:                             JUDGE:
DEF ATTORNY:                      DIST ATTORNEY:
   COMMENTS :
   COMMENTS :
   COMMENTS : INMATE RELEASED BY D37
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

```
                         LEE COUNTY SHERIFF'S OFFICE
06/01/2005    00:41:28    INMATE BOOKING SHEET                    PAGE    1
==============================================================================
BOOKING NO: 050002513

INMATE NAME: MCVEIGH MATTHEW SHAWN
        ALIAS:                                    RACE: W      SEX: M
        ALIAS:                                    HT: 6'01"  HAIR: BLN
      ADDRESS: 885 LEE RD 389                     WT: 160    EYES: BRO
  CITY/ST/ZIP: OPELIKA, AL 36801              COMPLEX: LGT
   HOME PHONE: 334-704-0859                       SSN: 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
          DOB: 09/09/1982  AGE:  22            DL ST: AL      DLN: 6971451
   PLCE BIRTH: VALLEY                             SID:
        STATE: AL                              LOCID: 22696
    M. STATUS: SINGLE
     RELIGION: NONE
   GANG ASSOC: NONE
 SCARS/TATTOOS: TATOOS ON BACK AND CHEST
 KNOWN ENEMIES: NONE CLAIMED
      REMARKS:
------------------------------ NEXT OF KIN ------------------------------------
  NEXT OF KIN: VICKIE HANNA                  RELATIONSHIP: AUNT
      ADDRESS: 5303 38TH STREET SW                  PHONE: 334-576-3893
  CITY/ST/ZIP: LANETT, AL
      REMARKS:
------------------------------ EMPLOYER INFO ----------------------------------
     EMPLOYED: Y
EMPLOYER NAME: JOE RYAN TRUCKING
      ADDRESS:
  CITY/ST/ZIP: PHENIX CITY, AL 36870
        PHONE: 000-000-0000
-------------------------------- MEDICAL --------------------------------------
  HANDICAPPED: N  NEEDS: N
      GLASSES: N  SMOKE: Y
MEDICAL NEEDS: N  NEEDS: N
    PHYSICIAN: N                      PHONE: 000-000-0000
      REMARKS:

      REMARKS:
      REMARKS:
-------------------------------- PROPERTY -------------------------------------
         CASH:     $00.00
  DESCRIPTION:
ADD. PROPERTY: WALLETT, NECKLACE, BELT, CONDOMS, CIGERETTES, BLISTEX, RING,
ADD. PROPERTY:  TONGUE RING
ADD. PROPERTY:
   BIN NUMBER: 164
VEH IMPOUNDED:
  IMPOUND LOT:
      REMARKS:
      REMARKS:
```

I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _____ DATE: _____ TIME: _____

BOOK OFFICER: _____ DATE: _____ TIME: _____

```
                          LEE COUNTY SHERIFF'S OFFICE
06/01/2005     00:41:28     INMATE BOOKING SHEET                PAGE     2
================================================================================
BOOKING NO: 050002513     INMATE NAME: MCVEIGH MATTHEW SHAWN
================================================================================
         COURT:                    ATTORNEY ON REC:
         JUDGE:                        PHONE: 000-000-0000
       REMARKS:
       REMARKS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
   BOOK DATE: 06/01/2005  BOOK TIME: 00:30  BOOK TYPE: NORMAL

   ARREST DATE: 06/01/2005        BOOKING OFFICER: COWHICK
   ARREST DEPT: LCSO              CELL ASSIGNMENT: F6
 ARRST OFFICER: BLACK                 MEAL CODE: 01   LEE COUNTY
 PROJ. RLSDATE: 00/00/0000             FACILITY: 01   COUNTY JAIL
 SEARCH OFFCR: COWHICK            CLASSIFICATION:
   TYPE SEARCH: PAT               WORK RELEASE: N
 INTOX RESULTS:

         HOLDS: N
        AGENCY:              REASON:
        AGENCY:              REASON:
        AGENCY:              REASON:
        AGENCY:              REASON:

         NOTES:
         NOTES:
         NOTES:
```

```
                          LEE COUNTY SHERIFF'S OFFICE
06/01/2005    00:41:28     INMATE CHARGE SHEET                    PAGE    3
===============================================================================
BOOKING NO: 050002513      INMATE NAME: MCVEIGH MATTHEW SHAWN
===============================================================================
   CHARGE NO:  1  DISPOSITION: OPEN              HOLD: N

ALA STATUTE:                          # OF COUNTS:   1
     OFFENSE: POSS(CONT/SUB)           WARRANT #:
      CASE #: 0505-3042
     BOND AMT: 3,000.00                        FINE:       $0.00
     BAIL AMT:
INIT APPEAR: 00/00/0000             SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 06/01/2005                ARST AGENCY: LCSO
ARST OFFICR: BLACK                         COUNTY: LEE
       COURT:                               JUDGE:
DEF ATTORNY:                         DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
   CHARGE NO:  2  DISPOSITION: OPEN              HOLD: N

ALA STATUTE:                          # OF COUNTS:   1
     OFFENSE: POSS(DRUG/PARA)          WARRANT #:
      CASE #: 0505-3042
     BOND AMT: 1,000.00                        FINE:       $0.00
     BAIL AMT:
INIT APPEAR: 00/00/0000             SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 06/01/2005                ARST AGENCY: LCSO
ARST OFFICR: BLACK                         COUNTY: LEE
       COURT:                               JUDGE:
DEF ATTORNY:                         DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

```
                        LEE COUNTY SHERIFF'S OFFICE
06/01/2005    00:41:28   MEDICAL SCREENING FORM              PAGE 1
================================================================================
Booking No: 050002513  Date: 06/01/2005   Time: 00:30   Type: NORMAL
Agency to Bill: LEE COUNTY               Facility: COUNTY JAIL

Inmate Name: MCVEIGH MATTHEW SHAWN            Race: W        Sex: M
     DOB: 09/09/1982 Age:  22  SSN: 419 13 8188  Height: 6'01"  Weight: 160
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

1.  Is inmate unconscious?

2.  Does inmate have any visible signs of trauma, illness, obvious pain
    and bleeding, requiring immediate emergency or doctor's care?

3.  Is there obvious fever, swollen lymph nodes, jaundice or other
    evidence of infection that might spread through the facility?

4.  Any signs of poor skin condition, vermin, rashes or needle marks?

5.  Does inmate appear to be under the influence of drugs or alcohol?

6.  Any visible signs of alcohol or drug withdrawal?

7.  Does inmate's behavior suggest the risk of suicide or assault?

8.  Is inmate carrying any medication?

9.  Does the inmate have any physical deformities?

10. Does inmate appear to have psychiatric problems?

11. Do you have or have you ever had or has anyone in your family
    ever had any of the following?

    a. Allergies       f. Fainting Spells      k. Seizures

    b. Arthritis       g. Hearing Condition    l. Tuberculosis

    c. Asthma          h. Hepatitis            m. Ulcers

    d. Diabetes        i. High Blood Pressure  n. Venereal Disease

    e. Epilepsy        j. Psychiatric Disorder o. Other (Specify)

Other: _____

       _____

       _____

12. For females only:

    _____ a. Are you pregnant?

    _____ b. Do you take birth control pills?

    _____ c. Have you recently delivered?

```
                        LEE COUNTY SHERIFF'S OFFICE
06/01/2005      00:41:28   MEDICAL SCREENING FORM                 PAGE 2
======================================================================
Booking No: 050002513  Date: 06/01/2005  Time: 00:30  Type: NORMAL
Agency to Bill: LEE COUNTY                Facility: COUNTY JAIL

Inmate Name: MCVEIGH MATTHEW SHAWN            Race: W        Sex: M
      DOB: 09/09/1982 Age:  22  SSN: 419 13 8188  Height: 6'01"  Weight: 160
----------------------------------------------------------------------
```

13. Have you recently been hospitalized or treated by a doctor?

14. Do you currently take any non-prescription medication or medication prescribed by a doctor?

15. Are you allergic to any medication?

16. Do you have any handicaps or conditions that limit activity?

17. Have you ever attempted suicide or are you thinking about it now?

18. Do you regularly use alcohol or street drugs?

19. Do you have any problems when you stop drinking or using drugs?

20. Do you have a special diet prescribed by a physician?

21. Do you have any problems or pain with your teeth?

22. Do you have any other medical problems we should know about?

(15) Yes — Penicylen

I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _____  DATE: 6/1  TIME: _____

BOOK OFFICER: _____  DATE: ___  TIME: _____

```
                              LEE COUNTY SHERIFF'S OFFICE
05/05/2005    11:48:17         INMATE RELEASE SHEET                    PAGE    1
================================================================================
BOOKING NO: 050001518

INMATE NAME: MCVEIGH MATTHEW SHAWN
       ALIAS:                                    RACE: W      SEX: M
       ALIAS:                                     HT: 6'01"  HAIR: BLN
     ADDRESS: 885 LEE RD 389                       WT: 160   EYES: BRO
  CITY/ST/ZIP: OPELIKA, AL 36801               COMPLEX: LGT
  HOME PHONE: 334-704-0859                         SSN: 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
         DOB: 09/09/1982  AGE:  22             DL ST: AL     DLN: 6971451
  PLCE BIRTH: VALLEY                               SID:
       STATE: AL                                LOCID: 22696
   M. STATUS: SINGLE
    RELIGION: NONE
 GANG ASSOC: NONE
SCARS/TATTOOS: TATOOS ON BACK AND CHEST
KNOWN ENEMIES: NONE CLAIMED
     REMARKS:
----------------------------- NEXT OF KIN -----------------------------
  NEXT OF KIN: VICKIE HANNA                 RELATIONSHIP: AUNT
      ADDRESS: 5303 38TH STREET SW                 PHONE: 334-576-3893
  CITY/ST/ZIP: LANETT, AL
     REMARKS:
---------------------------- EMPLOYER INFO ----------------------------
    EMPLOYED: Y
EMPLOYER NAME: JOE RYAN TRUCKING
      ADDRESS:
  CITY/ST/ZIP: PHENIX CITY, AL 36870
        PHONE: 000-000-0000
------------------------------ MEDICAL ------------------------------
  HANDICAPPED: N  NEEDS: N
      GLASSES: N  SMOKE: Y
MEDICAL NEEDS: N  NEEDS: N
    PHYSICIAN: N                    PHONE: 000-000-0000
      REMARKS:


      REMARKS:
      REMARKS:
------------------------------ PROPERTY ------------------------------
        CASH:       $00.00
  DESCRIPTION:
ADD. PROPERTY: STREET CLOTHING,CAP, RING(BAND SILVER IN COLOR)
ADD. PROPERTY: TONGUE RING, EARRING(2), TICKETS
ADD. PROPERTY:
   BIN NUMBER: BROWN BAG
VEH IMPOUNDED:
  IMPOUND LOT:
      REMARKS:
      REMARKS:
================================================================================
```

