# LEE COUNTY SHERIFF'S DEPARTMENT
## SYNOPSIS OF MAJOR/MINOR DISCIPLINARY HEARING
### (Form #30)

ALL THOSE INVOLVED IN THE CASE WERE SWORN IN BY THE CHAIRPERSON.

The Lee County Jail Disciplinary Board convened at _1: 40 p.m_ on _11/11/05_, to

hear the evidence in the case involving Inmate _Matthew McVeigh_, # _22696_.

The board consisted of Chairperson _OFC Wiltsie_ and Member _OFC. Aaron Sgt Threat_.

The accused and Arresting Officer _Rogers_ were brought before the board.

The chairperson explained to _McVeigh_ that he was charged with violating Rule

# _13.2 B-4_ of Inmate Handbook (revised August 1988).

_McVeigh_ was further advised that on _11/10/05_ at

_12:25 pm_ he was served with "Notice of Disciplinary Hearing" and given a copy of the notice.

The chairperson explained that according to due process requirements, he must be given at least 24 hours notice

of the date that the hearing will take place. Furthermore, that the hearing must be given within seven (7)

calendar days of the time his custody changed and that he is to be given the opportunity to request any

witnesses on his behalf. The chairperson asked _McVeigh_ if he understood due

process and he replied, "_Yes_

_____."

The chairperson explained to _McVeigh_ that he was charged with violation

of Rule # _13.2 B-4_, _Fighting with another Inmate_.

The chairperson asked _McVeigh_ if he understood the charges against

him and he replied, "_Yes_

_____."

_McVeigh_ was then asked how he pled to the charge and he stated,

"_Guilty_."

Sgt. Butler,

    I need some legal papers notorized and I have been tring to get word to the lady up ~~front~~ front but nothing is working and I know you will do what you can

Thank
Matthew McVeth

Get with Lt. Welch about the papers and any of the clerks in the Sheriff office can notorize it for you

Sgt Butler 11/14/05

FORM DC-7

**LEE COUNTY DISTRICT COURT**

**OUT-OF-COURT DISPOSITION**

NAME _Matthew S. McVeigh_ DATE _11-16-05_

CHARGE _Menacing & Burglary 1st_ CASE NO. _05-2105_

COURT DATE _____ FTA _+ 2106_

### A C T I O N

___ Continue to _____ for _____

___ Pay fine of _____ and court costs of _____

___ Nol pross on motion of _____

___ Nol pross on payment of court costs

___ Submit money order or cashier's check for $ _____

payable to _____

___ Pay restitution of $ _____

### F T A

___ Pay fine of $ _____ and court costs of $ _____

___ Withdraw writ, vacate FTA

___ Withdraw writ, nol pross FTA on payment of court costs

___ Withdraw writ, keep FTA and reset case on docket to _____

### O T H E R

_/_ Pay by _____ Or be in Court _____

_X_ Other orders _Bond reduced to 1,000.00 in each case for a total of 2,000.00._

_____ JUDGE

Lee County Detention Cente[r]

# INMATE REQUEST SLIP

F-8

**LOCATION**

Name _Mathew McVeigh_    Date _10/06/05_

- [ ] Telephone Call
- [ ] Doctor
- [ ] Dentist
- [ ] Time Sheet
- [ ] Special Visit
- [ ] Personal Problem
- [✓] Other

Briefly Outline Your Request.  Give To Jailer

_Officer Wheeler: I need to visit the Law Library as soon as possible._

Do Not Write Below This Line - For Reply Only

_Taken to Law Library on 10·25·2005 at 20:20 000_

_OFC. Aaron_

Approved _✓_    Denied _____    Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

- [ ] Lieutenant
- [ ] Chief Deputy
- [ ] Sheriff

Date _10·25·2005_    Time Received _1800_

CORRECTION OFFICER _Aaron_

FORM: LCS-038 (6/99)

# LEE COUNTY DETENTION CENTER
## DISCIPLINARY REPORT
(Form #28)

Inmate McVeigh Matthew Shawn    Custody Maximum    Number 22696
   Last    First    Middle

Assignment E-6 _____ is being charged by Ofc. Libersat

With rule violation 13.C.13 - Having Contraband

on or about 17 September 2005, Time 22:09 ~~a.m.~~ p.m. Location E6B

Circumstances are as follows: On or about the above date and time during a shakedown of Cell E6B, The following contraban was found: ① Two tatoo pens ② wood pencil ③ tattoo ink ④ metal clasps usually found on envelopes ⑤ a 3 inch piece of metal resembling a paper clip, Sharpened at the end ⑥ a bar of soap w/approx 15 ft. of string attached.

MAJOR _____    43D03

MINOR _____

SERIOUS _____    Signature of Arresting Officer

Notifying Officer: _____    Time & Date notified: 9-18-05  15:45 pm

Inmate's Signature: Matthew S McVeigh    Witnesses desired: NO ____ If YES, (List) _____

Circumstances Investigated By: _____

Hearing date 9-21-05 _____ Time _____    Plea (X) Guilty  ( ) Not Guilty

If guilty, inmate must affix signature Matthew S McVeigh

Committee Findings & Reasons: INMATE MCVEIGH WAS FOUND GUILTY DUE TO HIS PLEA OF GUILTY AND EVIDENCE PRESENTED

Committee Recomendations: 8 DAYS SOLITARY CONFINEMENT IN CELL 9-6 WITH 8 DAYS LOSS OF COMMISSARY AND VISITATION (NOT TO INCLUDE ATTORNEY, CLERGY, OR MEDIA VISITS) - SENTENCE BEGINS 9-21-05

Witnesses: NONE _____

_____ 43D5
Signature of Chairman

_____ 43D47
Signature, Member

_____ 43D04
Signature, Member

Copy delivered to inmate: Date _____    Time _____    Inmate's Signature _____

Action - Date _____    Appeal - Date (attach copy) _____

Approved R.L. Roberson 9/22/05    Approved _____

Disapproved _____    Denied _____

Other (Specify) _____    Other (Specify) _____

## LEE COUNTY SHERIFF'S DEPARTMENT
## SPECIAL REPORT

OCA # 22696

Subject McVeigh, Matthew Shawn          Opelika, AL   09-17-2005

To the Sheriff of Lee County:

I report the following Contraban found durring a shakedown of

Cell E-6B _____ which occurred at 22:09 o'clock

this P M. at L.C.D.C. E6 Cell B.

Below give full-particulars, together with name of principals and witness and their address

On or about the above date and time, while conducting a shakedown in E-6, Ofc. Libersat found the contraban listed below on the shelf attached to the back wall of the cell, inside of a box among some other personal items: ① wood pencil ② Two tatoo pens ③ metal clasps that appear to be from an envelope ④ tatoo ink ⑤ a piece of metal resembling a paper clip, approximately 3 inches long and sharpened at the end. ⑥ a bar of soap with approximately 15 feet of string attached to it and is commonly used to transfer items between locked down cells. Sgt Tabb was notified. A disciplinary form was submitted. —End—

Respectively Submitted
Kenneth D. Libersat
Officer - 43D23

Reported by _____

Address _____   Phone _____

Complaint received by _____   How _____

Assigned to _____

# LEE COUNTY SHERIFF'S DEPARTMENT
## NOTIFICATION OF CHARGES
(Form #29)

OCA# 22696

TO: McVeigh, Matthew Shawn          DATE: 09-17-2005

YOU ARE HEREBY NOTIFIED THAT IT IS ALLEGED THAT YOU HAVE COMMITTED THE
FOLLOWING RULE VIOLATIONS:

13.C.13 Having Contraband

YOU HAVE BEEN CHARGED WITH THESE RULE VIOLATIONS BY OFFICER(S):

Officer Libersat

THE FACTS ON WHICH THESE CHARGES ARE BASED ARE:

During a shakedown of your cell (E6B) on 09-17-2005
at approximately 22:09 Hrs., the following items were found
in your possession: ① Two tatoo pens ② wood pencil
③ Tatoo ink ④ metal clasps usually found on envelopes ⑤ a
3" piece of metal resembling a paperclip, sharpened on one end
⑥ a bar of soap w/ Approximately 15 ft. of string attached to it.

THE MAXIMUM PENALTY FOR THE VIOLATION(S) IS:

21 DAYS

YOU HAVE THE OPTION OF REQUESTING A DISCIPLINARY HEARING FOR THE ABOVE
CHARGE(S) OR ACCEPTING DISCIPLINARY ACTION WITHOUT A HEARING.   SHOULD
YOU DESIRE A DISCIPLINARY HEARING, YOU MUST REQUEST THE HEARING IN
WRITING ON THE INMATE REQUEST FORM ATTACHED TO THIS NOTIFICATION WITHIN
EIGHT (8) HOURS AFTER RECEIVING THIS NOTIFICATION.

9-18-05  3:45 pm                            43003
DATE & TIME OF NOTIFICATION          OFFICER MAKING REPORT

# LEE COUNTY SHERIFF'S DEPARTMENT
# SYNOPSIS OF MAJOR/MINOR DISCIPLINARY HEARING
### (Form #30)

ALL THOSE INVOLVED IN THE CASE WERE SWORN IN BY THE CHAIRPERSON.

The Lee County Jail Disciplinary Board convened at _4:50P_ on _9-21-05_, to

hear the evidence in the case involving Inmate _MATTHEW MCVEIGH_, # _22696_.

The board consisted of Chairperson _SGT. TABB_ and Member _JAMES EASON_ _SGT- DARQUETTE_.

The accused and Arresting Officer _LIEBERSOT_ were brought before the board.

The chairperson explained to _MCVEIGH_ that he was charged with violating Rule

# _C-13_ of Inmate Handbook (revised August 1988).

_MCVEIGH_ was further advised that on _9-18-05_ at

_3:45PM_ he was served with "Notice of Disciplinary Hearing" and given a copy of the notice.

The chairperson explained that according to due process requirements, he must be given at least 24 hours notice

of the date that the hearing will take place. Furthermore, that the hearing must be given within seven (7)

calendar days of the time his custody changed and that he is to be given the opportunity to request any

witnesses on his behalf. The chairperson asked _MCVEIGH_ if he understood due

process and he replied, "_YES_

_____."

The chairperson explained to _MCVEIGH_ that he was charged with violation

of Rule # _C-13_, _HAVING CONTRABAND_.

The chairperson asked _MCVEIGH_ if he understood the charges against

him and he replied, "_YES_

_____."

_MCVEIGH_ was then asked how he pled to the charge and he stated,

"_GUILTY_."

