IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MATTHEW SHAWN McVEIGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:05-CV-1037-MEF |
| | ) |
| SHERIFF JAY JONES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to strike filed by the defendants on February 17, 2006 (Court Doc. No. 12), and for good cause, it is

ORDERED that this motion be and is hereby DENIED. The defendants are advised that upon disposition of the issues raised by the plaintiff the court will assign weight and credibility to the documents submitted by the plaintiff in accordance with applicable procedural rules.

DONE, this 21st day of February, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE