IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **MATTHEW SHAWN MCVEIGH,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )   Civil Action No. 3:05-cv-1037-F |
| | ) |
| **SHERIFF JAY JONES, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## MOTION TO WITHDRAW

COMES NOW Amanda Kay Morgan of the law firm of Webb & Eley, P.C., and moves this Court for permission to withdraw from the representation of Sheriff Jay Jones, Major Cary Torbert, Jr., Lieutenant Ray Roberson, and Corrections Officer Gwendolyn Crawl, the Defendants in the above-styled cause. As grounds for this Motion, the undersigned states that she will be no longer be employed with the firm of Webb & Eley, P.C. Ashley Hawkins Freeman will continue to represent Defendants Sheriff Jay Jones, Major Cary Torbert, Jr., Lieutenant Ray Roberson, and Corrections Officer Gwendolyn Crawl.

WHEREFORE, Amanda Kay Morgan respectfully requests an order from this Court that releases her from representation of Defendants Sheriff Jay Jones, Major Cary Torbert, Jr., Lieutenant Ray Roberson, and Corrections Officer Gwendolyn Crawl.

Respectfully submitted this 4th day of January, 2007.

                                                      **s/Amanda Kay Morgan**
                                                    AMANDA KAY MORGAN Bar No. ALL079
                                                    Attorney for Defendants
                                                    WEBB & ELEY, P.C.
                                                    7475 Halcyon Pointe Drive
                                                    Post Office Box 240909
                                                    Montgomery, Alabama 36124
                                                    Telephone: (334) 262-1850
                                                    Fax: (334) 262-1889
                                                    E-mail: amorgan@webbeley.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 4th day of January, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

      Matthew Shawn McVeigh
      Lee County Detention Center
      PO Box 2407
      Opelika, AL 36804

                                       **s/Amanda Kay Morgan**
                                       OF COUNSEL