IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MATTHEW SHAWN McVEIGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 3:05-CV-1037-MEF |
| | ) |
| SHERIFF JAY JONES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to withdraw as counsel for the defendants filed by Amanda Kay Morgan on January 4, 2007 (Court Doc. No.15), and for good cause shown, it is

ORDERED that the motion to withdraw be and is hereby GRANTED.

Done this 9th day of January, 2007.

                                                      /s/ Susan Russ Walker
                                                    SUSAN RUSS WALKER
                                                    UNITED STATES MAGISTRATE JUDGE