I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _Matthew S McVeigh_      DATE: 5/5/05      TIME: _____

BOOK OFFICER: _Griggs_      DATE: 5/05      TIME: _____

```
                         LEE COUNTY SHERIFF'S OFFICE
05/05/2005    11:48:17          INMATE RELEASE SHEET                  PAGE    2
===============================================================================
BOOKING NO: 050001518      INMATE NAME: MCVEIGH MATTHEW SHAWN
===============================================================================
          COURT: DISTRICT              ATTORNEY ON REC:
          JUDGE:                           PHONE: 000-000-0000
        REMARKS:
        REMARKS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
      BOOK DATE: 04/03/2005   BOOK TIME: 21:56   BOOK TYPE: NORMAL

   ARREST DATE: 04/03/2005          BOOKING OFFICER: AUSBY
   ARREST DEPT: LCSO               CELL ASSIGNMENT:
 ARRST OFFICER: SMITH                   MEAL CODE: 01   LEE COUNTY
 PROJ. RLSDATE: 00/00/0000              FACILITY: 01   COUNTY JAIL
  SEARCH OFFCR: CRITTENDEN          CLASSIFICATION:
   TYPE SEARCH: PAT                 WORK RELEASE: N
 INTOX RESULTS:

          HOLDS: N
         AGENCY:               REASON:
         AGENCY:               REASON:
         AGENCY:               REASON:
         AGENCY:               REASON:

          NOTES:
          NOTES:
          NOTES:
===============================================================================
  RELEASE DATE: 05/05/2005   RELEASE TIME: 11:47   # DAYS SERVED:    33

RELEASE OFFICER: MS. GRIGGS
   RELEASE TYPE: ORDER OF RELEASE.
       REMARKS: TIME SERVED. PLACED ON PROBATION.
       REMARKS:
       REMARKS:
===============================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE:_____  DATE:_____  TIME:_____

BOOK OFFICER:_____  DATE:_____  TIME:_____
```

```
                          LEE COUNTY SHERIFF'S OFFICE
05/05/2005    11:48:17        INMATE CHARGE SHEET                    PAGE    3
===============================================================================
BOOKING NO: 050001518     INMATE NAME: MCVEIGH MATTHEW SHAWN
===============================================================================
  CHARGE NO:   1  DISPOSITION: RELEASED            HOLD: N

ALA STATUTE: 13A-10-41              # OF COUNTS:    1
    OFFENSE: RESISTING ARREST         WARRANT #:
      CASE #:
  BOND AMT: 1,000                         FINE:         $0.00
  BAIL AMT: 1,000
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 04/03/2005             ARST AGENCY: LCSO
ARST OFFICR: SMITH                      COUNTY: LEE
      COURT: DISTRICT                    JUDGE:
DEF ATTORNY:                       DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  CHARGE NO:   2  DISPOSITION: RELEASED            HOLD: N

ALA STATUTE: 32-5A-190              # OF COUNTS:    1
    OFFENSE: RECKLESS DRIVING         WARRANT #:
      CASE #:
  BOND AMT: 1,000                         FINE:         $0.00
  BAIL AMT: 1,000
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 04/03/2005             ARST AGENCY: LCSO
ARST OFFICR: SMITH                      COUNTY: LEE
      COURT: DISTRICT                    JUDGE:
DEF ATTORNY:                       DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  CHARGE NO:   3  DISPOSITION: RELEASED            HOLD: N

ALA STATUTE: 32-6-19                # OF COUNTS:    1
    OFFENSE: DRIVING WHILE REVOLKED    WARRANT #:
      CASE #:
  BOND AMT: 500.00                        FINE:         $0.00
  BAIL AMT: 500.00
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 04/03/2005             ARST AGENCY: LCSO
ARST OFFICR: SMITH                      COUNTY: LEE
      COURT: DISTRICT                    JUDGE:
DEF ATTORNY:                       DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

```
                            LEE COUNTY SHERIFF'S OFFICE
05/05/2005    11:48:17       INMATE CHARGE SHEET                      PAGE    4
================================================================================
BOOKING NO: 050001518     INMATE NAME: MCVEIGH MATTHEW SHAWN
================================================================================
   CHARGE NO:  4 DISPOSITION: RELEASED          HOLD: N

ALA STATUTE: 32-5A-193                # OF COUNTS:    1
     OFFENSE: ATTEMPTING TO ELUDE       WARRANT #:
      CASE #:
   BOND AMT: 1,000                         FINE:        $0.00
   BAIL AMT: 1,000
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 04/03/2005              ARST AGENCY: LCSO
ARST OFFICR: SMITH                        COUNTY: LEE
      COURT: DISTRICT                       JUDGE:
DEF ATTORNY:                        DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
--------------------------------------------------------------------------------
   CHARGE NO:  5 DISPOSITION: RELEASED          HOLD: N

ALA STATUTE: 32-6-51                 # OF COUNTS:    0
     OFFENSE: NO TAG                    WARRANT #:
      CASE #:
   BOND AMT: 100.00                        FINE:        $0.00
   BAIL AMT: 100.00
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 04/03/2005              ARST AGENCY: LCSO
ARST OFFICR: SMITH                        COUNTY: LEE
      COURT: DISTRICT                       JUDGE:
DEF ATTORNY:                        DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
--------------------------------------------------------------------------------
   CHARGE NO:  6 DISPOSITION: RELEASED          HOLD: N

ALA STATUTE: 32-7A-4                 # OF COUNTS:    1
     OFFENSE: NO INSURANCE             WARRANT #:
      CASE #:
   BOND AMT: 100.00                        FINE:        $0.00
   BAIL AMT: 100.00
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 04/03/2005              ARST AGENCY: LCSO
ARST OFFICR: SMITH                        COUNTY: LEE
      COURT: DISTRICT                       JUDGE:
DEF ATTORNY:                        DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
--------------------------------------------------------------------------------
```

```
                          LEE COUNTY SHERIFF'S OFFICE
05/05/2005    11:48:17          INMATE CHARGE SHEET                    PAGE    5
================================================================================
BOOKING NO: 050001518    INMATE NAME: MCVEIGH MATTHEW SHAWN
================================================================================
  CHARGE NO:  7 DISPOSITION: RELEASED          HOLD: N

ALA STATUTE:                           # OF COUNTS:   1
   OFFENSE: VCO                         WARRANT #:
     CASE #:
  BOND AMT: 13 DYS                          FINE:        $0.00
  BAIL AMT: 000
INIT APPEAR: 00/00/0000            SENTENCE DATE: 04/03/2005
RELEASE DTE: 04/16/2005
ARREST DATE: 04/03/2005             ARST AGENCY: APD
ARST OFFICR: EILAND                     COUNTY: LEE
      COURT: MUNICIPAL                    JUDGE:
DEF ATTORNY:                        DIST ATTORNEY:
   COMMENTS:
   COMMENTS: SERVED OFF TIME  ON VCO
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  CHARGE NO:  8 DISPOSITION: RELEASED          HOLD: N

ALA STATUTE: DC05-299                  # OF COUNTS:   1
   OFFENSE: FTA(ATT ELUDE POLICE)       WARRANT #: DC-05-299
     CASE #:
  BOND AMT: 500.00                          FINE:        $0.00
  BAIL AMT:
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 04/04/2005             ARST AGENCY: LCSO
ARST OFFICR: SANDT                      COUNTY: LEE
      COURT:                              JUDGE:
DEF ATTORNY:                        DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  CHARGE NO:  9 DISPOSITION: RELEASED          HOLD: N

ALA STATUTE: DC05-300                  # OF COUNTS:   1
   OFFENSE: FTA(GIV FALSE NAME TO POLICE  WARRANT #:
     CASE #: DC-05-300
  BOND AMT: 500.00                          FINE:        $0.00
  BAIL AMT:
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 04/04/2005             ARST AGENCY: LEE
ARST OFFICR: SANDT                      COUNTY: LEE
      COURT:                              JUDGE:
DEF ATTORNY:                        DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

```
                              LEE COUNTY SHERIFF'S OFFICE
04/03/2005     22:25:39       INMATE BOOKING SHEET                    PAGE    1
===============================================================================
BOOKING NO: 050001518

INMATE NAME: MCVEIGH MATTHEW SHAWN
        ALIAS:                                    RACE: W      SEX: M
        ALIAS:                                    HT: 6'01"  HAIR: BLN
      ADDRESS: 885 LEE RD 389                     WT: 160    EYES: BRO
 CITY/ST/ZIP: OPELIKA, AL 36801           COMPLEX: LGT
  HOME PHONE: 334-704-0859                        SSN: 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
         DOB: 09/09/1982  AGE:  22              DL ST: AL     DLN: 6971451
 PLCE BIRTH: VALLEY                               SID:
       STATE: AL                                LOCID: 22696
   M. STATUS: SINGLE
    RELIGION: NONE
  GANG ASSOC: NONE
SCARS/TATTOOS: TATOOS ON BACK AND CHEST
KNOWN ENEMIES: NONE CLAIMED
      REMARKS:
----------------------------- NEXT OF KIN -------------------------------------
  NEXT OF KIN: VICKIE HANNA              RELATIONSHIP: AUNT
      ADDRESS: 5303 38TH STREET SW               PHONE: 334-576-3893
 CITY/ST/ZIP: LANETT, AL
      REMARKS:
---------------------------- EMPLOYER INFO ------------------------------------
    EMPLOYED: Y
EMPLOYER NAME: JOE RYAN TRUCKING
      ADDRESS:
 CITY/ST/ZIP: PHENIX CITY, AL 36870
        PHONE: 000-000-0000
------------------------------- MEDICAL ---------------------------------------
  HANDICAPPED: N  NEEDS: N
```

4/3/05

A.P.P. —VCO
No Bond

New

**ORDER OF RELEASE FROM JAIL**

State of Alabama
Unified Judicial System

Form C-42     Rev 6/88

Case Number

TR 05- 8153 -
8157

IN THE DISTRICT COURT OF Lee COUNTY

STATE OF ALABAMA

v. Matthew S. McVeigh

TO THE JAILER WITH CUSTODY OF THE DEFENDANT

You are ordered to release from your custody the above named defendant, charged with the offense of _____

DWBR, Reckless End, No Proof Ins, Plates Unsp

Attachment Issued Fail to Appear

Reason for Release Time Served / Paid or Dismissed _____ MSM _____ By: _____

Date 5-5-05 _____ Judge/Clerk _____

COURT RECORD (Original)     JAILER (Copy)

_____ (Original)     JAILER (Copy)     Judge/Clerk     By: _____

BOOK OFFICER: Ausby     DATE: 4-3-05     TIME: 10:00

LEE COUNTY SHERIFF'S OFFICE
04/03/2005    22:25:40    MEDICAL SCREENING FORM                    PAGE 2
=================================================================
Booking No: 050001518  Date: 04/03/2005  Time: 21:56  Type: NORMAL
Agency to Bill: LEE COUNTY              Facility: COUNTY JAIL

Inmate Name: MCVEIGH MATTHEW SHAWN                Race: W      Sex: M
     DOB: 09/09/1982 Age:  22  SSN: 419 13 8188  Height: 6'01"  Weight: 160
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

_N_  13.  Have you recently been hospitalized or treated by a doctor?