# LEE COUNTY SHERIFF'S DEPARTMENT
## NOTIFICATION OF CHARGES
(Form #29)

OCA# 22696

*TO:* McVeigh, Matthew Shawn          *DATE:* 09-17-2005

*YOU ARE HEREBY NOTIFIED THAT IT IS ALLEGED THAT YOU HAVE COMMITTED THE FOLLOWING RULE VIOLATIONS:*

13.C.13 Having Contraband

*YOU HAVE BEEN CHARGED WITH THESE RULE VIOLATIONS BY OFFICER(S):*

Officer Libersat

*THE FACTS ON WHICH THESE CHARGES ARE BASED ARE:*

During a shakedown of your cell (E6B) on 09-17-2005 at approximately 22:09 Hrs., the following items were found in your possession: ① Two tatoo pens ② wood pencil ③ Tatoo ink ④ metal clasps usually found on envelopes ⑤ a 3" piece of metal resembling a paperclip, sharpened on one end ⑥ a bar of soap w/ Approximately 15-ft. of string attached to it.

*THE MAXIMUM PENALTY FOR THE VIOLATION(S) IS:*

21 DAYS

*YOU HAVE THE OPTION OF REQUESTING A DISCIPLINARY HEARING FOR THE ABOVE CHARGE(S) OR ACCEPTING DISCIPLINARY ACTION WITHOUT A HEARING. SHOULD YOU DESIRE A DISCIPLINARY HEARING, YOU MUST REQUEST THE HEARING IN WRITING ON THE INMATE REQUEST FORM ATTACHED TO THIS NOTIFICATION WITHIN EIGHT (8) HOURS AFTER RECEIVING THIS NOTIFICATION.*

_____          _____
*DATE & TIME OF NOTIFICATION*          *OFFICER MAKING REPORT*

## LEE COUNTY SHERIFF'S DEPARTMENT
### SPECIAL REPORT

Subject Inmates Krobetsky, Nelson, McVeigh, Opelika, AL   18 Sept. 05

To the Sheriff of Lee County:

I report the following Inmates Krobetsky, Nelson, and McVeigh throwing wet toilet tissue in E-6 which occurred at 2:35 o'clock this a M. at Lee County Detention Center

Below give full-particulars, together with name of principals and witness and their address

On or around about the above date and time I ofc. Crittenden along w/ Ofc. Libersat D23 were transporting a J3 from D-5 to E-6. Upon Entering E-6 and placing inmate in cell, I ofc Crittenden and ofc. Libersat was joined in E-6 by ofc. Brown who noticed wet toilet tissue on the floors and walls. I ofc. Crittenden, ofc. Libersat, and Ofc. Brown Interviewed and questioned every inmate in E6. It was determined that inmate Krobetsky, McVeigh, and Nelson were responsible for the mess. Inmates Krobetsky, McVeigh, and Nelson began apologizing for the tissue throwing. I ofc. Crittenden and Ofc. Brown cleaned up the mess and exited E6. This special is to inform other shifts to monitor the issue of toilet tissue to inmates Krobetsky, Nelson, and McVeigh.
Respectively submitted
Ofc. Monveko Crittenden
43 D42

Reported by Ofc. Crittenden 43D42

Address_____ Phone_____

Complaint received by _____ How _____

Assigned to _____

# LEE COUNTY SHERIFF'S DEPARTMENT
## SPECIAL REPORT

OCA # 22696

Subject McVeigh, Matthew Shawn        Opelika, AL    09-17-2005

To the Sheriff of Lee County:

I report the following Contraban found durring a shakedown of Cell E-6B _____ which occurred at 22:09 o'clock this P M. at L.C.D.C. E6 Cell B.

Below give full-particulars, together with name of principals and witness and their address

On or about the above date and time, while conducting a shakedown in E-6, ofc. Libersat found the contraban listed below on the shelf attached to the back wall of the cell, inside of a box among some other personal items : ① wood pencil ② Two tatoo pens ③ metal clasps that appear to be from an envelope ④ tatoo ink ⑤ a piece of metal resembling a paper clip, approximately 3 inches long and sharpened at the end. ⑥ a bar of soap with approximately 15 feet of string attached to it and is commonly used to transfer items between locked down cells. Sgt Tabb was notified. A disciplinary form was submitted. —End—

Respectively Submitted
Kenneth D. Libersat
Officer - 43D23

Reported by _____

Address _____ Phone _____

Complaint received by _____ How _____

Assigned to _____

V2696

Lee County Detention Center
## INMATE REQUEST SLIP

E-6
**LOCATION**

Name *Matthew McVeigh*   Date *08-15-05*

☐ Telephone Call   ☐ Doctor   ☐ Dentist   ☐ Time Sheet

☐ Special Visit   ☐ Personal Problem   ☐ Other

Briefly Outline Your Request. <u>Give To Jailer</u> *Major Tolbat*

*I am wondering why I got moved out of E1 and they say that the person that had a problem with me got shipped to Talapossa Co. I don't have any displinarys this time since I been here and never got into any trouble in E1. So why is one*

<u>Do Not Write Below This Line</u> - For Reply Only

*Found guilty on Disc. Hearing   9/21/05*

Approved _____   Denied _____   Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant          ☐ Chief Deputy          ☐ Sheriff

Date _____   Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

Lee County Detention Center
# INMATE REQUEST SLIP

*E-6*

**LOCATION**

Name *Matthew McVeigh*    Date *09-21-05*

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>  Sgt Tabb

I talk with you last night about the
displanry I got. Sgt. Threat told me
yesterday that he was going to talk
with you about throwing it away
because his shift didn't get it okayed
hp him to serve this. Just a reminder
Thanks

<u>Do Not Write Below This Line</u> - For Reply Only

YOUR DISCIPLINARY WAS HELD ON 9/21/05
AND YOU WERE FOUND GUILTY

Jull 4305
9-23-05

Approved _____  Denied _____  Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

| State of Alabama<br>Unified Judicial System | **ORDER<br>ON INITIAL APPEARANCE** | **Case Number** |
|---|---|---|
| Form C-80      Rev. 8/2000 | | |

IN THE ___DISTRICT___ COURT OF ___LEE COUNTY___, ALABAMA
(Circuit, District or Municipal)            (Name of County or Municipality)

☒ STATE OF ALABAMA        *dob 9/9/82*
☐ MUNICIPALITY OF ___        ___ v. ___MATTHEW SHAWN MCVEIGH___
___SS    419  13  8188___                    **Defendant**

The above-named defendant, charged with the criminal offense(s) of ___BURGLARY I, MENACING___,
was duly brought before the Court for initial appearance on ___JULY 8, 2005___, at ___11:00___ o'clock ___A___.m.,
whereupon the Court did the following, as checked in the appropriate blocks:

*(CHECK AS APPLICABLE):*

☐ 1. Name and address of defendant.
  ____ (a) Ascertained the true name and address of the defendant to be: *995 Lee rd 289*
  _____ *Opelika*
  ____ (b) Amended the formal charges to reflect defendant's true name.
  ____ (c) Instructed the defendant to notify the Court promptly of any change of address.

☐ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of the charges.

☐ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to obtain counsel, an attorney would be appointed by the Court to represent him/her.
Defendant ☐ requested ☐ did not request court-appointed counsel. If requested counsel, defendant ☐ was ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for indigency to be determined.

☐ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use against him/her.

☐ 5. Bail
  ____ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable capital offense.
  ____ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional conditions:
    ____ 1.) Execution of an appearance bond (recognizance) in the amount of $ ____
    ____ 2.) Execution of a secured appearance bond in the amount of $ ___50,000.00___
    ____ 3.) Other conditions (specify) ___50,000___
    _____ *500*
    _____ *50,500*

☐ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1, Ala.Crim.P., and of the procedure by which that right may be exercised.

☐ 7. If charged with a felony offense a preliminary hearing was demanded within 30 days of date of arrest by the above named defendant, set a preliminary hearing to be held in the District Court of _____ an _____ (date) at _____ o'clock _____ .m.
  ____ (a) Notified the District Court that such demand was made.
  ____ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.

☐ 8. Other: _____

___7-8-05___                        _____
Date                                Judge/Magistrate

| State of Alabama<br>Unified Judicial System<br><br>Form C-81    11/91 | ADVICE OF RIGHTS ON INITIAL<br>APPEARANCE BEFORE JUDGE OR MAGISTRATE<br>(Felony) | Case Number |
|---|---|---|

IN THE ___DISTRICT___ COURT OF ___LEE___ COUNTY

☒ STATE OF ALABAMA      ☐ MUNICIPALITY OF _____

v.  ___MATTHEW SHAWN MCVEIGH_____ , Defendant

This is a first appearance hearing. You are charged with committing the felony offense(s) of __BURGLARY I; MENACING_____ in this Court in violation of _____. The primary purpose of this hearing is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you. If you are before the Court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case, or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for you to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends, and if necessary, reasonable means will be provided in order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a hearing is demanded and one is conducted, and, if at the conclusion of the preliminary hearing the judge finds that sufficient evidence has been shown to establish that you probably committed the offense or offenses with which you are charged, the judge will then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:

1.) Appear to answer and submit to all orders and process of the Court having jurisdiction in the case.

2.) Refrain from committing any criminal offense.

3.) Not depart from the state of Alabama without the leave of the Court having jurisdiction of this case.

4.) Promptly notify the Court of any change of address or phone number.

5.) Other conditions: _____
_____
_____
_____

The provisions of the Release Order may be revoked or modified by the Court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the Court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

Date: _7-8-05_____        _____
                                    Judge/Magistrate

*I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the Initial Court Appearance. I understand the conditions of my release and the penalties applicable in the event that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.*

Date: _7-8-05_____        _____
                                    Defendant

Lee County Sheriff's Office    Wednesday    July 06, 2005    Page 1 of 1



MCVEIGH, MATTHEW SHAWN.

Lee County Sheriff's Office    Wednesday    July 06, 2005    Page 1 of 1



MCVEIGH, MATTHEW SHAWN.

# INDIVIDUAL'S PERSONAL EFFECTS

### In Possession Of

## SHERIFF'S OFFICE, LEE COUNTY

NAME _MATT    McVeigh_

SEARCHED BY _Couture_

TIME _00740 A.M._          DATE _6-1-05_

MONEY $ _____

ARTICLES BY NAME _Necklace, Belt, Condoms, Cigarettes Blistix, Ring, Wallet, Tongue Ring, **Car Keys**_

The above listing is all my personal effects turned in to Sheriff's Office at the time of booking.