_N_  14.  Do you currently take any non-prescription medication or medication
          prescribed by a doctor?

_Y_  15.  Are you allergic to any medication?  _Penicillin_

_N_  16.  Do you have any handicaps or conditions that limit activity?

     17.  Have you ever attempted suicide or are you thinking about it now?

     18.  Do you regularly use alcohol or street drugs?

     19.  Do you have any problems when you stop drinking or using drugs?

     20.  Do you have a special diet prescribed by a physician?

     21.  Do you have any problems or pain with your teeth?

_N_  22.  Do you have any other medical problems we should know about?

          _States he has spider bite about_
          _1 wk_

_____

_____

_____

_____

_____

_____


I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE
TRUE AND ACCURATE.

INMATE: _Matthew Shawn McVeigh_    DATE: _4-3-05_    TIME: _10:00_

BOOK OFFICER: _Ausby_              DATE: _4-3-05_    TIME: _10:00_

```
                        LEE COUNTY SHERIFF'S OFFICE
04/03/2005     22:25:40   MEDICAL SCREENING FORM                  PAGE 1
==============================================================================
Booking No: 050001518  Date: 04/03/2005  Time: 21:56  Type: NORMAL
Agency to Bill: LEE COUNTY              Facility: COUNTY JAIL

Inmate Name: MCVEIGH MATTHEW SHAWN                   Race: W      Sex: M
     DOB: 09/09/1982 Age:  22  SSN: 419 13 8188  Height: 6'01"  Weight: 160
------------------------------------------------------------------------------
```

1.  Is inmate unconscious?

2.  Does inmate have any visible signs of trauma, illness, obvious pain and bleeding, requiring immediate emergency or doctor's care?

3.  Is there obvious fever, swollen lymph nodes, jaundice or other evidence of infection that might spread through the facility?

4.  Any signs of poor skin condition, vermin, rashes or needle marks?

5.  Does inmate appear to be under the influence of drugs or alcohol?

6.  Any visible signs of alcohol or drug withdrawal?

7.  Does inmate's behavior suggest the risk of suicide or assault?

8.  Is inmate carrying any medication?

9.  Does the inmate have any physical deformities?

10. Does inmate appear to have psychiatric problems?

11. Do you have or have you ever had or has anyone in your family ever had any of the following?

    a. Allergies          f. Fainting Spells        k. Seizures
    b. Arthritis          g. Hearing Condition      l. Tuberculosis
    c. Asthma             h. Hepatitis              m. Ulcers
    d. Diabetes           i. High Blood Pressure    n. Venereal Disease
    e. Epilepsy           j. Psychiatric Disorder   o. Other (Specify)

Other: _____

       _____

       _____

12. For females only:

       a. Are you pregnant?

       b. Do you take birth control pills?

       c. Have you recently delivered?

```
                          LEE COUNTY SHERIFF'S OFFICE
04/03/2005      22:25:39      INMATE BOOKING SHEET                    PAGE    2
================================================================================
BOOKING NO: 050001518      INMATE NAME: MCVEIGH MATTHEW SHAWN
================================================================================
        COURT: DISTRICT            ATTORNEY ON REC:
        JUDGE:                          PHONE: 000-000-0000
      REMARKS:
      REMARKS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
   BOOK DATE: 04/03/2005  BOOK TIME: 21:56  BOOK TYPE: NORMAL

   ARREST DATE: 04/03/2005        BOOKING OFFICER: AUSBY
   ARREST DEPT: LCSO              CELL ASSIGNMENT: D6
 ARRST OFFICER: SMITH                  MEAL CODE: 01  LEE COUNTY
 PROJ. RLSDATE: 00/00/0000              FACILITY: 01  COUNTY JAIL
  SEARCH OFFCR: CRITTENDEN         CLASSIFICATION:
   TYPE SEARCH: PAT                 WORK RELEASE: N
 INTOX RESULTS:

        HOLDS: N
       AGENCY:                REASON:
       AGENCY:                REASON:
       AGENCY:                REASON:
       AGENCY:                REASON:

        NOTES:
        NOTES:
        NOTES:
```

```
                        LEE COUNTY SHERIFF'S OFFICE
04/04/2005    21:28:09         INMATE CHARGE SHEET                    PAGE    1
================================================================================
BOOKING NO: 050001518      INMATE NAME: MCVEIGH MATTHEW SHAWN
================================================================================
    CHARGE NO:  1 DISPOSITION: OPEN                HOLD: N

ALA STATUTE: 13A-10-41                   # OF COUNTS:   1
     OFFENSE: RESISTING ARREST              WARRANT #:
       CASE #:
     BOND AMT: 1,000                             FINE:      $0.00
     BAIL AMT: 1,000
INIT APPEAR: 00/00/0000              SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 04/03/2005               ARST AGENCY: LCSO
ARST OFFICR: SMITH                        COUNTY: LEE
      COURT: DISTRICT                        JUDGE:
DEF ATTORNY:                          DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
--------------------------------------------------------------------------------
    CHARGE NO:  2 DISPOSITION: OPEN                HOLD: N

ALA STATUTE: 32-5A-190                   # OF COUNTS:   1
     OFFENSE: RECKLESS DRIVING             WARRANT #:
       CASE #:
     BOND AMT: 1,000                             FINE:      $0.00
     BAIL AMT: 1,000
INIT APPEAR: 00/00/0000              SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 04/03/2005               ARST AGENCY: LCSO
ARST OFFICR: SMITH                        COUNTY: LEE
      COURT: DISTRICT                        JUDGE:
DEF ATTORNY:                          DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
--------------------------------------------------------------------------------
    CHARGE NO:  3 DISPOSITION: OPEN                HOLD: N

ALA STATUTE: 32-6-19                     # OF COUNTS:   1
     OFFENSE: DRIVING WHILE REVOLKED       WARRANT #:
       CASE #:
     BOND AMT: 500.00                            FINE:      $0.00
     BAIL AMT: 500.00
INIT APPEAR: 00/00/0000              SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 04/03/2005               ARST AGENCY: LCSO
ARST OFFICR: SMITH                        COUNTY: LEE
      COURT: DISTRICT                        JUDGE:
DEF ATTORNY:                          DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
--------------------------------------------------------------------------------
```

```
                        LEE COUNTY SHERIFF'S OFFICE
04/04/2005    21:28:09        INMATE CHARGE SHEET                    PAGE    2
=================================================================================
BOOKING NO: 050001518      INMATE NAME: MCVEIGH MATTHEW SHAWN
=================================================================================
  CHARGE NO:   4 DISPOSITION: OPEN                 HOLD: N

ALA STATUTE: 32-5A-193              # OF COUNTS:   1
    OFFENSE: ATTEMPTING TO ELUDE      WARRANT #:
      CASE #:
   BOND AMT: 1,000                        FINE:      $0.00
   BAIL AMT: 1,000
INIT APPEAR: 00/00/0000         SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 04/03/2005           ARST AGENCY: LCSO
ARST OFFICR: SMITH                     COUNTY: LEE
      COURT: DISTRICT                    JUDGE:
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  CHARGE NO:   5 DISPOSITION: OPEN                 HOLD: N

ALA STATUTE: 32-6-51                # OF COUNTS:   1
    OFFENSE: NO TAG                   WARRANT #:
      CASE #:
   BOND AMT: 100.00                       FINE:      $0.00
   BAIL AMT: 100.00
INIT APPEAR: 00/00/0000         SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 04/03/2005           ARST AGENCY: LCSO
ARST OFFICR: SMITH                     COUNTY: LEE
      COURT: DISTRICT                    JUDGE:
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  CHARGE NO:   6 DISPOSITION: OPEN                 HOLD: N

ALA STATUTE: 32-7A-4                # OF COUNTS:   1
    OFFENSE: NO INSURANCE             WARRANT #:
      CASE #:
   BOND AMT: 100.00                       FINE:      $0.00
   BAIL AMT: 100.00
INIT APPEAR: 00/00/0000         SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 04/03/2005           ARST AGENCY: LCSO
ARST OFFICR: SMITH                     COUNTY: LEE
      COURT: DISTRICT                    JUDGE:
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

```
                          LEE COUNTY SHERIFF'S OFFICE
 04/04/2005    21:28:09      INMATE CHARGE SHEET                    PAGE    3
================================================================================
 BOOKING NO: 050001518    INMATE NAME: MCVEIGH MATTHEW SHAWN
================================================================================
   CHARGE NO:  7 DISPOSITION: OPEN              HOLD: N

 ALA STATUTE:                            # OF COUNTS:   1
     OFFENSE: VCO                         WARRANT #:
        CASE #:
   BOND AMT: 000                              FINE:       $0.00
   BAIL AMT: 000
 INIT APPEAR: 00/00/0000               SENTENCE DATE: 00/00/0000
 RELEASE DTE: 00/00/0000
 ARREST DATE: 04/03/2005                 ARST AGENCY: APD
 ARST OFFICR: EILAND                         COUNTY: LEE
        COURT: MUNICIPAL                       JUDGE:
 DEF ATTORNY:                           DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:
 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
   CHARGE NO:  8 DISPOSITION: OPEN              HOLD: N