Signature X _Matthew S McVeigh_

Please Call: _____

## PROPERTY RECEIPT

I hereby acknowledge receipt of the articles named above.

On this date _____

Signature X _Matthew S McVeigh_

Form: LCS-ENV-03 (4/95) DARCO

# INDIVIDUAL'S PERSONAL EFFECTS

### In Possession Of

## SHERIFF'S OFFICE, LEE COUNTY

NAME _McVeigh Matthew_

SEARCHED BY _Crittenden_

TIME _9:30_          DATE _4-3-05_

MONEY $ _0_

ARTICLES BY NAME

_Cap_
_Ring (Bone silver or Color)_
_Tengue Ring_
_2 earings_
_Tickets_

**The above listing is all my personal effects turned in to Sheriff's Office at the time of booking.**

Signature _Matthew S McVeigh_

Please Call: _____

---

## PROPERTY RECEIPT

I hereby acknowledge receipt of the articles named above.

On this date _5/5/05_

Signature _Matthew S McVeigh_

Lee County Sheriff's Office     Wednesday, June 01, 2005     Page 1 of 1



Front



# INMATE'S VISITOR INFORMATION FORM

*4-20-05*

All information **MUST** be complete and legible.  Information which is incomplete or not able to be read will result in that person not being listed on your visitation card.  **All visitors must have a current photo I.D. to get into visitation.**  Children under 12 years of age cannot visit you. Only print **one person on each line.**  You cannot **add or change your card** but once every **six months** so make sure you put every name on the card the first time you turn it in (4 names) Visitation is a privilege and may be restricted or cancelled at any time.

**INMATE'S NAME:** *Mathew McVeigh*    **CELL #** *D-6*

**VISITOR # 1**

NAME *Kenith McVeigh*    RELATIONSHIP: *Brothers*

ADDRESS *585 Lee Rd 389*   CITY *Opelika*    STATE *AL*

PHONE # *704-0859*

**VISITOR # 2**

NAME *Tina McVeigh*    RELATIONSHIP *Sister-in-law*

ADDRESS *585 Lee Rd 389*   CITY *Opelika*    STATE *AL*

PHONE # *704-0859*

**VISITOR # 3**

NAME *Denice Farrar* ✓    RELATIONSHIP *Girlfriend*

ADDRESS _____   CITY *Phenix City*   STATE *AL*

PHONE # *none*

**VISITOR # 4**

NAME *Niki Smith*    RELATIONSHIP *Girlfriend*

ADDRESS *57 Lee Rd 628*   CITY *Opelika*    STATE *AL*

PHONE # *768-4603*

## INMATE'S VISITOR INFORMATION FORM

4-6-05

All information **MUST** be complete and legible. Information which is incomplete or not able to be read will result in that person not being listed on your visitation card. **All visitors must have a current photo I.D. to get into visitation.** Children under 12 years of age cannot visit you. Only print **one person on each line.** You cannot **add or change your card but once every six months** so make sure you put every name on the card the first time you turn it in (4 names) Visitation is a privilege and may be restricted or cancelled at any time.

**INMATE'S NAME:** _Matthew McVeigh_  CELL # _D-6_

**VISITOR # 1**

NAME _Donice Farrar_  RELATIONSHIP: _Girl Friend_

ADDRESS_____ CITY _Phenix City_ STATE _Ala_

PHONE # _None_

**VISITOR # 2**

NAME _____  RELATIONSHIP _____

ADDRESS_____CITY_____STATE_____

PHONE #_____

**VISITOR # 3**

NAME _____  RELATIONSHIP _____

ADDRESS_____CITY_____STATE_____

PHONE #_____

**VISITOR # 4**

NAME _____  RELATIONSHIP _____

ADDRESS_____CITY_____STATE_____

PHONE #_____

Lee County Detention Center
# INMATE REQUEST SLIP

**LOCATION** *D6*

Name _Matthew McVeigh_                Date _04-18-05_

☐ Telephone Call      ☐ Doctor      ☐ Dentist      ☐ Time Sheet

☐ Special Visit      ☐ Personal Problem      ☒ Other

Briefly Outline Your Request. <u>Give To Jailer</u>  Cpl. W. Kise

I would like to request to remind you about checking on my VCO in Auburn.

Thanks Mr McVeigh

---

<u>Do Not Write Below This Line</u> - For Reply Only

INMATE WAS RELEASED ON THE AUBURN VCO — HAS OTHER COUNTY CHARGES

Jail ABOS
4/19/05

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant          ☐ Chief Deputy          ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER

FORM: LCS-03B (6/99)

Lee County Detention Center
# INMATE REQUEST SLIP

LOCATION D-6

Name _Matthew McVeigh_ Date _4-14-05_

☐ Telephone Call  ☐ Doctor  ☐ Dentist  ☐ Time Sheet
☐ Special Visit  ☐ Personal Problem  ☒ Other

Briefly Outline Your Request. _Give To Jailer_ Lt Welch

I would like to know when I will
be laid out in full my V.C.O
for the city of Auburn. Its for
$144 dollars. I talked
with Cop. Wilksec and he told me
that I need to write and request

Do Not Write Below This Line - For Reply Only

YOU HAVE BEEN RELEASED ON YOUR
VCO WITH AUBURN

Lt Welch 4305
4/19/05

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant  ☐ Chief Deputy  ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

Lee County Detention Center
# INMATE REQUEST SLIP

___D-6___
__LOCATION__

Name _Matthew S. McVeigh_    Date _04-21-05_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☑ Other

Briefly Outline Your Request.  __Give To Jailer__

I would like to know my court date I have been here for almost a month and still have not herd from anyone. Please let me know something.

__Do Not Write Below This Line__ - For Reply Only

Have your family Contact The Clerks office

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

APR-5-2005  07:49A FROM:                                    TO: 9773574            P:1/1

| State of Alabama Unified Judicial System (•••) Form C-41   Rev. 3/92 | **ORDER OF COMMITMENT TO JAIL** | Case Number |

IN THE ___AUBURN   MUNICIPAL_____ COURT ___LEE_____ COUNTY

☒ STATE OF ALABAMA        ☒ MUNICIPALITY OF _____AUBURN_____

v. _____Matthew McCleigh_____ , Defendant

TO THE JAILER OF _____AUBURN, AL_____

You are ordered to receive into your custody the above-named defendant, charged with the offense(s) of ___UCO = 194 = 13 day_____

until he/she is legally discharged from your custody by this court.

Reason(s) for Commitment: _____

_____

_____

_____

Sentence: _____

| Date Sentenced | Jail Credit | Date Sentence Begins 4-3-05 |

4-16-05
Released date

_____4/5/05_____          _____
Date                                    Judge/Clerk/Magistrate

COURT RECORD (Original)          JAILER (Copy)

I.D. NO. ____ CASE #: 05-0040077

**WARRANT NO.** 02 - 641

**DOCKET NUMBER(S) AND FINE AND DAYS**

OP. INT ............

NAME: Veitch, Mathew Shawn

ADDR: 3005 Lee Rd. 289

Opelika AL 36801

SEX: M   DOB 9/9/82   RACE W

WT. 6'1" HT. 160 EYES Blu HAIR Blu

DATE ARREST 4/3/06   TIME 21:28

PLACE LCSO Jail

RRESTING OFFICER J. Eland

EXP. MENTJee Ave Truck vin de

DL NO.

RECEIPT NO.   SS NO. 419 28188

CASH

CRAFTMASTER 1084-11011 129

**CHARGES:**

V.C.O.   12 - 141 - 12

NO BOND

OWES $194.00

Court Date: 4/14/06

441 N. Ross St. Auburn AL

8:00 Am   501.5120

BONDSMAN

ADDRESS

BONDSMAN

ADDRESS

PRISONERS PROPERTY:

I hereby acknowledge the listed property being taken from me at the time of my arrest.

Signed

I hereby acknowledge receiving listed property at the time of my release.

Signed

Signed Bond $

Pay-off for $

Complainant

Lee County Sheriff's Office    Monday, January 10, 2005    Page 1 of 1



Front

ACR359

ALABAMA JUDICIAL DATA CENTER
LEE COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 2002 000957.00 01
ROBERT M. HARPER

```
| CIRCUIT COURT OF LEE COUNTY                    COURT ORI: 043015 J      |
|------------------------------------------------------------------------|
| STATE OF ALABAMA        VS.              DC NO: GJ 2002 000574.00       |
| MCVEIGH MATTHEW SHAWN       ALIAS:       G J:    213                    |
| SKI LODGE APT #815          ALIAS:       SSN:    419138188              |
| OPELIKA  AL  36801                       STD:    000000000              |
|                                          AIS:                          |
|------------------------------------------------------------------------|
| DOB:  09/09/1982   SEX: M   HT: 0 00     WT: 000  HAIR:        EYE:     |
| RACE: ( )W ( )B (X)O  COMPLEXION: _____  AGE: ___  FEATURES: _____ |
|------------------------------------------------------------------------|
| DATE OFFENSE: 00/00/0000  ARREST DATE: 04/26/2002  ARREST ORI: 0430O00  |
|------------------------------------------------------------------------|
| CHARGES @ CONV    CITES       CT CL COURT ACTION        CA DATE        |
| THEFT OF PROP 2ND 13A-008-004 01 C  GUILTY PLEA        11/05/2002      |
|                               00                       00/00/O000      |
|                               00                       00/00/O000      |
|------------------------------------------------------------------------|
| JUDGE: ROBERT M. HARPER          PROSECUTOR: ABBETT NICK               |
|------------------------------------------------------------------------|
| PROBATION APPLIED  GRANTED  DATE   REARRESTED DATE  REVOKED  DATE      |
| ( )Y(X)N 11-5-02 __  ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N ___  |
|------------------------------------------------------------------------|
| 15-18-8, CODE OF ALA 1975   IMPOSED   SUSPENDED   TOTAL   JAIL CREDIT  |
| ( )Y (X)N  CONFINEMENT: 05 00 000   00 00 000  05 00 000  00 00 210    |
|            PROBATION :  00 00 000              00 00 000               |
| DATE SENTENCED: 11/05/2002   SENTENCE BEGINS: 11/05/2002               |
|------------------------------------------------------------------------|
| PROVISIONS              COSTS/RESTITUTION        DUE        ORDERED    |
|                                                                        |
|  PENITENTIARY           RESTITUTION          $715.00      $715.00      |
|                         ATTORNEY FEE         $500.00      $500.00      |
|                         CRIME VICTIMS        $50.00       $50.00       |
|                         COST                 $306.00      $306.00      |
|                         FINE                 $0.00        $0.00        |
|                         MUNICIPAL FEES       $0.00        $0.00        |
|                         DRUG FEES            $0.00        $0.00        |
|                         ADDTL DEFENDANT      $0.00        $0.00        |
|                         DA FEES              $0.00        $0.00        |
|                         COLLECTION ACCT      $0.00        $0.00        |
|                         JAIL FEES            $0.00        $0.00        |
|                                                                        |
|                         TOTAL                $1571.00     $1571.00     |
|------------------------------------------------------------------------|
| APPEAL DATE      SUSPENDED       AFFIRMED       REARREST               |
|                                                                        |
| ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____   |
|------------------------------------------------------------------------|
| REMARKS:                    THIS IS TO CERTIFY THAT THE               |
|                             ABOVE INFORMATION WAS EXTRACTED           |
|                             FROM OFFICIAL COURT RECORDS               |
|                             AND IS TRUE AND CORRECT.                  |
|                                                                        |
|                                                                        |
|                             Corinne S. Hurst                          |
|                             CORINNE T. HURST                          |
|                                                                        |
|                             11/08/2002                                |
```