 ALA STATUTE:                            # OF COUNTS:   1
     OFFENSE: FTA(ATT ELUDE POLICE)       WARRANT #: DC-05-299
        CASE #:
   BOND AMT: 500.00                           FINE:       $0.00
   BAIL AMT:
 INIT APPEAR: 00/00/0000               SENTENCE DATE: 00/00/0000
 RELEASE DTE: 00/00/0000
 ARREST DATE: 04/04/2005                 ARST AGENCY: LCSO
 ARST OFFICR: SANDT                          COUNTY: LEE
        COURT:                                 JUDGE:
 DEF ATTORNY:                           DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:
 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
   CHARGE NO:  9 DISPOSITION: OPEN              HOLD: N

 ALA STATUTE:                            # OF COUNTS:   1
     OFFENSE: FTA(GIV FALSE NAME TO POLICE   WARRANT #:
        CASE #: DC-05-300
   BOND AMT: 500.00                           FINE:       $0.00
   BAIL AMT:
 INIT APPEAR: 00/00/0000               SENTENCE DATE: 00/00/0000
 RELEASE DTE: 00/00/0000
 ARREST DATE: 04/04/2005                 ARST AGENCY: LEE
 ARST OFFICR: SANDT                          COUNTY: LEE
        COURT:                                 JUDGE:
 DEF ATTORNY:                           DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:
 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

```
                          LEE COUNTY SHERIFF'S OFFICE
01/10/2005    19:50:59         INMATE RELEASE SHEET                    PAGE    1
=================================================================================
BOOKING NO: 050000173

INMATE NAME: MCVEIGH MATTHEW SHAWN
       ALIAS:                                  RACE: W      SEX: M
       ALIAS:                                  HT: 6'01"  HAIR: BLN
     ADDRESS: 885 LEE RD 389                   WT: 160    EYES: BRO
CITY/ST/ZIP: OPELIKA, AL 36801            COMPLEX: LGT
 HOME PHONE: 334-704-0859                      SSN: 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
        DOB: 09/09/1982  AGE:  22          DL ST:           DLN:
 PLCE BIRTH: VALLEY                           SID:
       STATE: AL                            LOCID: 22696
  M. STATUS: SINGLE
    RELIGION: NONE
 GANG ASSOC: NONE
SCARS/TATTOOS: TATOOS ON BACK AND CHEST
KNOWN ENEMIES: NONE
      REMARKS:
---------------------------- NEXT OF KIN ----------------------------------
 NEXT OF KIN: VICKIE HANNA              RELATIONSHIP: AUNT
     ADDRESS: 5303 38TH STREET SW              PHONE: 334-576-3893
 CITY/ST/ZIP: LANETT, AL
     REMARKS:
---------------------------- EMPLOYER INFO --------------------------------
    EMPLOYED: Y
EMPLOYER NAME: COTTON CONSTRUCTIONS
     ADDRESS:
 CITY/ST/ZIP: OPELIKA, AL 36801
       PHONE: 000-000-0000
---------------------------- MEDICAL --------------------------------------
 HANDICAPPED: N   NEEDS:
     GLASSES: N   SMOKE: Y
MEDICAL NEEDS: N   NEEDS:
   PHYSICIAN:                        PHONE: 000-000-0000
     REMARKS:

     REMARKS:
     REMARKS:
---------------------------- PROPERTY --------------------------------------
        CASH:        $00.86
 DESCRIPTION:
ADD. PROPERTY: 1 G UNT CAP,BROWN BILLFOLDER W/CONTENTS,CIG.,AL DEPT OF CORR
ADD. PROPERTY: .ID.,CHEWING GUM
ADD. PROPERTY:
  BIN NUMBER: ON FLOOR
VEH IMPOUNDED: N
 IMPOUND LOT:
     REMARKS:
     REMARKS:
=================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE:                          DATE:_____  TIME:_____

BOOK OFFICER:                    DATE:_____  TIME:_____
```

```
                                 LEE COUNTY SHERIFF'S OFFICE
 01/10/2005      19:50:59          INMATE RELEASE SHEET                    PAGE     2
 ==================================================================================
 BOOKING NO: 050000173       INMATE NAME: MCVEIGH MATTHEW SHAWN
 ==================================================================================
           COURT:                        ATTORNEY ON REC:
           JUDGE:                             PHONE: 000-000-0000
         REMARKS:
         REMARKS:
 ----------------------------------------------------------------------------------
    BOOK DATE: 01/10/2005  BOOK TIME: 17:25  BOOK TYPE: NORMAL

    ARREST DATE: 01/10/2005           BOOKING OFFICER: DOWDELL
    ARREST DEPT: LCSO                 CELL ASSIGNMENT:
  ARRST OFFICER: FLOURNOY                  MEAL CODE: 01  LEE COUNTY
  PROJ. RLSDATE: 00/00/0000                 FACILITY: 01  COUNTY JAIL
  SEARCH OFFCR: SHIER                 CLASSIFICATION:
   TYPE SEARCH: PAT                   WORK RELEASE: N
 INTOX RESULTS: SOBER

        HOLDS: N
       AGENCY:                   REASON:
       AGENCY:                   REASON:
       AGENCY:                   REASON:
       AGENCY:                   REASON:

        NOTES:
        NOTES:
        NOTES:
 ==================================================================================
  RELEASE DATE: 01/10/2005  RELEASE TIME: 19:49    # DAYS SERVED:     1

 RELEASE OFFICER: EVANS
    RELEASE TYPE: BONDED BY AAA BONDING
        REMARKS: COURT DATE 2-21-05@0900
        REMARKS: RECIEVED ALL PROPERTY
        REMARKS: NCIC CLEARED BY RENAE
 ==================================================================================
 I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
 INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

 INMATE: X _____     DATE: _____     TIME: _____

 BOOK OFFICER: _____     DATE: _____     TIME: _____
```

```
                           LEE COUNTY SHERIFF'S OFFICE
01/10/2005     19:50:59        INMATE CHARGE SHEET                    PAGE     3
================================================================================
BOOKING NO: 050000173     INMATE NAME: MCVEIGH MATTHEW SHAWN
================================================================================
   CHARGE NO:  1  DISPOSITION: RELEASED            HOLD: N

ALA STATUTE: 13A-9-18.1              # OF COUNTS:    1
    OFFENSE: GIVING FALSE NAME OR ADD TO LE WARRANT #:
     CASE #:
   BOND AMT: 1000                             FINE:        $0.00
   BAIL AMT: 1000
INIT APPEAR: 00/00/0000             SENTENCE DATE: 00/00/0000
RELEASE DTE: 01/10/2005
ARREST DATE: 01/10/2005             ARST AGENCY: LCSO
ARST OFFICR: SGT.FLOURNOY               COUNTY: LEE
      COURT:                             JUDGE:
DEF ATTORNY:                       DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS: INMATE RELEASED BY D22
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
   CHARGE NO:  2  DISPOSITION: RELEASED            HOLD: N

ALA STATUTE: 32-5A-193               # OF COUNTS:    1
    OFFENSE: ATT TO ELUDE POLICE       WARRANT #:
     CASE #:
   BOND AMT: 1000                             FINE:        $0.00
   BAIL AMT: 1000
INIT APPEAR: 00/00/0000             SENTENCE DATE: 00/00/0000
RELEASE DTE: 01/10/2005
ARREST DATE: 01/10/2005             ARST AGENCY: LCSO
ARST OFFICR: SGT.FLOURNOY               COUNTY: LEE
      COURT:                             JUDGE:
DEF ATTORNY:                       DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS: INMATE RELEASED BY D22
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

```
                        LEE COUNTY SHERIFF'S OFFICE
01/10/                    INMATE BOOKING SHEET                    PAGE    1
=======            =============================================================
BOOKING

INMATE                    MATTHEW SHAWN
                                              RACE: W        SEX: M
                                              HT: 6'01"  HAIR: BLN
        ADDRE       389                       WT: 160     EYES: BRO
CITY/ST            AL 36801               COMPLEX: LGT
   HOME P        59                           SSN: 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
                        AGE:  22             DL ST:          DLN:
   PLCE B                                     SID:
     S                                      LOCID: 22696
   M. ST
     RELI
  GANG A
SCARS/                       IN BACK AND CHEST
KNOWN

--------              ---------- NEXT OF KIN -----------------------------------
   NEXT          HANNA                  RELATIONSHIP: AUNT
                 5TH STREET SW                 PHONE: 334-576-3893
   CITY/             N    AL

----                   --------- EMPLOYER INFO ----------------------------------
EMPLOYE              CONSTRUCTIONS
CITY/              AL 36801
                   0   0000
----              ---------- MEDICAL -----------------------------------------
   HAND                      :
                            Y
MEDICA
                           PHONE: 000-000-0000



----              ----------- PROPERTY -----------------------------------------
                   0.86
   DENS
ADD.           CAP,BROWN BILLFOLDER W/CONTENTS,CIG.,AL DEPT OF CORR
ADD.           ING GUM
ADD.
   BIN
VEH
   IN
```

---

I                           UNTING OF MY PERSONAL INFORMATION, MEDICAL
INFOR                       OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INM    X _Matthew Shawn McKee_   DATE: _1/10/05_   TIME: _____

BOOK   _D. g cordell_   DATE: _1/10/05_   TIME: _____

```
                         LEE COUNTY SHERIFF'S OFFICE
01/1               INMATE BOOKING SHEET                    PAGE    2
===               :=====================================================
BOOK                INMATE NAME: MCVEIGH MATTHEW SHAWN
==                ======================================================
                         ATTORNEY ON REC:
                              PHONE: 000-000-0000


- - - -            -------------------------------------------------------
           )05  BOOK TIME: 17:25  BOOK TYPE: NORMAL

A              )5              BOOKING OFFICER: DOWDELL
A                          CELL ASSIGNMENT: HC3
ARRS                            MEAL CODE: 01  LEE COUNTY
PROG           :00              FACILITY: 01  COUNTY JAIL
SE                         CLASSIFICATION:
T                          WORK RELEASE: N
INT


                    REASON:
                    REASON:
                    REASON:
                    REASON:
```

```
                         LEE COUNTY SHERIFF'S OFFICE
01/                        INMATE CHARGE SHEET                    PAGE    3
BO                 =================================================================
                        INMATE NAME: MCVEIGH MATTHEW SHAWN
                   =================================================================
                OSITION: OPEN                    HOLD: N

ALA                              # OF COUNTS:    1
                    SE NAME OR ADD TO LE WARRANT #:

                                         FINE:        $0.00

IN                            SENTENCE DATE: 00/00/0000
RE
ARR                            ARST AGENCY: LCSO
ARS              OY                COUNTY: LEE
                                   JUDGE:
DE                          DIST ATTORNEY:



                 SITION: OPEN                    HOLD: N

ALA                              # OF COUNTS:    1
                DE POLICE           WARRANT #:

                                         FINE:        $0.00

IN                            SENTENCE DATE: 00/00/0000
RE
ARR                            ARST AGENCY: LCSO
AR               OY                COUNTY: LEE
                                   JUDGE:
DE                          DIST ATTORNEY:
```

LEE COUNTY SHERIFF'S OFFICE
MEDICAL SCREENING FORM                          PAGE 2

```
01/          ===========================================================
===          te: 01/10/2005  Time: 17:25  Type: NORMAL
Boo          TY            Facility: COUNTY JAIL
Age:
             THEW SHAWN            Race: W        Sex: M
Inma         ge:  22  SSN: 419 13 8188  Height: 6'01"  Weight: 160
             ----------------------------------------------------------
```

...tly been hospitalized or treated by a doctor?

...ly take any non-prescription medication or medication
... a doctor?

...gic to any medication?

...ny handicaps or conditions that limit activity?

.. attempted suicide or are you thinking about it now?

..rly use alcohol or street drugs?

..ny problems when you stop drinking or using drugs?

.. special diet prescribed by a physician?

..ny problems or pain with your teeth?

.. other medical problems we should know about?

_____

_____

_____

_____

_____

_____

_____

I H           ..OUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE
TRU

INM          X _____  DATE: _____  TIME: _____

BOO          _____  DATE: 1/10/05  TIME: _____

LEE COUNTY SHERIFF'S OFFICE
MEDICAL SCREENING FORM                    PAGE 1
==========================================================
Date: 01/10/2005  Time: 17:25  Type: NORMAL
NTY              Facility: COUNTY JAIL

ATTHEW SHAWN              Race: W        Sex: M
Age:  22  SSN: 419 13 8188  Height: 6'01"  Weight: 160
----------------------------------------------------------

conscious?

have any visible signs of trauma, illness, obvious pain
, requiring immediate emergency or doctor's care?

ious fever, swollen lymph nodes, jaundice or other
infection that might spread through the facility?

poor skin condition, vermin, rashes or needle marks?

ppear to be under the influence of drugs or alcohol?

signs of alcohol or drug withdrawal?

's behavior suggest the risk of suicide or assault?

rrying any medication?

te have any physical deformities?

ppear to have psychiatric problems?

or have you ever had or has anyone in your family
of the following?

___ f. Fainting Spells        ___ k. Seizures

___ g. Hearing Condition      ___ l. Tuberculosis

___ h. Hepatitis              ___ m. Ulcers

___ i. High Blood Pressure    ___ n. Venereal Disease

___ j. Psychiatric Disorder   ___ o. Other (Specify)

ly:

ou pregnant?

take birth control pills?

ou recently delivered?

```
                         LEE COUNTY SHERIFF'S OFFICE
04/14/2003     00:19:42       INMATE RELEASE SHEET                  PAGE    1
===============================================================================
BOOKING NO: 020005285

INMATE NAME: MCVEIGH MATTHEW SHAWN
       ALIAS:                                    RACE: W      SEX: M
       ALIAS:                                      HT: 6'01" HAIR: BLN
     ADDRESS: 3501 B'HAM HWY #815                  WT: 160   EYES: BRO
 CITY/ST/ZIP: OPELIKA, AL 36801             COMPLEX: LGT
 HOME PHONE: 000-000-0334                       SSN: 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
        DOB: 09/09/1982  AGE:  20            DL ST:           DLN:
  PLCE BIRTH: VALLEY                             SID:
       STATE: AL                              LOCID: 22696
   M. STATUS: SINGLE
    RELIGION: NONE
  GANG ASSOC: NONE
SCARS/TATTOOS: TATOOS ON BACK AND CHEST
KNOWN ENEMIES: NONE
       REMARKS:
------------------------------ NEXT OF KIN ------------------------------------
  NEXT OF KIN: VICKIE HANNA                 RELATIONSHIP: AUNT
      ADDRESS:                                     PHONE: 334-576-3893
  CITY/ST/ZIP: HUGHLEY, AL
      REMARKS:
----------------------------- EMPLOYER INFO -----------------------------------
    EMPLOYED: Y
EMPLOYER NAME: BOOKERS CONSTRUCTION
     ADDRESS:
  CITY/ST/ZIP: ,
       PHONE: 000-000-0000
-------------------------------- MEDICAL --------------------------------------
 HANDICAPPED: N  NEEDS:
    GLASSES: N  SMOKE: N
MEDICAL NEEDS: N  NEEDS:
   PHYSICIAN:                     PHONE: 000-000-0000
     REMARKS:

     REMARKS:
     REMARKS:
-------------------------------- PROPERTY -------------------------------------
        CASH:       $00.00
  DESCRIPTION:
ADD. PROPERTY: STREET CLOTHES, CLEAR TRASH BAG FULL OF PROPERTY
ADD. PROPERTY:
ADD. PROPERTY:
   BIN NUMBER: 26
VEH IMPOUNDED:
  IMPOUND LOT:
      REMARKS:
      REMARKS:
===============================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: X _____    DATE:_____   TIME:_____

BOOK OFFICER: _____  DATE:_____   TIME:_____
```

```
                          LEE COUNTY SHERIFF'S OFFICE
04/14/2003     00:19:42        INMATE RELEASE SHEET                PAGE    2
==============================================================================
BOOKING NO: 020005285    INMATE NAME: MCVEIGH MATTHEW SHAWN
==============================================================================
        COURT:                      ATTORNEY ON REC:
        JUDGE:                          PHONE: 000-000-0000
      REMARKS:
      REMARKS:
------------------------------------------------------------------------------
   BOOK DATE: 11/18/2002   BOOK TIME: 15:11   BOOK TYPE: NORMAL

   ARREST DATE: 11/18/2002        BOOKING OFFICER: BLACK
   ARREST DEPT: LCSO             CELL ASSIGNMENT:
ARRST OFFICER: COURT                 MEAL CODE: 02   STATE
PROJ. RLSDATE: 00/00/0000             FACILITY: 01   COUNTY JAIL
 SEARCH OFFCR:                  CLASSIFICATION:
  TYPE SEARCH:                   WORK RELEASE: N
INTOX RESULTS:

        HOLDS: N
       AGENCY:                  REASON:
       AGENCY:                  REASON:
       AGENCY:                  REASON:
       AGENCY:                  REASON:

        NOTES:
        NOTES:
        NOTES:
==============================================================================
 RELEASE DATE: 04/14/2003   RELEASE TIME: 00:19   # DAYS SERVED:   148

RELEASE OFFICER: TORBERT 43D32
        REMARKS: KILBY TRANSPORT
        REMARKS:
        REMARKS:
==============================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: X _____    DATE: _____    TIME: _____

BOOK OFFICER: _____    DATE: _____    TIME: _____
```

```
                            LEE COUNTY SHERIFF'S OFFICE
 04/14/2003     00:19:42       INMATE CHARGE SHEET                  PAGE    3
=================================================================================
 BOOKING NO: 020005285     INMATE NAME: MCVEIGH MATTHEW SHAWN
=================================================================================
   CHARGE NO:  1  DISPOSITION: RELEASED          HOLD: N

ALA STATUTE: CC02-957               # OF COUNTS:   1
    OFFENSE: TOP II                 WARRANT #:
     CASE #: CC02-957
   BOND AMT: 5 YRS                        FINE:        $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000           SENTENCE DATE: 00/00/0000
RELEASE DTE: 04/14/2003
ARREST DATE: 11/18/2002            ARST AGENCY: CHAMBERS CO
ARST OFFICR:                           COUNTY:
      COURT:                             JUDGE: HARPER
DEF ATTORNY:                    DIST ATTORNY:
    COMMENTS: BROUGHT BACK FROM CHAMBERS CO
    COMMENTS:
    COMMENTS: INMATE RELEASED BY L43D41
```

```
                              LEE COUNTY SHERIFF'S OFFICE
11/18/2002     15:15:13       INMATE BOOKING SHEET                    PAGE    1
===============================================================================
BOOKING NO: 020005285

INMATE NAME: MCVEIGH MATTHEW SHAWN
       ALIAS:                                    RACE: W      SEX: M
       ALIAS:                                      HT: 6'01"  HAIR: BLN
     ADDRESS: 3501 B'HAM HWY #815                  WT: 160    EYES: BRO
 CITY/ST/ZIP: OPELIKA, AL 36801               COMPLEX: LGT
  HOME PHONE: 000-000-0334                        SSN: 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
         DOB: 09/09/1982  AGE:  20             DL ST:          DLN:
  PLCE BIRTH: VALLEY                              SID:
       STATE: AL                               LOCID: 22696
   M. STATUS: SINGLE
    RELIGION: NONE
 GANG ASSOC: NONE
SCARS/TATTOOS: TATOOS ON BACK AND CHEST
KNOWN ENEMIES: NONE
     REMARKS:
-------------------------------- NEXT OF KIN ------------------------------
 NEXT OF KIN: Vicke Hanna          RELATIONSHIP: Aunt
     ADDRESS: 334 576 3893                   PHONE: 000-000-0000
 CITY/ST/ZIP:
     REMARKS: Hughey, AL
-------------------------------- EMPLOYER INFO ----------------------------
    EMPLOYED: Y
EMPLOYER NAME: BOOKERS CONSTRUCTION
     ADDRESS:
 CITY/ST/ZIP: ,
       PHONE: 000-000-0000
-------------------------------- MEDICAL ----------------------------------
  HANDICAPPED: N   NEEDS:
     GLASSES: N   SMOKE: N
MEDICAL NEEDS: N   NEEDS:
   PHYSICIAN:                        PHONE: 000-000-0000
     REMARKS:

     REMARKS:
     REMARKS:
-------------------------------- PROPERTY ---------------------------------
        CASH:        $00.00
 DESCRIPTION:
ADD. PROPERTY: STREET CLOTHES, CLEAR TRASH BAG FULL OF PROPERTY
ADD. PROPERTY:
ADD. PROPERTY:
  BIN NUMBER: 26
VEH IMPOUNDED:
 IMPOUND LOT:
     REMARKS:
     REMARKS:
===============================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE:                          DATE:_____  TIME:_____