OPERATOR: LEW
PREPARED: 11/08/2002

```
                          ALABAMA DEPARTMENT OF CORRECTIONS          INST:   241
C3R716-3                  INMATE SUMMARY AS OF 02/06/2003            CODE: CMVUP


**********************************************************************************

AIS: 00226178    INMATE: MCVEIGH, MATTHEW SHAWN              RACE:U   SEX: M

INSTITUTION: 241 - LEE                                  JAIL CR:000Y 07M 000

DOB: 09/09/1982  SSN: 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

ADM DT: 11/05/2002 DEAD TIME: 000Y 00M 000

ADM TYP: NEW COMIT FROM CRT W/O REV OF      STAT: NEW COMIT FROM CRT  W/O REV OF

CURRENT CUST: OTW-2   CURRENT CUST DT: 11/05/2002  PAROLE REVIEW DATE: - NONE -

SECURITY LEVEL: NO CLASSIFICATION RECORD FOUND

SERVING UNDER ACT446 LAW IN CLASS I         CURRENT CLASS DATE:   02/05/2003
INMATE IS EARNING : EARNS 75 DAYS FOR EACH 30 SERVED

COUNTY       SENT DT  CASE NO  CRIME                    JL-CR     TERM
LEE          11/05/02 N02000957 THEFT OF LOST PROPERTY II  0210D 005Y 00M 000 CS
             ATTORNEY FEES : $000500     HABITUAL OFFENDER : N
             COURT COSTS   : $0000306    FINES : $0000000   RESTITUTION : $0000765

 TOTAL TERM      MIN REL DT     GOOD TIME BAL      GOOD TIME REV      LONG DATE
005Y 00M 000     03/09/2004     001Y 07M 06D       000Y 00M 000      04/04/2007

INMATE LITERAL:
**********************************************************************************

DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
**********************************************************************************

ESCAPEE-PAROLE SUMMARY

    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM ALABAMA D.O.C.
    SINCE O.B.S.C.I.S. RECORDING BEGAN IN 1978
**********************************************************************************

DISCIPLINARY/CITATION SUMMARY

    INMATE CURRENTLY HAS NO DISCIPLINARY/CITATION RECORDS
```

Lee County Detention Center
# INMATE REQUEST SLIP

**LOCATION** _F. 1_

Name _Matthew McClurgh_    Date _02-26-03_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

_Sgt Welch_

_I would like to go to trustee._
_Let me have another chance please_

_Thanks,_
_Matthew_

<u>Do Not Write Below This Line</u> - For Reply Only

_Request denied_
_2-26-03_

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

Lee County Detention Center
# INMATE REQUEST SLIP

**F-1**

**LOCATION**

Name _Matthew McVeigh_                    Date _02-18-03_

- ☐ Telephone Call
- ☐ Special Visit
- ☐ Doctor
- ☐ Personal Problem
- ☐ Dentist
- ☐ Other
- ☐ Time Sheet

Briefly Outline Your Request.  Give To Jailer ✗ **Sgt. Welch** ✗

I talked with officer Qnention and
ask him if he thought I should
not be able to go back to the Kitchen.
He said he didn't see why not. Can
you get me back in the Kitchen? I
will work and not break the rules
please give me another chance. Thanks

Matt McVeigh

Do Not Write Below This Line - For Reply Only

Request denied - Kitchen is full at this
time 2-21-03

Approved _____   Denied _____   Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

- ☐ Lieutenant
- ☐ Chief Deputy
- ☐ Sheriff

Date _02/18/03_              Time Received _0640_

CORRECTION OFFICER _OFC, BROWN_

FORM: LCS-038  (6/99)

Lee County Detention Center
# INMATE REQUEST SLIP

**LOCATION** F-1

Name _Matthew McKeigh_   Date _02-14-03_

☐ Telephone Call  ☐ Doctor  ☐ Dentist  ☐ Time Sheet

☐ Special Visit  ☐ Personal Problem  ☐ Other

Briefly Outline Your Request.  Give To Jailer ⟶ Mrs. Craw

I would like to come back to the Kitchen and work for you I will work any spot in the Kitchen. On any Shift.

Thanks Matthew McKeigh

Do Not Write Below This Line - For Reply Only

Request denied - there Have Been a few Problems in F-1 you Have Been Part of

2-17-03

Approved _____  Denied _____✓_____  Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant  ☐ Chief Deputy  ☐ Sheriff

Date _____   Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

Lee County Detention Center
# INMATE REQUEST SLIP

**F-1**
**LOCATION**

Name _Matthew McVeigh_          Date _02-13-03_

☐ Telephone Call          ☐ Doctor          ☐ Dentist          ☐ Time Sheet

☐ Special Visit          ☐ Personal Problem          ☐ Other

Briefly Outline Your Request.  Give To Jailer

I would like to go to trustee. I am
willing to go to any spot.
Thanks through
Matt McVeigh

Do Not Write Below This Line - For Reply Only

Request denied 2-13-03

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant          ☐ Chief Deputy          ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

## LEE COUNTY DETENTION CENTER
## SPECIAL REPORT
### Opelika, Alabama

Subject : __Inmate Matthew McVeigh__      Date of Incident: ___3-25-2003___

To the Sheriff of Lee County:

I report the following incident    __confrontation between Inmates Matthew McVeigh and John__
__Marshall.__

which occurred at    ___1450___    am/pm    At:    ___LCDC___

**Below give full-particulars, together with names of principals and witnesses and their addresses.**

On 3-25-2003, at approximately 1450 hours, Officers were at the end of F-wing in the
process of escorting F1 and F2 inmates to the library, when a confrontation erupted
between inmates McVeigh and Marshall. McVeigh attempted to punch Marshall before
the two were seperated by Officers. Cpl. Threat recommended temporary lockdown for
McVeigh who started the confrontation. McVeigh was then escorted to E6. McVeigh
threw three or four punches but it was unclear if any punches connected. Cpl. Threat
was also present at the incident.

Reported by: _Ara Carter_      Shift : _____

Address _____      Phone # : _____

Complaint Receieved by _____      How: _____

Assigned to _____

STATE OF ALABAMA
BOARD OF PARDONS AND PAROLES
LT. GEN B. WALLACE BUILDING
500 MONROE STREET
P.O. BOX 302405
MONTGOMERY, ALABAMA  36130 - 2405
CENTRAL OFFICE (334) 242 - 9700

03/03/2003

MATTHEW SHAWN MCVEIGH
226170
LEE COUNTY JAIL
P O BOX 668
OPELIKA   AL   36803

YOUR CASE HAS BEEN REVIEWED AND TENTATIVELY SET FOR THE MONTH OF
06/2004.
THIS ACTION WAS TAKEN FOR THE FOLLOWING REASON:

GUIDELINE SETTING

THIS SET DATE DOES NOT MEAN YOU WILL HAVE A PAROLE HEARING DURING
THAT MONTH.  YOU WILL RECEIVE WRITTEN NOTIFICATION ONCE YOUR HEARING
DATE HAS BEEN SCHEDULED.

SINCERELY,

Carolyn P. Flack

CAROLYN P. FLACK
BOARD OPERATIONS SUPERVISOR

CPF/

CC:   WARDEN          -LEE COUNTY JAIL
      FILE

Lee County Detention Center
# INMATE REQUEST SLIP

_F-1_
**LOCATION**

Name _Matthew McKeough_    Date _03-18-03_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

_I would like to trustee. Any spot possible I woul___
_All. Thanks_
_Matt McKeough_

<u>Do Not Write Below This Line</u> - For Reply Only

_Request denied 3-27-03_

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _03/19/03_    Time Received _0130_

CORRECTION OFFICER _Ofc. Brown_

FORM: LCS-038 (6/99)

Lee County Detention Center
## INMATE REQUEST SLIP

F-1
**LOCATION**

Name _Matthew McVeigh_     Date _01-31-03_

☐ Telephone Call     ☐ Doctor     ☐ Dentist     ☐ Time Sheet

☐ Special Visit     ☐ Personal Problem     ☐ Other

Briefly Outline Your Request. Give To Jailer    *Sgt Welch*

I have done my lockdown time. I would like to try again. I would like to go to the Kitchen or any other Spot open.

Thanks Matthew McVeigh

Do Not Write Below This Line - For Reply Only

Request denied     2-3-03

Approved _____     Denied _____     Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant     ☐ Chief Deputy     ☐ Sheriff

Date _____     Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

Lee County Detention Center
## INMATE REQUEST SLIP

Name _Matthew McVeigh_     Date _01-28-03_

**LOCATION**

☐ Telephone Call   ☐ Doctor   ☐ Dentist   ☐ Time Sheet

☐ Special Visit   ☐ Personal Problem   ☐ Other

Briefly Outline Your Request.  Give To Jailer

Sgt. Tabb

I have done my disciplinary time and would like to go back to the kitchen when a spot opens up. Thanks, though.