BOOK OFFICER:                    DATE: 11/8     TIME:_____
```

```
                          LEE COUNTY SHERIFF'S OFF1  .
11/18/2002    15:15:13       INMATE BOOKING SHEET                    PAGE    2
==============================================================================
BOOKING NO: 020005285   INMATE NAME: MCVEIGH MATTHEW SHAWN
==============================================================================
          COURT:                    ATTORNEY ON REC:
          JUDGE:                         PHONE: 000-000-0000
        REMARKS:
        REMARKS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
   BOOK DATE: 11/18/2002  BOOK TIME: 15:11  BOOK TYPE: NORMAL

   ARREST DATE: 11/18/2002      BOOKING OFFICER: BLACK
   ARREST DEPT: CHAMBERS CO      CELL ASSIGNMENT: F1
 ARRST OFFICER: CHAMBERS CO           MEAL CODE: 01  LEE COUNTY
 PROJ. RLSDATE: 00/00/0000            FACILITY: 01  COUNTY JAIL
 SEARCH OFFCR:                   CLASSIFICATION:
  TYPE SEARCH:                   WORK RELEASE: N
INTOX RESULTS:

          HOLDS: N
         AGENCY:              REASON:
         AGENCY:              REASON:
         AGENCY:              REASON:
         AGENCY:              REASON:

          NOTES:
          NOTES:
          NOTES:
```

```
                              LEE COUNTY SHERIFF'S OFF1  .
11/18/2002     15:15:13       INMATE CHARGE SHEET                    PAGE     3
===============================================================================
BOOKING NO: 020005285     INMATE NAME: MCVEIGH MATTHEW SHAWN
===============================================================================
   CHARGE NO:   1  DISPOSITION: OPEN              HOLD: N

ALA STATUTE: CC02-957            # OF COUNTS:   1
    OFFENSE: TOP II               WARRANT #:
     CASE #: CC02-957
   BOND AMT: 5 YRS                    FINE:        $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000       SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 11/18/2002         ARST AGENCY: CHAMBERS CO
ARST OFFICR:                        COUNTY:
      COURT:                         JUDGE: HARPER
DEF ATTORNY:                  DIST ATTORNEY:
   COMMENTS: BROUGHT BACK FROM CHAMBERS CO
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

LEE COUNTY SHERIFF'S OFF1
11/18/2002     15:15:15     MEDICAL SCREENING FORM                    PAGE 2
=========================================================================
Booking No: 020005285  Date: 11/18/2002  Time: 15:11  Type: NORMAL
Agency to Bill: LEE COUNTY              Facility: COUNTY JAIL

Inmate Name: MCVEIGH MATTHEW SHAWN                Race: W        Sex: M
     DOB: 09/09/1982 Age:  20  SSN: 419 13 8188  Height: 6'01"  Weight: 160
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

N    13.  Have you recently been hospitalized or treated by a doctor?

/    14.  Do you currently take any non-prescription medication or medication
          prescribed by a doctor?

Y    15.  Are you allergic to any medication?

N    16.  Do you have any handicaps or conditions that limit activity?

/    17.  Have you ever attempted suicide or are you thinking about it now?

Y    18.  Do you regularly use alcohol or street drugs?

N    19.  Do you have any problems when you stop drinking or using drugs?

N    20.  Do you have a special diet prescribed by a physician?

Y    21.  Do you have any problems or pain with your teeth?

N    22.  Do you have any other medical problems we should know about?

     15.) Penicillin

     21.) Tooth bothering him

I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE
TRUE AND ACCURATE.

INMATE: _____     DATE: _____   TIME: _____

BOOK OFFICER: _____     DATE: _____   TIME: _____

```
                                    LEE COUNTY SHERIFF'S OFF1
11/18/2002    15:15:15    MEDICAL SCREENING FORM                    PAGE 1
=================================================================================
Booking No: 020005285  Date: 11/18/2002  Time: 15:11  Type: NORMAL
Agency to Bill: LEE COUNTY              Facility: COUNTY JAIL

Inmate Name: MCVEIGH MATTHEW SHAWN                 Race: W        Sex: M
     DOB: 09/09/1982 Age:  20  SSN: 419 13 8188  Height: 6'01"  Weight: 160
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

1. Is inmate unconscious?

2. Does inmate have any visible signs of trauma, illness, obvious pain and bleeding, requiring immediate emergency or doctor's care?

3. Is there obvious fever, swollen lymph nodes, jaundice or other evidence of infection that might spread through the facility?

4. Any signs of poor skin condition, vermin, rashes or needle marks?

5. Does inmate appear to be under the influence of drugs or alcohol?

6. Any visible signs of alcohol or drug withdrawal?

7. Does inmate's behavior suggest the risk of suicide or assault?

8. Is inmate carrying any medication?

9. Does the inmate have any physical deformities?

10. Does inmate appear to have psychiatric problems?

11. Do you have or have you ever had or has anyone in your family ever had any of the following?

_____ a. Allergies      _____ f. Fainting Spells      _____ k. Seizures

_____ b. Arthritis      _____ g. Hearing Condition    _____ l. Tuberculosis

_____ c. Asthma         _____ h. Hepatitis            _____ m. Ulcers

_____ d. Diabetes       _____ i. High Blood Pressure  _____ n. Venereal Disease

_____ e. Epilepsy       _____ j. Psychiatric Disorder _____ o. Other (Specify)

Other: _____

_____

_____

12. For females only:

_____ a. Are you pregnant?

_____ b. Do you take birth control pills?

_____ c. Have you recently delivered?

```
                              LEE COUNTY SHERIFF'S OFFI
11/08/2002    17:18:05         INMATE RELEASE SHEET                  PAGE    1
===============================================================================
BOOKING NO: 020001850

INMATE NAME: MCVEIGH MATTHEW SHAWN
        ALIAS:                              RACE: W      SEX: M
        ALIAS:                              HT: 6'01"  HAIR: BLN
      ADDRESS: 3501 B'HAM HWY #815          WT: 160    EYES: BRO
CITY/ST/ZIP: OPELIKA, AL 36801         COMPLEX: LGT
  HOME PHONE: 000-000-0334                  SSN: 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
        DOB: 09/09/1982  AGE:  20        DL ST:        DLN:
  PLCE BIRTH: VALLEY                       SID:
        STATE: AL                        LOCID: 22696
   M. STATUS: SINGLE
     RELIGION: NONE
   GANG ASSOC: NONE
SCARS/TATTOOS: TATOOS ON BACK AND CHEST
KNOWN ENEMIES: NONE
      REMARKS:
------------------------------- NEXT OF KIN -----------------------------------
  NEXT OF KIN:                          RELATIONSHIP:
      ADDRESS:                              PHONE: 000-000-0000
  CITY/ST/ZIP: ,
      REMARKS:
------------------------------ EMPLOYER INFO ----------------------------------
     EMPLOYED: Y
EMPLOYER NAME: BOOKERS CONSTRUCTION
      ADDRESS:
  CITY/ST/ZIP: ,
        PHONE: 000-000-0000
-------------------------------- MEDICAL --------------------------------------
  HANDICAPPED: N   NEEDS:
      GLASSES: N   SMOKE: N
MEDICAL NEEDS: N   NEEDS:
    PHYSICIAN:                          PHONE: 000-000-0000
      REMARKS:


      REMARKS:
      REMARKS:
-------------------------------- PROPERTY -------------------------------------
         CASH:       $00.00
  DESCRIPTION:
ADD. PROPERTY: CELL PHONE AND HAT
ADD. PROPERTY:
ADD. PROPERTY:
   BIN NUMBER: PROP. BAG#
VEH IMPOUNDED:
  IMPOUND LOT:
      REMARKS:
      REMARKS:
===============================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: X _Matthew S. McVeigh_    DATE: 11-8-02   TIME: 520

BOOK OFFICER: _Ingram_            DATE: 11-8-02   TIME: 520
```

```
                          LEE COUNTY SHERIFF'S OFFI
11/08/2002    17:18:05        INMATE RELEASE SHEET                   PAGE    2
================================================================================
BOOKING NO: 020001850        INMATE NAME: MCVEIGH MATTHEW SHAWN
================================================================================
         COURT:                    ATTORNEY ON REC:
         JUDGE:                         PHONE: 000-000-0000
       REMARKS:
       REMARKS:
--------------------------------------------------------------------------------
   BOOK DATE: 04/24/2002  BOOK TIME: 17:35  BOOK TYPE: NORMAL

  ARREST DATE: 04/24/2002          BOOKING OFFICER: WRIGHT
  ARREST DEPT: LCSO                CELL ASSIGNMENT:
 ARRST OFFICER: HARRIS                   MEAL CODE: 02   STATE
 PROJ. RLSDATE: 00/00/0000                FACILITY: 01   COUNTY JAIL
 SEARCH OFFCR: HILL                  CLASSIFICATION:
  TYPE SEARCH: STRIP                 WORK RELEASE: N
INTOX RESULTS:

        HOLDS: Y
       AGENCY: CONTACT AUPD BE   REASON: FORE RELEASED
       AGENCY: PROB PAROL        REASON: LAFAYETTE
       AGENCY:                   REASON:
       AGENCY:                   REASON:

        NOTES:
        NOTES:
        NOTES:
================================================================================
  RELEASE DATE: 11/08/2002  RELEASE TIME: 17:17   # DAYS SERVED:  199

RELEASE OFFICER: INGRAM
       REMARKS: RELEASED TO CHAMBERS CO
       REMARKS: DEPUTY RAY
       REMARKS:
================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE:_____  DATE:_____  TIME:_____

BOOK OFFICER:_____  DATE:_____  TIME:_____
```

```
                            LEE COUNTY SHERIFF'S OFFI(
 11/08/2002    17:18:05      INMATE CHARGE SHEET                    PAGE    3
===============================================================================
 BOOKING NO: 020001850      INMATE NAME: MCVEIGH MATTHEW SHAWN
===============================================================================
   CHARGE NO:  1  DISPOSITION: RELEASED           HOLD: N

 ALA STATUTE: 13A-9-18                 # OF COUNTS:   1
      OFFENSE: GIVING FALSE INFOR        WARRANT #:
        CASE #:
      BOND AMT:                              FINE:       $0.00
      BAIL AMT:
 INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
 RELEASE DTE: 06/04/2002
 ARREST DATE: 04/24/2002            ARST AGENCY: LCSO
 ARST OFFICR: HARRIS                     COUNTY: LEE
        COURT:                            JUDGE: NIX
 DEF ATTORNY:                     DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:
 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
   CHARGE NO:  2  DISPOSITION: RELEASED           HOLD: N