Nat McVeigh

Do Not Write Below This Line - For Reply Only

DENIED AT THIS TIME — NO OPENINGS

Tabb 4305
1-30-03

Approved _____   Denied _____   Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant      ☐ Chief Deputy      ☐ Sheriff

Date _____     Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

E COUNTY DETENTION CENTEl
DISCIPLINARY REPORT
(Form #28)

Inmate _McVeigh, Matthew_____    Custody _Minimum_____    Number __22696____
     Last    First    Middle

.ssignment _____ is being charged by _Officer Quinton___
With rule violation ____13-11 and 13 Malicious destruction and having contraband._
on or about __1-9-2003_____ X199____, Time __1730_____ a.m./p.m. Location __LCDC__
Circumstances are as follows: __That upon searching your property, a tatoo gun, tatoo pen,__
__misc. wires, metal and a razor was found._____

MAJOR   _____
MINOR   _____               _Quinton_ 43086
SERIOUS   _X_    _Soul lls_      Signature of Arresting Officer
Notifying Officer: _Soul lls_     Time & Date notified: _1-13-03___ _8:46_
Inmate's Signature _____    Witnesses desired:  NO _____  If YES, (List) _____

Circumstances Investigated By: _____
Hearing date __1-13-02_____ Time _1340_____ Plea (X) Guilty  ( ) Not Guilty
If guilty, inmate must affix signature _Matthew J McVeigh_
_____
_____
_____

Committee Findings & Reasons: _Guilty Plea by inmate Matthew McVeigh_
_____
_____
_____

Committee Recomendations: _5 days lockdown, loss of all priviledges except for_
_Clergy, media, and attorney._
_____

Witnesses: _____    _A. Welch_
_____    Signature of Chairman
_____
_____    Signature, Member
_____
_____    Signature, Member

Copy delivered to inmate: Date _01-23-2003_ Time _0930_ Inmate's Signature _Matthew J McVeigh_
Action - Date __1-13-03_____    Appeal - Date (attach copy) _____
Approved _Mr. White_____    Approved _____
Disapproved _____    Denied _____
Other (Specify) _____    Other (Specify) _____
_____
_____

# LEE COUNTY SHERIFF'S DEPARTMENT
## NOTIFICATION OF CHARGES
### (Form #29)

*TO:*  Matthew McVeigh                    *DATE:*  1-9-2003

*YOU ARE HEREBY NOTIFIED THAT IT IS ALLEGED THAT YOU HAVE COMMITTED THE FOLLOWING RULE VIOLATIONS:*

13. C-13 Having contraband.

13. C-11 Malicious destruction alteration or misuse of Detention
           Center Property or another inmates property.

*YOU HAVE BEEN CHARGED WITH THESE RULE VIOLATIONS BY OFFICER(S):*

Officer Quinton

*THE FACTS ON WHICH THESE CHARGES ARE BASED ARE:*

That in your property, a tatoo gun, razor blade, tatoo pen, pieces of
other metals were found.

*THE MAXIMUM PENALTY FOR THE VIOLATION(S) IS:*

Twentyone days lockdown and loss of all privileges.

*YOU HAVE THE OPTION OF REQUESTING A DISCIPLINARY HEARING FOR THE ABOVE CHARGE(S) OR ACCEPTING DISCIPLINARY ACTION WITHOUT A HEARING.  SHOULD YOU DESIRE A DISCIPLINARY HEARING, YOU MUST REQUEST THE HEARING IN WRITING ON THE INMATE REQUEST FORM ATTACHED TO THIS NOTIFICATION WITHIN EIGHT (8) HOURS AFTER RECEIVING THIS NOTIFICATION.*

1-13-03 08:46                              Officer Quinton
*DATE & TIME OF NOTIFICATION*             *OFFICER MAKING REPORT*

# LEE COUNTY DETENTION CENTER
## SPECIAL REPORT
### Opelika, Alabama

Subject :    Inmate McVeigh                    Date of incident:    1-9-2003

To the Sheriff of Lee County:

I report the following incident    of finding a tattoo gun and other contraband in
                Inmate McVeigh's property.

which occurred at        1730        am/pm    At:    LCDC

Below give full-particulars, together with names of principals and witnesses and their addresses.

On the above date and time, I (Officer Quinton) received a tip from a reliable source
that a tatoo gun was in Inmate McVeigh's property.  Officers Quinton, Sims, Chambers
and Sorrells proceeded to C1 where I performed a shakedown of bunks or sleeping
areas.  In Inmate McVeigh's property box the following items were found:
1.  Tatoo gun
2.  Tatoo pen
3.  Tatoo ink
4.  Razor blade from disposable razor
5.  Misc. wires and pieces of metals for popping sockets
6.  Outer covering of tissue used for rolling cigarettes
Inmate moved to F-wing pending disciplinary action.

Reported by:                                    Shift :

Address                                         Phone # :

Complaint Receieved by                          How:

Assigned to

Lee County Detention Center
# INMATE REQUEST SLIP

Name *Matthew McVeigh*  Date 01-08-03

**LOCATION** C-1

- ☐ Telephone Call
- ☐ Doctor
- ☐ Dentist
- ☐ Time Sheet
- ☐ Special Visit
- ☐ Personal Problem
- ☐ Other

Briefly Outline Your Request.  Give To Jailer

I have been getting mail sent to me but I have not received any and I would like to get this checked on. Thanks *Matthew McVeigh*

Do Not Write Below This Line - For Reply Only

1-8-03    all mail that come in in gen only each day.

*ms white*

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

- ☐ Lieutenant
- ☐ Chief Deputy
- ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

Lee County Detention Center
# INMATE REQUEST SLIP

*EI*

**LOCATION**

Name *Matthew McVeigh*     Date *12 25-02*

☐ Telephone Call     ☐ Doctor     ☐ Dentist     ☐ Time Sheet

☐ Special Visit     ☐ Personal Problem     ☐ Other

Briefly Outline Your Request. <u>Give To Jailer</u>     *Sgt Welch*

*I would like togo to trustee. I will give my word not to get in any trouble. Please Consider this!*

*Thanks*

*Matthew McVeigh*

<u>Do Not Write Below This Line</u> - For Reply Only

*Request denied - No openings*

*12-27-02 ⌁*

Approved _____     Denied _____     Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant     ☐ Chief Deputy     ☐ Sheriff

Date _____     Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

```
CBR716-3                    ABAMA DEPARTMENT OF CORRECTIONS              INST:   241
                          INMATE SUMMARY AS OF 12/02/2002              CODE: CIADM
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AIS: 00226178    INMATE: MCVEIGH, MATTHEW SHAWN

                                                    RACE: U   SEX: M

INSTITUTION: 241 - LEE
                                          JAIL CR: 000Y  07M  00D

DOB: 09/09/1982  SSN: 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

ADM DT: 11/05/2002 DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMIT FROM CRT W/O REV OF         STAT: NEW COMIT FROM CRT W/O REV OF

CURRENT CUST: OTW-3   CURRENT CUST DT: 11/05/2002  PAROLE REVIEW DATE: - NONE -

SECURITY LEVEL: NO CLASSIFICATION RECORD FOUND

SERVING UNDER ACT446 LAW IN CLASS II          CURRENT CLASS DATE:   11/05/2002
INMATE IS EARNING : EARNS 40 DAYS FOR EACH 30 SERVED

```
COUNTY        SENT DT  CASE NO   CRIME
LEE          11/05/02 N02000957 THEFT OF LOST PROPERTY II      JL-CR     TERM
             ATTORNEY FEES : $000500      HABITUAL OFFENDER : N  0210D 005Y 00M 00D CS
             COURT COSTS   : $0000306     FINES : $0000000   RESTITUTION : $0000765