 ALA STATUTE: 13A-11-7                 # OF COUNTS:   1
      OFFENSE: DISORDERLY CONDUCT        WARRANT #:
        CASE #:
      BOND AMT:                              FINE:       $0.00
      BAIL AMT:
 INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
 RELEASE DTE: 06/04/2002
 ARREST DATE: 04/24/2002            ARST AGENCY: LCSO
 ARST OFFICR: HARRIS                     COUNTY: LEE
        COURT:                            JUDGE: NIX
 DEF ATTORNY:                     DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:
 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
   CHARGE NO:  3  DISPOSITION: SENTENCED          HOLD: N

 ALA STATUTE:                          # OF COUNTS:   1
      OFFENSE: TOP I/CCO2-957            WARRANT #:
        CASE #: CCO2-957
      BOND AMT:                              FINE:       $0.00
      BAIL AMT:
 INIT APPEAR: 00/00/0000          SENTENCE DATE: 11/05/2002
 RELEASE DTE: 00/00/0000
 ARREST DATE: 04/26/2002            ARST AGENCY: AUPD
 ARST OFFICR: WALTON                     COUNTY: LEE
        COURT:                            JUDGE: HARPER
 DEF ATTORNY:                     DIST ATTORNEY:
    COMMENTS:
    COMMENTS: FIVE YEARS PEN TO RUN CONCURRENT WITH CHAMBERS CO CASE
    COMMENTS: 7 MONTHS JAIL CREDIT
 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

```
                              LEE COUNTY SHERIFF'S OFFI
11/08/2002      17:18:05       INMATE CHARGE SHEET                    PAGE     4
================================================================================
BOOKING NO: 020001850       INMATE NAME: MCVEIGH MATTHEW SHAWN
================================================================================
```

```
                                  E COUNTY SHERIFF'S OFFIC
04/24/2002     17:45:29           INMATE BOOKING SHEET                      PAGE    1
=====================================================================================
BOOKING NO: 020001850

INMATE NAME: MCVEIGH MATTHEW SHAWN
        ALIAS:                                      RACE: W      SEX: M
        ALIAS:                                      HT: 6'01" HAIR: BLN
        ADDRESS: 3501 B'HAM HWY #815                WT: 160    EYES: BRO
CITY/ST/ZIP: OPELIKA, AL 36801             COMPLEX: LGT
  HOME PHONE: 000-000-0334                     SSN: 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
        DOB: 09/09/1982   AGE:   19          DL ST:           DLN:
 PLCE BIRTH: VALLEY                             SID:
       STATE: AL                             LOCID: 22696
   M. STATUS: SINGLE
    RELIGION: NONE
  GANG ASSOC: NONE
SCARS/TATTOOS: TATOOS ON BACK AND CHEST
KNOWN ENEMIES: NONE
     REMARKS:
------------------------------- NEXT OF KIN -----------------------------------
NEXT OF KIN:                                RELATIONSHIP:
   ADDRESS:                                    PHONE: 000-000-0000
```

| STATE OF ALABAMA UNIFIED JUDICIAL SYSTEM LEE COUNTY FORM CC-30 | COMMITTAL TO CUSTODY | CASE NUMBER | | |
| | | ID | YR | Case No. |

_State_

PLAINTIFF,

VS.

_Mathew S. Mc Veigh_

DEFENDANT.

IN THE _Circuit_ COURT OF

LEE COUNTY, ALABAMA

CASE NO. _CC 02957_

The defendant, _Same_ is

hereby committed to the custody of the Sheriff of Lee County, Alabama for:

_TOP II / Five years pen con current_
_(w)/ Chambers / County case / 7 months_
_jail cut_

Defendant's bond is hereby set at $ _____

DONE this the _5_ day of _Mar_, _2002_

_____
JUDGE

```
                              LEE COUNTY SHERIFF'S OFFICE
11/05/2002    12:22:29       - INMATE CHARGE SHEET                 PAGE    1
==============================================================================
BOOKING NO: 020001850     INMATE NAME: MCVEIGH MATTHEW SHAWN
==============================================================================
   CHARGE NO:   1   DISPOSITION: RELEASED         HOLD: N

ALA STATUTE: 13A-9-18                   # OF COUNTS:   1
     OFFENSE: GIVING FALSE INFOR        WARRANT #:
        CASE #:
     BOND AMT:                                     FINE:      $0.00
     BAIL AMT:
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 06/04/2002
ARREST DATE: 04/24/2002              ARST AGENCY: LCSO
ARST OFFICR: HARRIS                       COUNTY: LEE
       COURT:                              JUDGE: NIX
DEF ATTORNY:                       DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
------------------------------------------------------------------------------
   CHARGE NO:   2   DISPOSITION: RELEASED         HOLD: N

ALA STATUTE: 13A-11-7                   # OF COUNTS:   1
     OFFENSE: DISORDERLY CONDUCT        WARRANT #:
        CASE #:
     BOND AMT:                                     FINE:      $0.00
     BAIL AMT:
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 06/04/2002
ARREST DATE: 04/24/2002              ARST AGENCY: LCSO
ARST OFFICR: HARRIS                       COUNTY: LEE
       COURT:                              JUDGE: NIX
DEF ATTORNY:                       DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
------------------------------------------------------------------------------
   CHARGE NO:   3   DISPOSITION: SENTENCED        HOLD: N

ALA STATUTE:                            # OF COUNTS:   1
     OFFENSE: TOP I/CCO2-957 / 5 yrs.   WARRANT #:
        CASE #: CCO2-957
     BOND AMT:                                     FINE:      $0.00
     BAIL AMT:
INIT APPEAR: 00/00/0000            SENTENCE DATE: 11/05/2002
RELEASE DTE: 00/00/0000
ARREST DATE: 04/26/2002              ARST AGENCY: AUPD
ARST OFFICR: WALTON                       COUNTY: LEE
       COURT:                              JUDGE: HARPER
DEF ATTORNY:                       DIST ATTORNEY:
   COMMENTS:
   COMMENTS: FIVE YEARS PEN TO RUN CONCURRENT WITH CHAMBERS CO CASE
   COMMENTS: 7 MONTHS JAIL CREDIT
------------------------------------------------------------------------------
```

```
                          Ξ COUNTY SHERIFF'S OFFIC
04/24/2002    17:45:29        INMATE BOOKING SHEET                    PAGE    2
===============================================================================
BOOKING NO: 020001850        INMATE NAME: MCVEIGH MATTHEW SHAWN
===============================================================================
        COURT:                      ATTORNEY ON REC:
        JUDGE:                          PHONE: 000-000-0000
      REMARKS:
      REMARKS:
-------------------------------------------------------------------------------
   BOOK DATE: 04/24/2002  BOOK TIME: 17:35  BOOK TYPE: NORMAL

   ARREST DATE: 04/24/2002        BOOKING OFFICER: WRIGHT
   ARREST DEPT: LCSO              CELL ASSIGNMENT: HC3
 ARRST OFFICER: HARRIS                  MEAL CODE: 01   LEE COUNTY
 PROJ. RLSDATE: 00/00/0000               FACILITY: 01   COUNTY JAIL
 SEARCH OFFCR: HILL               CLASSIFICATION:
   TYPE SEARCH: STRIP              WORK RELEASE: N
 INTOX RESULTS:

        HOLDS:
       AGENCY:                    REASON:
       AGENCY:                    REASON:
       AGENCY:                    REASON:
       AGENCY:                    REASON:
        NOTES:
        NOTES:
        NOTES:
```

```
                           E COUNTY SHERIFF'S OFFIC
04/24/2002    17:45:29   MEDICAL SCREENING FORM                    PAGE 1
=======================================================================
Booking No: 020001850  Date: 04/24/2002  Time: 17:35  Type: NORMAL
Agency to Bill: LEE COUNTY              Facility: COUNTY JAIL

Inmate Name: MCVEIGH MATTHEW SHAWN              Race: W        Sex: M
     DOB: 09/09/1982 Age: 19  SSN: 419 13 8188  Height: 6'01"  Weight: 160
-----------------------------------------------------------------------
```

| N | 1. | Is inmate unconscious? |

2. Does inmate have any visible signs of trauma, illness, obvious pain and bleeding, requiring immediate emergency or doctor's care?

3. Is there obvious fever, swollen lymph nodes, jaundice or other evidence of infection that might spread through the facility?

4. Any signs of poor skin condition, vermin, rashes or needle marks?

5. Does inmate appear to be under the influence of drugs or alcohol?

6. Any visible signs of alcohol or drug withdrawal?

7. Does inmate's behavior suggest the risk of suicide or assault?

8. Is inmate carrying any medication?

9. Does the inmate have any physical deformities?

10. Does inmate appear to have psychiatric problems?

11. Do you have or have you ever had or has anyone in your family ever had any of the following?

| Y a. Allergies | N f. Fainting Spells | N k. Seizures |
| N b. Arthritis | g. Hearing Condition | l. Tuberculosis |
| c. Asthma | h. Hepatitis | m. Ulcers |
| d. Diabetes | i. High Blood Pressure | n. Venereal Disease |
| e. Epilepsy | j. Psychiatric Disorder | o. Other (Specify) |

Other: _____

_____

_____

12. For females only:

a. Are you pregnant?

b. Do you take birth control pills?

c. Have you recently delivered?

```
04/24/2002    17:45:29    MEDICAL SCREENING FORM              PAGE 2
========================================================================
Booking No: 020001850  Date: 04/24/2002  Time: 17:35  Type: NORMAL
Agency to Bill: LEE COUNTY              Facility: COUNTY JAIL

Inmate Name: MCVEIGH MATTHEW SHAWN              Race: W        Sex: M
       DOB: 09/09/1982 Age:  19  SSN: 419 13 8188  Height: 6'01"  Weight: 160
------------------------------------------------------------------------
```

_N_ 13. Have you recently been hospitalized or treated by a doctor?

_N_ 14. Do you currently take any non-prescription medication or medication prescribed by a doctor?

_Y_ (15.) Are you allergic to any medication?

_N_ 16. Do you have any handicaps or conditions that limit activity?

_N_ 17. Have you ever attempted suicide or are you thinking about it now?

_Y_ 18. Do you regularly use alcohol or street drugs?

_N_ 19. Do you have any problems when you stop drinking or using drugs?