 TOTAL TERM        MIN REL DT      GOOD TIME BAL      GOOD TIME REV    LONG DATE
005Y 00M 00D       03/09/2004      000Y 02M 12D       000Y 00M 00D     04/04/2007
```

INMATE LITERAL:
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ESCAPEE-PAROLE SUMMARY

    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM ALABAMA D.O.C.
    SINCE O.B.S.C.I.S. RECORDING BEGAN IN 1978
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DISCIPLINARY/CITATION SUMMARY

    INMATE CURRENTLY HAS NO DISCIPLINARY/CITATION RECORDS

Lee County Detention Center
# INMATE REQUEST SLIP F-1

**LOCATION**

Name *Matthew S. McVeigh*    Date *06-13-02*

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☒ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

*I would like to request to go to the law library. I need to know & some knowladge on my case and I go to my hearing on the 19th. So I need to go asap. Thanks.*

Witness: *Philip Brooks*

Witness: *Phillip* *Matthew S. McVeigh*

<u>Do Not Write Below This Line</u> For Reply Only

*Inmate refused to go on 12/9/02*
*(DH)*

Approved ___X___    Denied _____    Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date *6-13*    Time Received *1726*

CORRECTION OFFICER *Sorrells*

FORM: LCS-038 (6/99)

## Lee County Detention Center
# iNMATE REQUEST SLiP

LOCATION _F-1_

Name _Matthew McVeigh_   Date _11-25-_

☐ Telephone Call      ☐ Doctor      ☐ Dentist      ☐ Time Sheet

☐ Special Visit       ☐ Personal Problem      ☐ Other

---

Briefly Outline Your Request. Give To Jailer   _Sgt. Welch_

I talked with you about trustee
you told me to write a request.

Thanks _Matt McVeigh_

---

Do Not Write Below This Line - For Reply Only

At this time I don't have any
positions available but I'll keep
you in mind

_Sgt. Welch_
_12-4-02_

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant       ☐ Chief Deputy       ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

# CANNOT CHANGE FOR SIX MONTHS!!!!

*48*  *12-2-02*

# INMATE VISITOR INFORMATION FORM

*ALL INFORMATION MUST BE COMPLETE AND MUST BE LEGIBLE. INFORMATION WHICH IS INCOMPLETE OR NOT LEGIBLE WILL RESULT IN THAT PERSON NOT BEING LISTED ON YOUR VISITATION CARD. NEWLY ARRIVED INMATES ARE NOT ELIGIBLE FOR VISITATION DURING THEIR FIRST SEVEN DAYS AT THE LEE COUNTY DETENTION CENTER IN ORDER TO ALLOW TIME FOR A BACKGROUND CHECK TO BE CONDUCTED ON THE VISITORS LISTED BELOW. VISITATION IS A PRIVILEGE AND MAY BE RESTRICTED OR WITHDRAWN AT ANY TIME.*

**INMATE NAME** *Matthew McVergh*          **CELL#** *F-1*

**VISITOR #1**

**NAME** *Athena Cochran*          **RELATIONSHIP** *Girlfriend*

**ADDRESS** *1004 Church Dr.*          **CITY** *Auburn*          **STATE** *AL*

**TELEPHONE**

**VISITOR #2**

**NAME** *Jennifer Senn*          **RELATIONSHIP** *Girlfriend*

**ADDRESS**          **CITY** *Opelika*          **STATE** *AL*

**TELEPHONE**

**VISITOR #3**

**NAME** *Welene Hanna*          **RELATIONSHIP** *Grandmother*

**ADDRESS**          **CITY** *Opelika*          **STATE** *AL*

**TELEPHONE**

**VISITOR #4**

**NAME** *Debbie Johnson*          **RELATIONSHIP** *Aunt*

          **CITY** *Opelika*          **STATE** *AL*

**ADDRESS**

**TELEPHONE**

Lee County Detention Center

# INMATE REQUEST SLIP

**LOCATION** F-1

Name *Matthew McVeigh*    Date *11-28-02*

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. Give To Jailer ✳ Sgt. Tabb ✳

I was released to Chambers County about a week ago. I was over there for 10 days and when I came back. I filled out another visitation form. I talked to my Aunt and Grandmother and I put them on my new list. They are comming to visit this weekend and I just wanted to check on this. Thanks

*Matthew McVeigh*

Do Not Write Below This Line - For Reply Only

IF YOU ARE RELEASED AND COME BACK, EVEN 10 DAYS LATER, YOU MUST SUBMIT ANOTHER VISITATION FORM.

*John Tabb*
12/1/02

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

Lee County Detention Center

# INMATE REQUEST SLIP

**LOCATION** _F-1_

Name _Matthew McVeigh_     Date _11-21-02_

☐ Telephone Call     ☐ Doctor     ☐ Dentist     ☐ Time Sheet

☐ Special Visit     ☐ Personal Problem     ☐ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

_Sgt. Welch_

_I would like to placed on trustee_

_Thanks_

_Matt_

<u>Do Not Write Below This Line</u> - For Reply Only

_At this time there are no positions available_

_Sgt. Welch_
_11-26-02_

Approved _____   Denied _____   Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant          ☐ Chief Deputy          ☐ Sheriff

Date _____     Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

# INDIVIDUAL'S PERSONAL EFFECTS

## In Possession Of

# SHERIFF'S OFFICE, LEE COUNTY

NAME _McVeigh, Matthew_

SEARCHED BY _Hill_

TIME _17:10_                          DATE _4/24/02_

MONEY $ _0_

ARTICLES BY NAME _1 Hat   1 Cell Phone_

**The above listing is all my personal effects turned in to Sheriff's Office at the time of booking.**

Signature _(signature)_

Please Call: _____

## PROPERTY RECEIPT

I hereby acknowledge receipt of the articles named above.

On this date _____

Signature _____

Form: LCS-ENV-03 (4/95) DARCO

ee County Detention Center
# INMATE REQUEST SLIP

**LOCATION** F1

Name  Matthew McVeigh          Date  11-5-02

☐ Telephone Call        ☐ Doctor            ☐ Dentist        ☐ Time Sheet

☐ Special Visit         ☐ Personal Problem                   ☐ Other

Briefly Outline Your Request.  Give To Jailer

Ms. Whitt, I got 5 years today and Chambers County had a hold on me. I would like to get over there and take care of it as soon I am able to. Thanks, Matthew McVeigh

Do Not Write Below This Line - For Reply Only

Fwd To MS. Whitt 11-6-02

Lafayette Prob. & Parole wants you. They will pick you up but I don't know when.  BT

Approved _____   Denied _____   Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant            ☐ Chief Deputy              ☐ Sheriff

Date _____   Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

## E COUNTY DETENTION CENTE
## SPECIAL REPORT
### Opelika, Alabama

Subject : _Inmate Matthew McVeigh_     Date of Incident: _10-27-2002_

To the Sheriff of Lee County:

I report the following incident     _OInmate McVeigh was observed to have a black eye (left)._

which occurred at _1024_ am/pm     At: _LCDC_

Below give full-particulars, together with names of principals and witnesses and their addresses.

On the above date and time, I (Officer Cooper) observed that McVeigh had a black eye
(left eye).  When asked how he got the black eye, McVeigh stated he fell and hit
his eye on a shelf.  After talking to Officer Cowhick it was discovered that McVeigh's
injuryactually occurred prior to our shift on 10-25-2002.  Officer Cowhick stated
that McVeigh told him the same story that he fell and that was how his eye was
injured.

Reported by: _Ama Cooper_     Shift : _____

Address _____     Phone # : _____

Complaint Receieved by _____     How: _____

Assigned to _____

# CANNOT CHANGE FOR SIX MONTHS!!!!

10-22-02

# INMATE VISITOR INFORMATION FORM

*ALL INFORMATION MUST BE COMPLETE AND MUST BE LEGIBLE. INFORMATION WHICH IS INCOMPLETE OR NOT LEGIBLE WILL RESULT IN THAT PERSON NOT BEING LISTED ON YOUR VISITATION CARD. NEWLY ARRIVED INMATES ARE NOT ELIGIBLE FOR VISITATION DURING THEIR FIRST SEVEN DAYS AT THE LEE COUNTY DETENTION CENTER IN ORDER TO ALLOW TIME FOR A BACKGROUND CHECK TO BE CONDUCTED ON THE VISITORS LISTED BELOW. VISITATION IS A PRIVILEGE AND MAY BE RESTRICTED OR WITHDRAWN AT ANY TIME.*

**INMATE NAME** Matthew McVeigh    **CELL#** F1

**VISITOR #1**

**NAME** Athena Cockran    **RELATIONSHIP** Girl Friend

**ADDRESS** 100 A Church Dr.    **CITY** Auburn    **STATE** AL

**TELEPHONE**

**VISITOR #2**

**NAME** Blake Bodie    **RELATIONSHIP** Girl-Friend

**ADDRESS**    **CITY** Beulah    **STATE** AL

**TELEPHONE**

**VISITOR #3**

**NAME** Angela Glover    **RELATIONSHIP** Girl Friend

**ADDRESS** 1166 Foster Circle    **CITY** Valley    **STATE** AL

**TELEPHONE**

**VISITOR #4**

**NAME** Walter Preston    **RELATIONSHIP** Friend

**RESS**    **CITY** Cusseta    **STATE** AL

Ms. Whitt,                                    10-24

I am Matthew McVeigh and I am writting you concerning my visitation. I am sending a requet form to you so you can read my problem. I asked when I got locked up in here. To make sure it was the right time that I could change it. I have sent two vistation forms in requesting to change my visitator and one of the new people I put on my latest on came an got turned away. I had the frist on in a week prior to my sunday vistation. All I would like is to change my visiting list or know when I can. I am putting the names on this letter so if you don't mind to change it for me or get it changed.

(names on back)

# CANNOT CHANGE FOR SIX MONTHS!!!!

# INMATE VISITOR INFORMATION FORM

*ALL INFORMATION MUST BE COMPLETE AND MUST BE LEGIBLE. INFORMATION WHICH IS INCOMPLETE OR NOT LEGIBLE WILL RESULT IN THAT PERSON NOT BEING LISTED ON YOUR VISITATION CARD. NEWLY ARRIVED INMATES ARE NOT ELIGIBLE FOR VISITATION DURING THEIR FIRST SEVEN DAYS AT THE LEE COUNTY DETENTION CENTER IN ORDER TO ALLOW TIME FOR A BACKGROUND CHECK TO BE CONDUCTED ON THE VISITORS LISTED BELOW. VISITATION IS A PRIVILEGE AND MAY BE RESTRICTED OR WITHDRAWN AT ANY TIME.*

**INMATE NAME** Matthew McVeigh          **CELL#** F-1

**VISITOR #1**

**NAME** Athena Cockran          **RELATIONSHIP**

**ADDRESS** 100 A Church Dr          **CITY** Auburn          **STATE** AL

**TELEPHONE**

**VISITOR #2**

**NAME** Walter Preston          **RELATIONSHIP**

**ADDRESS** 10962 Lee Rd 279          **CITY** Cusseta          **STATE** AL

**TELEPHONE** 334-705-2645

**VISITOR #3**

**NAME** Angela Glover          **RELATIONSHIP**

**ADDRESS** 1166 Foster Circle          **CITY** @ Valley          **STATE** AL

**TELEPHONE** 36854

**VISITOR #4**

**NAME** Phillip Hamby          **RELATIONSHIP** Father ✓

**ADDRESS**          **CITY** Valley          **STATE** AL

**TELEPHONE**

Lee County Detention Center

# INMATE REQUEST SLIP

F1

**LOCATION**

Name _Matthew McVeigh_     Date _10-20-02_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

I would like to request to know when I was locked up in here. Because I put a 6 month change of visitation and my girl came to see me and they turned her away. Thanks. Matthew McVeigh

---