_N_ 20. Do you have a special diet prescribed by a physician?

_N_ 21. Do you have any problems or pain with your teeth?

_Y_ 22. Do you have any other medical problems we should know about?

15 — Penicillin

18 — Smoke marijuana

22 — lower back pain

I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: (X) _[signature]_          DATE: 4-24-02   TIME: 2035

BOOK OFFICER: _[signature]_        DATE: 4-24-02   TIME: 2035

Lee County Detention Cent
# INMATE REQUEST SLIP

*E-6*

__LOCATION__

Name _Matthew McVeigh_    Date _11-23-05_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

*Get Tabs*

I get off disciplinary today and tommarro is Thanksgiving. I would like to be able to be in population and make phone calls and watch all the T.V.

Thanks

<u>Do Not Write Below This Line</u> - For Reply Only

Inmate placed in cell E-5.

_11-28-05_

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (9/99)

*F1*

## LEE COUNTY DETENTION CENTER
### DISCIPLINARY REPORT
(Form #28)

Inmate __Mcveigh Matthew Shawn__ Custody __maximum__ Number __22696__
    Last    First   Middle

Assignment __F-wing cell block F1__ is being charged by __OFC. Aaron 43D31__

With rule violation __J-3.2 B-4 "Fighting with another Inmate"__

on or about __11-3-__ 19 __05__, Time __11:45__ a.m. p.m. Location __"LCDC"__

Circumstances are as follows: __J-3 Mcveigh was Fighting with J-3 Joey__
__Smith on the recreation Yard after arguing with__
__one another.__

MAJOR     __X__

MINOR         _____

SERIOUS    _____        __OFC 43D31__

Notifying Officer: _____      Signature of Arresting Officer

Inmate's Signature ___    Time & Date notified: __11-3-05 / 18:30 pm__

Witnesses desired: NO __X__ If YES, (List) _____

Circumstances Investigated By: _____

Hearing date __11-11-05__     Time __12:45 P__     Plea ( ) Guilty (X) Not Guilty

If guilty, inmate must affix signature _____

__OFFICER AARON STATED THAT INMATE MCVEIGH WAS STRUCK BY OTHER__
__INMATE SMITH AND THAT THE TWO INMATES BEGAN TO GRAPPLE WITH__
__EACH OTHER.__

Committee Findings & Reasons: __INMATE MCVEIGH IS FOUND GUILTY. I TOLD__
__INMATE MCVEIGH THAT HE HAD A CHOICE TO WALK AWAY FROM__
__SMITH AND ALLOW OFFICERS TO HANDLE THE SITUATION WHICH__
__HE DID NOT. HE CHOSE TO GRAPPLE WITH MCVEIGH AND THAT__
__CONSTITUTES FIGHTING WITH ANOTHER INMATE__

Committee Recomendations: __THREE DAYS SOLITARY CONFINEMENT IN CELL 9-6__
__WITH THREE DAYS LOSS OF ALL PRIVILEGES EXCLUDING VISITS WITH__
__ATTORNEYS, CLERGY OR MEDIA__

Witnesses: _____

_____     __4305__

    Signature of Chairman

_____     Signature, Member

_____     Signature, Member

Copy delivered to inmate: Date __11-15-05__ Time __8:15 am__ Inmate's Signature _____

Action - Date __11-15-05__      Appeal - Date (attach copy) _____

Approved _____      Approved _____

Disapproved _____      Denied _____

Other (Specify) _____      Other (Specify) _____

LEE COUNTY SHERIFF'S DEPARTMENT
# NOTIFICATION OF CHARGES
(Form #29)

TO: Matthew S. Mcveigh  cccc# 226096     DATE: 11-3-2005

*YOU ARE HEREBY NOTIFIED THAT IT IS ALLEGED THAT YOU HAVE COMMITTED THE FOLLOWING RULE VIOLATIONS:*

13.2  B-4 " Fighting with another Inmate "

*YOU HAVE BEEN CHARGED WITH THESE RULE VIOLATIONS BY OFFICER(S):*

Officer Aaron 43D31

*THE FACTS ON WHICH THESE CHARGES ARE BASED ARE:*

J-3 Mcveigh and J-3 Joey Smith were both Fighting on the recreation yard. after arguing back and Forth with each other

*THE MAXIMUM PENALTY FOR THE VIOLATION(S) IS:*

15 Days Lockdown, loss of all privileges except for media, clergy, and attorney

*YOU HAVE THE OPTION OF REQUESTING A DISCIPLINARY HEARING FOR THE ABOVE CHARGE(S) OR ACCEPTING DISCIPLINARY ACTION WITHOUT A HEARING. SHOULD YOU DESIRE A DISCIPLINARY HEARING, YOU MUST REQUEST THE HEARING IN WRITING ON THE INMATE REQUEST FORM ATTACHED TO THIS NOTIFICATION WITHIN EIGHT (8) HOURS AFTER RECEIVING THIS NOTIFICATION.*

11-3-05 / 18:30 PM
*DATE & TIME OF NOTIFICATION*

Aaron 43D31
*OFFICER MAKING REPORT*

# LEE COUNTY SHERIFF'S DEPARTMENT
## SYNOPSIS OF MAJOR/MINOR DISCIPLINARY HEARING
### (Form #30)

ALL THOSE INVOLVED IN THE CASE WERE SWORN IN BY THE CHAIRPERSON.

The Lee County Jail Disciplinary Board convened at ___12:45___ on ___11-11-05___, to

hear the evidence in the case involving Inmate ___MATTHEW McVEIGH___, # ___22696___.

The board consisted of Chairperson ___SGT. TAAB___ and Member ___OFC. WILTSIG  SGT. THRENT___.

The accused and Arresting Officer ___AARON___ were brought before the board.

The chairperson explained to ___McVEIGH___ that he was charged with violating Rule

# ___B-4___ of Inmate Handbook (revised August 1988).

___McVEIGH___ was further advised that on ___11-3-05___ at

___18:30p___ he was served with "Notice of Disciplinary Hearing" and given a copy of the notice.

The chairperson explained that according to due process requirements, he must be given at least 24 hours notice

of the date that the hearing will take place. Furthermore, that the hearing must be given within seven (7)

calendar days of the time his custody changed and that he is to be given the opportunity to request any

witnesses on his behalf. The chairperson asked ___McVEIGH___ if he understood due

process and he replied, "___YES___

_____."

The chairperson explained to ___McVEIGH___ that he was charged with violation

of Rule # ___B-4___, ___FIGHTING WITH ANOTHER INMATE___.

The chairperson asked ___McVEIGH___ if he understood the charges against

him and he replied, "___YES SIR___

_____."

___McVEIGH___ was then asked how he pled to the charge and he stated,

"___NOT GUILTY___."

LEE COUNTY DETENTION CENTER
DISCIPLINARY REPORT
(Form #23)

Inmate _MCVEIGH MATHEW SHAWN_    Custody _MAXIMUM_ Number _226960_
     Last    First    Middle

Assignment _CELL E-1_ is being charged by _C/FC WRIGHT ROGERS_

With rule violation _B-4 - FIGHTING WITH ANOTHER INMATE_

on or about _11-10-05_ 199___, Time _11:00_ (a.m.)/p.m. Location _LCDC_

Circumstances are as follows: _THAT 4W INMATE MCVEIGH ADMITTED TO BEING_
_INVOLVED IN A PHYSICAL ALTERCATION WITH INMATE BRUNDAGE_
_IN CELL E-1_

MAJOR _XX_
MINOR
SERIOUS                                    _Ofc Paul L. Rogers_
Notifying Officer: _Paul L. Rogers_        Signature of Arresting Officer
Inmate's Signature x _Mathew S McVeigh_    Time & Date notified: _11-10-05   12:25 Pm_
                                           Witnesses desired: (NO)____ If YES, (List) _____

Circumstances Investigated By: _____

Hearing date _11/11/05_          Time _1:40 pm_        Plea (X) Guilty   (X) Not Guilty

If guilty, inmate must affix signature (X) _Mathew S McVeigh_

Committee Findings & Reasons: _Guilty Due To I/m McVeigh's plea of_
_guilty, and Witness statement that McVeigh hit I/m_
_Brundage first._

Committee Recomendations: _5 Days lockdown loss of all priviledges_
_except clergy, media and attorney._

Witnesses: _____        _William Welch_
                                       Signature of Chairman
           _____        _____ SGT
                                       Signature, Member
                                       _____ 43031
                                       Signature, Member

Copy delivered to inmate: Date _11/21/05_   Time _8:15 a.m._ Inmate's Signature (X) _Mathew McVeigh_
Action - Date _11-15-05_                    Appeal - Date (attach copy) _____
Approved _Sgt Gary J. Welch_                Approved _____
Disapproved _____           Denied _____
Other (Specify) _____       Other (Specify) _____

# LEE COUNTY SHERIFF'S DEPARTMENT
## NOTIFICATION OF CHARGES
### (Form #29)

*TO:* MCVEIGH, MATHEW          *DATE:* 11-10-05

*YOU ARE HEREBY NOTIFIED THAT IT IS ALLEGED THAT YOU HAVE COMMITTED THE FOLLOWING RULE VIOLATIONS:*

B-4 — FIGHTING WITH ANOTHER INMATE

*YOU HAVE BEEN CHARGED WITH THESE RULE VIOLATIONS BY OFFICER(S):*

OFC. WRIGHT

*THE FACTS ON WHICH THESE CHARGES ARE BASED ARE:*

THAT YOU ADMITTED TO BEING INVOLVED IN A PHYSICAL ALTERCATION WITH INMATE BRUNDAGE

*THE MAXIMUM PENALTY FOR THE VIOLATION(S) IS:*

10 DAYS SOLITARY LOCKDOWN WITH 10 DAYS LOSS OF ALL PRIVILEGES

*YOU HAVE THE OPTION OF REQUESTING A DISCIPLINARY HEARING FOR THE ABOVE CHARGE(S) OR ACCEPTING DISCIPLINARY ACTION WITHOUT A HEARING. SHOULD YOU DESIRE A DISCIPLINARY HEARING, YOU MUST REQUEST THE HEARING IN WRITING ON THE INMATE REQUEST FORM ATTACHED TO THIS NOTIFICATION WITHIN EIGHT (8) HOURS AFTER RECEIVING THIS NOTIFICATION.*

11-10-05    12:35          ROGERS
*DATE & TIME OF NOTIFICATION*          *OFFICER MAKING REPORT*