<u>Do Not Write Below This Line</u> - For Reply Only

She is NOT on your list 10-24-02

---

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

## LEE COUNTY DETENTION CENTER
## SPECIAL REPORT
### Opelika, Alabama

Subject: Matthew McVeigh          Date of Incident: 9-5-2002

To the Sheriff of Lee County:

I report the following incident    red marks on Inmate McVeigh's back and a cut below his right eye.

which occurred at          0614          am/pm    At:      LCDC

Below give full-particulars, together with names of principals and witnesses and their addresses.

On the above date and time, while doing headcount in cellblock F1, I (Officer A. Cooper) observed that Inmate McVeigh had red marks on his back and a cut below his right eye. When asked how he received the ye injury, he stated that he cut himself shaving. When ashed about the marks on his back he stated he had slipped and fell.

Reported by: _____          Shift: _____

Address _____          Phone #: _____

Complaint Receeived by _____          How: _____

Assigned to _____

INMATE PACKAGE INVENTORY FORM          D-4

INMATE NAME: _McVeigh  Matthew_          DATE: _6-6-02_

| UNDERWEAR | 3 | PANTIES | ___ | SOCKS | 3 |
| T-SHIRTS | 3 | BIBLE | ___ | T.V. (13 IN.) | ___ |

ANY ABOVE CLOTHING ITEM WILL BE LIMITED TO THREE (3) PAIRS OR THREE (3) OF ANY ONE ITEM. ALL CLOTHING ITEMS MUST BE WHITE IN COLOR UNLESS PRIOR GRANTED BY A JAIL SUPERVISOR.

THE FOLLOWING ITEMS WERE RECEIVED, BUT NOT AUTHORIZED, AND PLACED IN YOUR PERSONAL PROPERTY: _____

_____

_____

_____

BY OFFICER: _____  DATE: _____  TIME: _____

COMMENTS: _____

_____

_____

THE ABOVE ITEMS WERE RECEIVED BY THE LEE COUNTY SHERIFF'S DEPARTMENT.
RECEIVING OFFICER: _____  DATE: _____

_Antoinette Embrey_
VISITOR'S SIGNATURE

_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_
SOCIAL SECURITY NUMBER

_1-12-5_        _7011395  4_
D.O.B.          D.L. #

_M. C_
INSPECTING OFFICER'S

_____
OFFICER'S SIGNATURE

_Matthew B. McVeigh_
INMATE'S SIGNATURE

# CANNOT CHANGE FOR SIX MONTHS!!!!

# INMATE VISITOR INFORMATION FORM

5.23.02

*ALL INFORMATION MUST BE COMPLETE AND MUST BE LEGIBLE. INFORMATION WHICH IS INCOMPLETE OR NOT LEGIBLE WILL RESULT IN THAT PERSON NOT BEING LISTED ON YOUR VISITATION CARD. NEWLY ARRIVED INMATES ARE NOT ELIGIBLE FOR VISITATION DURING THEIR FIRST SEVEN DAYS AT THE LEE COUNTY DETENTION CENTER IN ORDER TO ALLOW TIME FOR A BACKGROUND CHECK TO BE CONDUCTED ON THE VISITORS LISTED BELOW. VISITATION IS A PRIVILEGE AND MAY BE RESTRICTED OR WITHDRAWN AT ANY TIME.*

INMATE NAME   James A. McVay          CELL#  D6

## VISITOR #1

NAME   James S. McVay          RELATIONSHIP  Father

ADDRESS  3660 Fernway Dr.     CITY  Montgomery     STATE  AL.

TELEPHONE  (334) 288-4888

## VISITOR #2

NAME   John R. McVay          RELATIONSHIP  Brother

ADDRESS   Ray St.     CITY  Montgomery     STATE  AL.

TELEPHONE  (334) 409-9668

## VISITOR #3

NAME   Ashley Hartsill          RELATIONSHIP  Cousin

ADDRESS          CITY  Auburn     STATE  AL.

TELEPHONE  (334) 703-1270

## VISITOR #4

NAME   Joey Isakson          RELATIONSHIP  Room mate

ADDRESS   338 Summerhill rd.     CITY  Auburn     STATE  AL.

TELEPHONE  (334) (502-8327)

D-6

## INMATE PACKAGE INVENTORY FORM

INMATE NAME: *McVay James*        DATE: *5-30-02*

| | | | | | |
|---|---|---|---|---|---|
| UNDERWEAR | *3* | PANTIES | ___ | SOCKS | *3* |
| T-SHIRTS | *3* | BIBLE | *1* | T.V. (13 IN.) | ___ |

*Shoes 1*

ANY ABOVE CLOTHING ITEM WILL BE LIMITED TO THREE (3) PAIRS OR THREE (3) OF ANY ONE ITEM.  ALL CLOTHING ITEMS MUST BE WHITE IN COLOR UNLESS PRIOR GRANTED BY A JAIL SUPERVISOR.

THE FOLLOWING ITEMS WERE RECEIVED, BUT NOT AUTHORIZED, AND PLACED IN YOUR PERSONAL PROPERTY: _____

_____

_____

BY OFFICER: _____ DATE: _____ TIME: _____

COMMENTS: _____

_____

_____

THE ABOVE ITEMS WERE RECEIVED BY THE LEE COUNTY SHERIFF'S DEPARTMENT.
RECEIVING OFFICER: _____ DATE: _____

_____          _____
VISITOR'S SIGNATURE                         INSPECTING OFFICER'S

*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*
SOCIAL SECURITY NUMBER                      _____
                                            OFFICER'S SIGNATURE
*2/14/72*    *3750 5737388*
D.O.B.       D.L. #                         _____
                                            INMATE'S SIGNATURE

*Clothes items and $35.00 m.o received of*

ATTN:
Jay
Jones

Lee County Detention Center
## INMATE REQUEST SLIP

LOCATION

Name _Matthew S. McVeigh_   Date _5-31-02_

☐ Telephone Call   ☐ Doctor   ☐ Dentist   ☐ Time Sheet

☐ Special Visit   ☐ Personal Problem   ☒ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

Attena Sheriff Jay Jones
Mr. Jones, I need some legal mail notified and I am indigent and need this mail sent to my attourney asap. I go to court on 6-16-02 and I need to speak with my attourney

---

<u>Do Not Write Below This Line</u> - For Reply Only

GAVE INMATE TWO STAMPED ENVELOPES AND WRITING PAPER

Jail 43DS
62 CD

Approved _____   Denied _____   Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant   ☐ Chief Deputy   ☒ Sheriff

Date _05/31/02_   Time Received _1510_

CORRECTION OFFICER _OFC. BROWN_

FORM: LCS-038 (6/99)

ATT'N?
Major
Tolbert

Lee County Detention Cent
**INMATE REQUEST SLIP**

D-4
LOCATION

Name Matthew McVeigh     Date 5-23-02

☐ Telephone Call     ☐ Doctor     ☐ Dentist     ☐ Time Sheet

☐ Special Visit     ☐ Personal Problem     ☒ Other

Briefly Outline Your Request. <u>Give To Jailer</u>     ATTN: Major
Tolbert
I have some privileged mail that
I need to get to my attorney
and I have no funds. I also
have papers pertaining to my
case that I need to get
Notarized (Section 18 + Section 7.3 of the
Inmate Handbook Rules and Regulations.) ASAP

<u>Do Not Write Below This Line</u> - For Reply Only     Thanks For Your Help
Matthew McVeigh

GAVE INMATE TWO STAMPED ENVELOPES
AND WRITING PAPER
Jail BDS
6-2-02

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant          ☐ Chief Deputy          ☐ Sheriff

Date _____          Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

## LEE COUNTY DETENTION CENTER
## SPECIAL REPORT
### Opelika, Alabama

Subject :    Inmate Matthew McVeigh                         Date of Incident:     5/4/02

**To the Sheriff of Lee County:**

I report the following incident        Moving Inmate McVeigh to E-6 for use of profanity towards a supervisor

which occurred at            1:00        (am)/pm      At:    Lee County Detention Center

**Below give full-particulars, together with names of principals and witnesses and their addresses.**

On the above date I (Sgt Parquette) along with officers, Lynn and Kloeti were performing head count of D-4.  While
in the cell, inmate McVeigh called "hey dude" to officer Kloeti.  I asked the inmate if that was the way you address
an officer.  I informed the inmate that they are not "fishing buddies"  as I turned my back towards the inmate,
inmate McVeigh said "fuck you".  I told inmate McVeigh to pack up his belongings.  Inmate McVeigh was then
moved to E-6 without any problems.
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX END OF REPORT XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Reported by: Sgt Parquette                                 Shift :   2nd Shift Supervisor

Address                                                          Phone # :

Complaint Receieved by                                           How:

Assigned to

# CANNOT CHANGE FOR SIX MONTHS!!!!

4-24-02

# INMATE VISITOR INFORMATION FORM

*ALL INFORMATION MUST BE COMPLETE AND MUST BE LEGIBLE. INFORMATION WHICH IS INCOMPLETE OR NOT LEGIBLE WILL RESULT IN THAT PERSON NOT BEING LISTED ON YOUR VISITATION CARD. NEWLY ARRIVED INMATES ARE NOT ELIGIBLE FOR VISITATION DURING THEIR FIRST SEVEN DAYS AT THE LEE COUNTY DETENTION CENTER IN ORDER TO ALLOW TIME FOR A BACKGROUND CHECK TO BE CONDUCTED ON THE VISITORS LISTED BELOW. VISITATION IS A PRIVILEGE AND MAY BE RESTRICTED OR WITHDRAWN AT ANY TIME.*

INMATE NAME *Matthew McVeigh*          CELL# D-4

**VISITOR #1**

NAME *Amanda Waldrop*          RELATIONSHIP *Cousin*

ADDRESS _____ CITY *Beulah*          STATE *AL*

TELEPHONE *334-444-1006*

**VISITOR #2**

NAME *Bobby Hanna*          RELATIONSHIP *father*

ADDRESS *5305 38 st SW*          CITY *Lanett*          STATE *Al*

TELEPHONE *334-576-3893 5*

**VISITOR #3**

NAME *Linda Overcash*          RELATIONSHIP *Aunt*

ADDRESS *1459 County Rd 181*          CITY *Lanett*          STATE *Al*

TELEPHONE *334 644 4960*

**VISITOR #4**

NAME *Vickie Hanna*          RELATIONSHIP *Mother*

ADDRESS *5305 38 st SW*          CITY *Lanett*          STATE *Al*

TELEPHONE *334-576-3893*

| State of Alabama Unified Judicial System | PROBATION TOLLED – ARREST ORDERED | CC | 2001 | 292 |
|---|---|---|---|---|
| | | ID | YR | NUMBER |

| **A** PROBATION TOLLED – ARREST ORDERED | **B** WARRANT | **C** RETURN |
|---|---|---|

Circuit          Court —— Chambers                    County —— LaFayette          Alabama——County Seat

(Circuit/District)

STATE OF ALABAMA vs.    Matthew Shawn McVeigh

Info on Def't. according to Probation Officer:          Name of Probation Officer: Timothy D. Pugh

race **W**  sex **M**  age **19**  d.o.b. 09-09-1982

convicted (orig. crime)   **Possession/Receipt Controlled Substance**

(home address):    **5303 38th Street SW, Lanett, AL 36863**

(add'l info):    **HT 5'10", WT 160, Eyes: Bro, Hair: Bro, SSN-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**

## **A** ORDER **A**

- It having been brought to the attention of the Court that the defendant is delinquent under certain conditions(s) of the Order of Probation heretofore entered in this case (or, cases, if multiple):
- IT IS THEREFORE ORDERED by the court that the defendant's PROBATION be and is hereby SUSPENDED (tolled) pending a Hearing and determination by the Court whether probation may be revoked.
- IT IS FURTHER ORDERED that the defendant be ARRESTED and confined in this County's JAIL without bond (and that the court be advised when defendant is in custody).

DATE   May 2          2002      /S/ _[signature]_                                    JUDGE

## **B** WARRANT **B**

TO:       ANY SHERIFF OR LAWFUL OFFICER OF THE STATE OF ALABAMA. GREETING:

- You are commanded by this Court to forthwith execute the above arrest order(& this Warrant) by ARRESTING the above named defendant-probationer for VIOLATION OF PROBATION (15-22-54) and confining him/her in the Chambers ------County Jail at LaFayette------------, Alabama.
- Make WRITTEN RETURN to this court how and when executed.
- OFFICE OF CLERK OF COURT                    Date      05-02-          2002

                                        /S/ _[signature]_
                                        Clerk, District /Circuit Court

## **C** OFFICER'S RETURN **C**

| | Warrant rec'd in office (date) | | 2002 | | |
|---|---|---|---|---|---|
| **1.** | Executed(date)               2002 | by arresting defendant and placing him (her) in Chambers County Jail at Lafayette                    Alabama. | | | |
| **2.** | WARRANT "RECALLED" | By Clerk | | By P.O. | |
| | date | 2002 | By Judge | | By | |
| **3.** | date | 2002 | | | |
| • LAWFUL OFFICER OF THE STATE OF ALABAMA | | | • SHERIFF OF | | COUNTY |
| BY /S/ | | | BY /S/ | | |
| For execution in a county other than that of issue: THIS WARRANT MAY BE EXECUTED IN | | COUNTY | | Judge/Magistrate | |

ORIGINAL: SHERIFF'S OFFICE          COPY: PROBATION OFFICE          COPY: COURT FILE




# PROBATION AND PAROLE OFFICE

**58 1st Avenue SW**
**LaFayette, Alabama   36862**
(334) 864-4372 or (706) 586-8229
*FAX # (334) 864-4360*





DATE: 26 Apr 02

TO: Booking L.C.S.O

ATTN:

FROM: Ofc. Tim Pugh

SUBJ: PL Matthew S. McVeigh

MESSAGE: PLEASE PLACE A HOLD ON McVEIGH
REFERENCE PROBATION VIOLATION. THANK YOU
Pugh

STATE OF ALABAMA

ORDER OF ARREST AND PROBATION OFFICER

TO: SHERIFF OF   CHAMBERS COUNTY OR ANY LAWFUL OFFICER OF THE STATE OF ALABAM;

DATED AT **LAFAYETTE**, ALABAMA, THIS THE 26TH DAY OF Apr      02

*[signature: Jim Pugh]*

PROBATION AND PAROLE OFFICER

DEFENDANT'S ADDRESS:                    DEFENDANT'S DESCRIPTION:

ALIAS:

EMPLOYER:                               PHONE NO:

NOTE:

OFFICER'S RETURN:

RECEIVED ON _____

EXECUTED ON _____     BY: _____

( ) DEFENDANT ARRESTED, RELEASED ON BOND
( ) DEFENDANT ARRESTED, IN JAIL
( ) DEFENDANT ARRESTED, NOT FOUND
( ) NOT FOUND
( ) OTHER

SHERIFF                                 DEPUTY

_..._e County Detention Center
## INMATE REQUEST SLIP

F-5
___LOCATION___

Name _Matthw J McVegh_          Date _8-10-02_

☐ Telephone Call      ☐ Doctor          ☐ Dentist       ☐ Time Sheet

☐ Special Visit       ☐ Personal Problem           ☒ Other

Briefly Outline Your Request. __Give To Jailer__

_Sgt Tabb : I need 2 stamps one_
_for my lawyer and a personal letter_

_Thanks_

__Do Not Write Below This Line__ - For Reply Only

_GAVE INMATE ONE STAMPED ENVELUPE_

_Jill 4305_
_8/20/02_

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant            ☐ Chief Deputy          ☐ Sheriff

Date _____      Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

Lee County Detention Center

# INMATE REQUEST SLIP

Name Matthew McKeigh

LOCATION F-5

Date 8-1-02

☐ Telephone Call
☐ Special Visit
☐ Doctor
☐ Personal Problem
☐ Dentist
☐ Time Sheet
☒ Other

Briefly Outline Your Request. Give To Jailer

I want to request to have my visitation changed. I have only been here for 4 months but I have not had a visit and I would like to get to see some one.

Thanks.

Matthew S. McKeigh

ATTN: Major Tolbert

---

Do Not Write Below This Line - For Reply Only

Cannot change for 6-months, you have about 2 months left.

8-1-02

---

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant        ☐ Chief Deputy        ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

FORM DC-7

## LEE COUNTY DISTRICT COURT
## OUT-OF-COURT DISPOSITION

NAME _Matthew Shawn McVeigh_ DATE _4·29·02_

CHARGE _TOP I_ CASE NO. _48/72_

COURT DATE _____ FTA _____

### ACTION

_____ Continue to _____ for _____

_____ Pay fine of _____ and court costs of _____

_____ Nol pross on motion of _____

_____ Nol pross on payment of court costs

_____ Submit money order or cashier's check for $ _____

_____ payable to _____

_____ Pay restitution of $ _____

### FTA

_____ Pay fine of $ _____ and court costs of $ _____

_____ Withdraw writ, vacate FTA

_____ Withdraw writ, nol pross FTA on payment of court costs

_____ Withdraw writ, keep FTA and reset case on docket to _____

### OTHER

_____ Pay by _____ Or be in Court _____

X
_____ Other orders _Bond reduced to $2,000⁰⁰_

_____

_____

_____

JUDGE

OP. INIT. ...............

NAME Matthew Shawn Wright    I.D. NO. ..............

A_RESS 3541 Flowmanham Pkwy #815

Citrus Al 36801

SEX M    DOB 9-9-82    RACE W

WT. 170    HT. 6'6    EYES Bro    HAIR Bro

DATE ARREST 4-20-02    TIME 1410

PLACE 1650 Jnl

ARRESTING OFFICER Det M Wright

EM__OYMENT None

DL. NO. 6974451    SS NO. 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

RECEIPT NO.    CASH

CRAFTMASTER 1084-11011-1297

## WARRANT NO. ............

**CHARGES:**

Theft of Property 1-

15A-8-3

None

DOCKET NUMBER(S) AND FINE AND DAYS

BONDSMAN

ADDRESS

BONDSMAN

ADDRESS

PRISONERS PROPERTY:

I hereby acknowledge the listed property being taken from me at the time of my arrest.

Signed

I hereby acknowledge receiving listed property at the time of my release.

Signed

Signed Bond $

Pay-off for $

Complainant

| State of Alabama<br>Unified Judicial System<br><br>Form C-81    11/91 | ADVICE OF RIGHTS ON INITIAL<br>APPEARANCE BEFORE JUDGE OR MAGISTRATE<br>(Felony) | Case Number |
|---|---|---|

IN THE _____ DISTRICT _____ COURT OF _____ LEE _____ COUNTY

☒ STATE OF ALABAMA        ☐ MUNICIPALITY OF _____

v.    MATTHEW SHAWN MCVEIGH _____ , Defendant

This is a first appearance hearing. You are charged with committing the felony offense(s) of _____ TOP I _____ in this Court in violation of _____ The primary purpose of this hearing is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you. If you are before the Court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case, or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for you to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends, and if necessary, reasonable means will be provided in order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a hearing is demanded and one is conducted, and, if at the conclusion of the preliminary hearing the judge finds that sufficient evidence has been shown to establish that you probably committed the offense or offenses with which you are charged, the judge will then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:

1.) Appear to answer and submit to all orders and process of the Court having jurisdiction in the case.
2.) Refrain from committing any criminal offense.
3.) Not depart from the state of Alabama without the leave of the Court having jurisdiction of this case.
4.) Promptly notify the Court of any change of address or phone number.
5.) Other conditions: *Bond Reduced to $2,000.00* _____
_____
_____
_____

The provisions of the Release Order may be revoked or modified by the Court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the Court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

Date: ___4-29-02___                    _____
                                        Judge/Magistrate

*I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the Initial Court Appearance. I understand the conditions of my release and the penalties applicable in the event that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.*

Date: ___4-29-02___                    _____
                                        Defendant

| State of Alabama<br>Unified Judicial System<br><br>Form C-80    Rev. 8/2000 | ORDER<br>ON INITIAL APPEARANCE | Case Number |
| --- | --- | --- |

IN THE _____DISTRICT_____ COURT OF _____LEE COUNTY_____, ALABAMA
    *(Circuit, District or Municipal)*      *(Name of County or Municipality)*

☒ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. ___MATTHEW SHAWN MCVEIGH___
                                                        **Defendant**

The above-named defendant, charged with the criminal offense(s) of ___TOP I___,
was duly brought before the Court for initial appearance on ___APRIL 29, 2002___, at ___11:00___ o'clock ___A___.m.,
whereupon the Court did the following, as checked in the appropriate blocks:
*(CHECK AS APPLICABLE):*

☒ 1. Name and address of defendant.
    ✓ (a) Ascertained the true name and address of the defendant to be:
        Ski Lodge Apts # 815    Cell: 334 444-4350
        Opelika
    ____ (b) Amended the formal charges to reflect defendant's true name.
    ____ (c) Instructed the defendant to notify the Court promptly of any change of address.

☒ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy
of the charges.

☒ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and
opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to
obtain counsel, an attorney would be appointed by the Court to represent him/her.
Defendant ☐ requested    ☐ did not request court-appointed counsel. If requested counsel, defendant ☒ was
☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for indigency to be determined.

☒ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use
against him/her.

☒ 5. Bail
    ____ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable
        capital offense.
    ✓ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to
        the mandatory conditions prescribed in Rule 7.3(a), A.R.Cr.P., and subject to the following additional
        conditions:
        ____ 1.) Execution of an appearance bond (recognizance) in the amount of $ _____.
        ✓ 2.) Execution of a secured appearance bond in the amount of $ ____ ~~5,000.00~~
                                            2,000.00
        ____ 3.) Other conditions (specify) _____

☒ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1,
A.R.Cr.P., and of the procedure by which that right may be exercised.

☒ 7. If charged with a felony offense a preliminary hearing was demanded with 30 days of date of arrest by the above
named defendant, set a preliminary hearing to be held in the District Court of _____, ____,
an _____ (date) at _____ o'clock ____.m.
    ____ (a) Notified the District Court that such demand was made.
    ____ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.

☐ 8. Other: _____

___4-29-02___                                  _____
Date                                            Judge/Magistrate

BloodHound    Wednesday, April 24, 2002    Page 1 of 2



Front



Left Profile

BloodHound    Wednesday, April 24, 2002    Page 2 of 2



Front